# Exhibit A

WANDA M. STOKES

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 30th    **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | 0671 -CZ |

**Court address**

315 S Jefferson St, Mason, MI 48854

Court telephone no.
(517) 483-6500

| Plaintiff's name, address, and telephone no.<br>BRENDA TRACY LLC, SET THE EXPECTATION,<br>JANE DOE 1; JANE DOE 2; JANE DOES YET TO BE<br>IDENTIFIED | v | Defendant's name, address, and telephone no.<br>MEL TUCKER<br>2471 OVERGLEN COURT<br>EAST LANSING, MI 48823<br>(614) 657-0400;<br><br>JENNIFER Z. BELVEAL<br>1540 Delancy Cir<br>Canton, MI 48188<br>(734) 657-7264;<br><br>AGUSTIN ALVARADO<br>41912 W CARLISLE LN<br>MARICOPA, AZ 85138-3265<br>(915) 867-9948 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Eric D. Delaporte (P69673)<br>210 State St., Suite B<br>Mason, MI 48854<br>(517) 999-2626<br>Eric@DelaporteLaw.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.     | **SUMMONS** |

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>OCT 0 6 2023 | Expiration date*<br>JAN 0 5 2024 | Court clerk<br>JAMILLAH WITT |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)   **SUMMONS**

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

WANDA M. STOKES

23-0671 -CZ

Case No. _____

**Summons** (3/23)

---

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| | |
| Attachments (if any) | |
| | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | | Signature |
|---|---|---|---|---|
| $ | | $ | | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ | |

---

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                          Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

## STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC; SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

   Plaintiffs,

                                        Case No.  23 0671-CT

                                        The Honorable WANDA M. STOKES

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

   Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## COMPLAINT AND JURY DEMAND

1

NOW COMES Plaintiffs Set the Expectation, Jane Doe 1, Jane Doe 2, and Jane Does yet

to be identified (hereinafter collectively "Plaintiffs"), by and through their attorney Eric Delaporte

of Delaporte Lynch, PLLC, and files this Complaint for violation of the Michigan Eavesdropping

Statute, misappropriation and theft of business records, tortious interference with a business

relationship, release of protected medical records of clients, and unlawful whistleblower retaliation

as follows:

<div align="center">GENERAL ALLEGATIONS</div>

<div align="center">VENUE</div>

1. Plaintiff Brenda Tracy LLC (BTLLC) is duly incorporated in the State of Oregon, doing
   business in Michigan.

2. Plaintiff Set the Expectation (STE) is a 501(c)(3) nonprofit entity duly incorporated in the
   State of Oregon, doing business in Michigan.

3. Plaintiff Jane Doe 1 is an individual who engages with Plaintiffs STE and BTLLC.

4. Plaintiff Jane Doe 2 is an individual who engages with Plaintiffs STE and BTLLC.

5. Plaintiffs Jane Does yet to be identified are individuals who engage with Plaintiffs STE
   and BTLLC.

6. Defendant Agustin Alvarado is an individual who resides in Maricopa County, Arizona.

7. Defendant Mel Tucker is the former football coach for Michigan State University who
   resides in East Lansing, Ingham County, Michigan.

8. Defendant Jennifer Z. Belveal is Defendant Tucker's Attorney and resides in Canton,
   Wayne County, Michigan.

9. John Doe(s) and Jane Doe(s) in Possession of Records are third-parties only known to
   Defendants who possess one or more records which form the basis of this Complaint.

10. Jurisdiction and Venue for injunctive relief are proper within the Honorable Circuit Court.

<div align="center">COMMON FACTS</div>

11. Former Michigan State University football coach, Mel Tucker, is under investigation for sexual harassment against prominent rape survivor and activist, Ms. Brenda Tracy. **Exhibit A – Lansing State Journal Article.**

12. Ms. Tracy is the founder of STE, a nonprofit organization committed to ending sexual violence, engaging sexual assault prevention work with men, and advocating for survivors and their families.

13. Ms. Tracy is the founder of BTLLC, a LLC incorporated in Oregon and doing business in Michigan.

14. On October 5, 2023, Defendant Tucker's attorney, Defendant Jennifer Z. Belveal, partially released "new evidence" allegedly related to the investigation, comprised mostly of messages between Ms. Ahlan Alvarado, Set the Expectation's former Case Manager, and Ms. Tracy. *Id. See also*, **Exhibit B – Attorney Belveal Letter.**

15. Ms. Alvarado, who was like a sister to Ms. Tracy, tragically passed away in a car accident June 2023. **Exhibit C– Affidavit of Brenda Tracy.**

16. As Case Manager for STE, Ms. Alvarado's text messages and emails contained on her cellphone contain extensive information related to business records, interests, and relations for Set the Expectation. *Id.* **at ¶¶3-5.**

17. A vast majority of the messages between Ms. Alvarado and Ms. Tracy involve confidential information related to the mental health of Set the Expectations clients, partners, and/associated groups and individuals, including those who have been subjected to sexual assault and harassment. *Id.*

<div align="center">3</div>

18. As a result, STE frequently makes referrals and uses protected medical information related to clients in its efforts to assist clients and connect survivors to mental health and other resources. *Id.* **at ¶¶4, 5, 8-11.**

19. The messages and texts, and other important data, belong to Plaintiffs; the cellular phone belongs to Ms. Alvarado's estate, which has not yet been probated.

20. These messages were released without Plaintiffs' knowledge or consent of any parties, and were obtained by an outside third-party. *Id.* **at ¶6.**

21. Upon information and belief, these messages were released by Ms. Alvarado's estranged husband, Defendant Alvarado, whom she was divorcing.

22. Upon information and belief, Defendant Alvarado is not the executor of Alvarado's estate and had no right to release the contents of Ms. Alvarado's phone or conversations from any similar source; especially as the conversations and other electronic records belonged to Plaintiffs.

23. Upon information and belief, the unlawfully released records belong to Plaintiffs and the phone upon which they resided belong to the estate of Ms. Ahlan Alvarado (for the benefit of her two minor children), and both were stolen by Mr. Alvarado.

24. The records that Defendant Belveal has released and threatened to continue publishing are records related to BTLLC and STE and its clients/associates, and are believed to contain sensitive, private, legally-protected information regarding the business and its clients. *Id.* **at ¶¶4, 5, 8-11.**

25. If injunctive relief in the form of a TRO or Injunction is not issued, Plaintiffs, their representatives, employees, associates, family members, and community will suffer significant, pervasive, and irreparable, harm.

4

## COUNT I

### Injunctive Relief

26. MCR 3.310 provides that an Emergency Temporary Restraining Order and/or Preliminary Injunction may be granted without notice to the adverse party if "(a) it clearly appears from specific facts shown by affidavit or by a verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant from the delay required to effect notice or from the risk that notice will itself precipitate adverse action before an order can be issued; (b) the applicant's attorney certifies to the Court in writing the efforts, if any, that have been made to give the notice and the reasons supporting the claim that notice should not be required; and (c) a permanent record or memorandum is made of any nonwritten evidence, argument, or other representations made in support of the application." MCR 3.310(B).

27. Pursuant to MCR 3.310, the Court may issue injunctive relief.

28. Defendants have harmed Plaintiffs in a manner that is not fully (or perhaps at all), compensable by pecuniary measures.

29. As appears from the attached released letter (attached as **Exhibit B**), Plaintiffs will suffer immediate and irreparable loss from the further publication, of misappropriated protected, personal, private, and sensitive business and personal information related to sexual assault survivors and employees (both living and deceased), and business records/trade secrets, which were gathered in violation of Michigan law, before an order can be issued.

30. Plaintiffs are likely to prevail on the merits of its claim based upon the improper release of protected, personal, private, and sensitive information of Plaintiffs, clients, and all associated individuals/groups.

5

31. Without an injunction, Plaintiffs will suffer severe and pervasive personal and/or business consequences, due to the release of business records, and sensitive information related to the mental health, medical history, and other sensitive, personal, and protected information that will be released to the public and will damage the reputation, safety, and livelihood of any Plaintiffs/individuals associated with Plaintiffs, including but not limited to, sexual assault survivors availing themselves of the resources and engagements offered by the LLCs.

32. The public interest will be more greatly served by enforcing Michigan law because upholding the law is in the public interest, and Plaintiffs will not be subjected to the highly publicized and brutal public attacks associated with the nature of this case involving Defendants and further traumatizing and abusing indirect, unrelated, innocent victims who have sought protected assistance from Plaintiffs, or who are themselves innocent victims.

33. Plaintiffs, the community, and the public will continue to be harmed if injunctive relief does not issue to prevent Defendants, their agents, servants, employees, and attorneys, and those persons in active concert, possession or participation with them from unlawfully releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, and/or any other source, relating in any way to Jane Does 1 & 2, Brenda Tracy, LLC, Set the Expectation LLC, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

34. Upon information and belief, Defendants intend to release the records as part of its strategy in the investigative hearing and ongoing litigation between Mr. Tucker and Michigan State University.

35. If Defendants are allowed to release the records, Plaintiffs will suffer severe and pervasive personal and/or business consequences, due to the release of business records, and sensitive information related to the mental health, medical history, and other sensitive, personal, and protected information that will be released to the public and will damage the reputation, safety, and livelihood of any Plaintiffs/individuals associated with Plaintiffs, including but not limited to, sexual assault survivors availing themselves of the resources and engagements offered by the LLCs.

36. Plaintiffs' request Injunctive Relief in the form of an Emergency TRO or a Preliminary Injunction, and then a Temporary and Permanent Injunction, to prevent immediate and irreparable damage to the reputation, safety, and livelihood of any Plaintiffs/individuals associated with Plaintiffs, including but not limited to, sexual assault survivors availing themselves of the resources and engagements offered by the LLC's.

<div align="center">

### COUNT II

**Violation of the Michigan Eavesdropping Statute**

</div>

37. MCL 750.539 *et seq*. defines "eavesdropping" as "to overhear, record, amplify or transmit any part of the private discourse of others without the permission of all persons engaged in the discourse." MCL 750.539a(2).

38. *Dickerson v Raphael* sets the standard for third-party release of conversations where that third-party was not a member of the conversation. *Dickerson v Raphael*, 564 NW2d 85, 222 Mich.App. 185 (1997).

39. The Court in *Dickerson* held that the "later broadcast of plaintiff's private conversation..." with those who were "not themselves party to the conversation" constituted eavesdropping. *Id.* at 185. A "private" conversation is "'intended for or restricted to the use of a particular

<div align="center">7</div>

Please

person or group or class of persons ... [and is] intended only for the persons involved.'..." *Id.* citing Webster's Third New International Dictionary, Unabridged Edition (1966).

40. Defendants have amplified, transmitted, and broadcasted private conversations between Ms. Alvarado and Ms. Tracy, and have threatened to release additional related communications.

41. Plaintiffs have suffered loss to their reputation, mental health, safety, and business interests and will continue to be damaged by the threatened release of the records on Ms. Alvarado's phone or other sources.

42. Plaintiffs' losses based on the prior theft and release will likely exceed $5,000,000.00 based on harm to individuals, including but not limited to harm to their reputation, mental health, safety, and business interests.

43. Any future and/or further release will cause harm that could not be fully compensated (or possibly compensated at all), by a pecuniary remedy.

44. Further, the release of the records constitutes a threat, as some records are believed to relate to Plaintiffs' (and their clients, board members, officers, employees, associates, and agents), highly confidential health information, which will be released and put these sexual assault survivors and their community at risk.

## COUNT III

### Violation of the Computer Fraud and Abuse Act 18 U.S.C. § 1030

45. Under 18 USCS § 1030(a)(2), it is a crime for anyone who "intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains . . . information from any protected computer."

46. The term "protected computer" means any computer "which is used in or affecting interstate or foreign commerce or communication." *Id.*

8

47. This term is expansive and should include all smartphones in the United States. " . . . sufficient to establish that the iPhone in question is a protected computer under the meaning of the CFAA." *Volpe v. Abacus Software Sys. Corp.*, 2021 U.S. Dist. LEXIS 112641.

48. Any person who suffers damage or loss by reason of a violation of this section may maintain a civil action to compensatory damages and injunctive relief or other equitable relief if the conduct involves one or more of the following factors:

   a. loss to 1 or more persons during any 1-year period aggregating at least $5,000 in value;

   b. the modification or impairment, or potential modification or impairment, of the medical examination, diagnosis, treatment, or care of 1 or more individuals;

   c. physical injury to any person;

   d. a threat to public health or safety; or

   e. damage affecting a computer used by or for an entity of the United States Government in furtherance of the administration of justice, national defense, or national security

49. Plaintiffs have suffered damage or loss, and will further suffer damage and loss, by the threatened release of the records on Ms. Alvarado's phone or other sources.

50. These losses will exceed $5,000,000.00 based on harm to Plaintiffs, including but not limited to harm to their reputation, mental health, safety, and business interests.

51. Further, the release of the records constitutes a threat, as some records are believed to relate to Plaintiffs' (and their clients, board members, officers, employees, associates, and agents),

9

highly confidential health information, which will be released and put these sexual assault survivors and their community at risk.

## COUNT IV

### Misappropriation and Theft of Business Records

52. MCL 600.2919a prohibits the stealing, converting, receiving, possessing, concealing, or aiding in the concealment of stolen, embezzled, or converted property of another for the third-parties' own use, including when the third-party buying, receiving, possessing, concealing, or aiding in the concealment of stolen, embezzled, or converted property knew that the property was stolen, embezzled, or converted.

53. Defendants misappropriated the property of Plaintiff when Defendants illegally, and without permission or authority, possessed the Ms. Alvarado's phone, which contained extensive business communications with Plaintiff.

54. A great majority of the records relate to the business dealings of Plaintiff Brenda Tracy LLC, and include confidential, protected, personal, private, and sensitive business information related to sexual assault survivors and employees (both living and deceased).

55. Defendants were not authorized to possess or receive these records.

## COUNT V

### Tortious Interference with Business Relations and Malicious Intent to Damage Professional and Personal Reputation of Business, Associates, and Clients

56. The elements of tortious interference are "(1) a contract, (2) a breach, and (3) an unjustified instigation of the breach by the defendant." *Mahrle v. Danke*, 216 Mich.App. 343, 350, 549 NW2d 56 (1996).

10

57. One who alleges tortious interference with a contractual or business relationship must allege "the intentional doing of a per se wrongful act or the doing of a lawful act with malice and unjustified in law for the purpose of invading the contractual rights or business relationship of another." *Badiee v. Brighton Area Schools*, 265 Mich.App. 343, 695 NW2d 521 (Mich. App. 2005).

58. Plaintiff had a valid business relationship and expectancy with Ms. Alvarado as Plaintiff's Case Manager.

59. Defendants knew Plaintiff and Ms. Alvarado maintained a business relationship and expectancy.

60. Defendants intentionally interfered, and thereby breached, the business relations and business dealings of Plaintiffs when Defendants unlawfully received the records and intentionally broadcasted, amplified, and published certain records, and threatened to broadcast, amplify, and publish the additional records without permission of parties.

61. Defendants intended to interfere with Plaintiff's business relations in their attempts to absolve Mel Tucker in the outside investigation into sexual assault allegations.

62. Defendants acquired the records by improper, unauthorized, and illegal means, as they were not parties to the conversation nor agents of Plaintiff. Ms. Alvarado's estate owns her phone, not Mr. Alvarado, as the estate has yet to be probated and Mr. and Mrs. Alvarado were in the midst of obtaining a divorce.

63. Defendants acted with malice to tarnish the reputation of Plaintiff, retaliate against Plaintiff for participation in the investigation against Mel Tucker, and otherwise terrorize survivors and intimidate them from associating with Plaintiff.

11

64. Plaintiffs have suffered damage or loss, and will further suffer damage and loss, by the threatened release of the records on Ms. Alvarado's phone or other sources.

65. These losses are believed to have exceeded $5,000,000.00 based on harm to Plaintiffs, including but not limited to harm to their reputation, mental health, safety, and business interests.

## COUNT VI

### Release of Protected Mental Health Medical Information of Clients

66. Under the Michigan Mental Health Code, information acquired by a recipient while providing mental health services to a recipient, shall be kept confidential and is not open to public inspection. MCL 330.1748.

67. In the course of its business, BTLLC and STC frequently make referrals and use protected medical information related to clients in its efforts to connect sexual assault survivors to resources.

68. The release of the records constitutes a threat to public health or safety as the records relate to highly confidential health information of clients and survivors of sexual assault, which will be released and put these survivors and their community at risk.

69. To release said records would constitute a violation of the Michigan Mental Health Code, and breach confidentiality of survivors who have confided in Plaintiff Brenda Tracy LLC and Ms. Alvarado.

## COUNT VII

### Violation of the Whistleblower Protection Act

70. Plaintiffs BTLLC and STC assisted and provided evidence before a public body and as part of a public body's investigation.

12

71. In retaliation, Defendants released, broadcasted, and transmitted confidential, protected records containing private conversations between Ms. Alvarado and Ms. Tracy, and have threatened to broadcast, amplify, and publish additional records without permission.

72. Defendants retaliated against Plaintiffs by tarnishing their reputations, and otherwise terrorizing Plaintiffs and those survivors who dare associate with Plaintiffs.

WHEREFORE, Plaintiffs requests the following;

1. Judgment against Defendants for damages caused by Defendants' publication (which has already occurred), in whatever amount Plaintiffs are found to be entitled at trial, together with interest, costs, and attorney's fees, but not less than $5,000,000.00.

2. Issue injunctive relief (Ex. Parte if necessary), against Defendants in the form of an Emergency TRO, Preliminary Injunction, and Permanent Injunction by enjoining Defendants, their agents, servants, employees, and attorneys, and those persons in active concert, possession or participation with them from releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, and/or any other source, relating in any way to Jane Does 1 & 2, Jane Does yet to be identified, Brenda Tracy, LLC, d/b/a Set the Expectation, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

3. Award any other remedy required by justice and which the Court sees fit to award.

Dated: October 6, 2023

DELAPORTE LYNCH/PLLC

By: _____
Eric D. Delaporte (P69673)
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLaw.com

13

## STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

     Plaintiffs,

                                  Case No.
                                  The Honorable

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

     Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## REQUEST FOR JURY DEMAND

14

In accordance with MCR 2.508, Plaintiffs hereby demand that the above-captioned case be tried by jury.

Dated: October 6, 2023

DELAPORTE LYNCH, PLLC

By: _____
Eric D. Delaporte (P69673)
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLaw.com

15

# EXHIBIT A

# Lansing State Journal

**CAMPUS**

# Mel Tucker won't participate in sexual harassment hearing; attorney claims new evidence

Lansing State Journal

Published 10:13 a.m. ET Oct. 5, 2023 | Updated 12:52 p.m. ET Oct. 5, 2023

LANSING — Former Michigan State football coach Mel Tucker's attorney told university leaders Thursday he was unable to participate in a key hearing over sexual harassment allegations because of a "serious medical condition."

His attorney, Jennifer Belveal, in the letter to President Teresa Woodruff and the Board of Trustees also said her firm had uncovered new evidence including text messages from Tucker's accuser that "undermines MSU's decision to terminate Mr. Tucker, and further confirms that the underlying "investigation" failed to meet minimal due diligence standards — at Mr. Tucker's expense."

The hearing, set to begin today before Virginia-based attorney Amanda Norris Ames, is a pivotal moment in the campus disciplinary proceeding involving Tucker, who was fired last week after USA TODAY reported details of an investigation by the university's Title IX office.

He is accused by Brenda Tracy, a prominent national rape survivor and activist. Tracy alleges Tucker pursued her romantically for months after hiring her to speak to his players about sexual violence. His pursuit culminated in an April 2022 phone call, during which her complaint says he made sexual comments and masturbated without her consent. Tucker has said he and Tracy had a romantic relationship and that the call was consensual phone sex.

Tucker has not revealed his health condition publicly. As the school began the process to fire him last month, Tucker responded with the threat of a lawsuit and noted he had asked Athletic Director Alan Haller for a "medical leave under the Family and Medical Leave Act for a serious health condition."

Belveal argues that Tracy's text messages with her friend Ahlan Alvarado, who has since died, show she had a personal relationship with Tucker that was consensual at the same time she

had a similar relationship with at least one other married athletic coach. Belveal's letter also alleges a new witness has come forward to say that the phone sex was consensual and that Tracy attempted to manipulate MSU for her own financial benefit.

"We detail some of this new evidence below, although it is too voluminous to capture in a single letter. (We have received approximately 20,000 new communications or documents involving Ms. Tracy.)," Belveal wrote. "This evidence completely contradicts Ms. Tracy's claims and suggest that she manipulated a key witness, the University, Mr. Tucker, and the public. You should know that Ms. Tracy allegedly deleted key evidence and provided only self-serving excerpts to OIE to sustain a claim of 'harassment' that MSU never should have been investigating in the first place. Ms. Tracy pulled the wool over the University's eyes, and maligned Mr. Tucker's reputation for personal gain."

Alvarado, Tracy's longtime friend and booking assistant, provided MSU's investigator with emails and text messages that corroborated aspects of Tracy's version of events and refuted aspects of Tucker's. She was killed in a car crash in June.

Tucker was initially suspended without pay but was subsequently fired with about $80 million remaining on a 10-year, $95 million contract.

MSU spokesman Dan Olsen said the university would not comment on the latest allegations from Tucker to preserve the integrity of the ongoing case.

Belveal told the university Tracy's text messages with Alvadado show she had a "consensual relationship with basketball coach Damon Stoudamire — saying she was 'dating' him and had a 'good thing with Damon,'" while she was also in a relationship with Tucker.

Tracy, according to Belveal, had been hired to speak to Stoudamire's team about preventing sexual violence. Stoudamire coached at Pacific University from 2016 to 2021; he is now the head coach at Georgia Tech, after serving as an assistant for the Boston Celtics for nearly two seasons.

"To be sure, Ms. Tracy had previously worked with Mr. Stoudamire — and even remarked to Ms. Alvarado that 'Damon had 2 reasons for bringing me to speak to his college team.'"

The following text messages, which Belveal referred to as illustrative, were included in her letter to MSU:

"Ms. Tracy: I haven't even heard from Damon since Monday. . . .

"Ms. Alvarado: He'll pop up.

"Ms. Tracy: For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th. . . .

"Ms. Tracy: Coach Tucker told me he loved me last night. It wasn't weird tho. He made sure I knew it was about being a friend.

"Ms. Alvarado: In other news lol. Coach Tucker isn't going anywhere either.

"Ms. Tracy: Def not lol. He went to some retreat for his birthday. Came back all zen. He's one of those – in another life. . . . I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant human and too special for this world. Damon is so cute in his tight shirt and pants lol. I like seeing him on tv.

"This exchange reflects that in one breath Ms. Tracy enjoyed Mr. Tucker's attention, and literally in the next breath that she objectifies Damon as 'cute' in tight clothing," Belveal wrote. "Not only does this contradict Ms. Tracy's allegations that Mr. Tucker's attention caused her distress, it also decimates Ms. Tracy's claim that she would not consensually engage in a personal relationship with a coach."

Belveal also included text messages from Tracy to Alvarado that she claims included pictures that show the view from Stoudamire's living room, including the words:

"[h]e chose the flight that gets me there the earliest for us to spend more time together," that "[h]is place is so nice (emoji)," and that she "could get used to this lifestyle."

Tracy adds in a text: "[w]atching the DJ at halftime. Thank God I graduated to a coach on the bench LOL."

Belveal also included text messages that she said refutes Tracy's statements to investigators that she would not accept gifts from Tucker after knowing he was romantically interested in her. She claimed Tracy texted Alvarado that "Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets[.]

"Tucker signed his contract. I cant [sic] even wrap my brain around 95 million. Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . I'm gonna ask him to finance the doc part of it [marketing materials that Ms. Tracy wanted for her non-profit organization]. . . . He'll do it."

Belveal also alleges Tracy tried to financially gain from her complaint.

"We also now know from Ms. Tracy's own messages that she used MSU's 'investigation' process because she was motivated by money, despite that she has claimed that she 'has not mentioned money a single time in connection with [this matter].' Among other things, Ms. Tracy's messages reveal that she was initially hoping for a quick settlement with Mr. Tucker, telling Ms. Alvarado: 'I'm filing a formal complaint with MSU... [My lawyer] said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to.'

"She told Ms. Alvarado that her attorney was reaching out to MSU regarding a settlement and that 'Money is my only recourse to make him feel like there is a punishment[.] . . . When they do the money I should make him pay me 10k directly[.]'"

Additional text messages also show about a week before she filed the December complaint against Tucker, "She was down to $5," and that she was having problems with the IRS. Noting that she "was supposed to be paying down 2018 taxes and not staying caught up on the other years," Tracy said in a text to Alvarado that "[h]aving the IRS after me in a way that is known publicly surely won't help my lawsuit."

Belveal criticized the investigation by MSU as "misguided, incomplete, and biased" and wrote that "Ms. Tracy's misrepresentations and manipulation would have come to light months ago. And crucially, OIE would have (or at least should have) halted this investigation once and for all.

"This certainly is not a proud moment in Spartan history, and it continues to cast a post-Nassar shadow on an institution that I, as an alumna, hold to a higher standard. Please contact me directly if you would like to further discuss the information that the OIE investigation failed to uncover."

# EXHIBIT B

# ◾FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226-3489
313.234.7100 TEL
313.234.2800 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
313.234.7176
jbelveal@foley.com

October 5, 2023

<u>**Via Email**</u>

Re:    New Evidence Regarding Mel Tucker Matter

Dear Board of Trustees and Interim President Woodruff:

I write this letter on behalf of our client, Mel Tucker, as it appears that you have not been provided complete and accurate information regarding the "investigation" and surrounding circumstances that gave rise to Mr. Tucker's recent employment termination.  Under Office of Institutional Equity ("OIE") rules, we are prohibited from participating in the hearing scheduled for October 5 and 6, 2023, because Mr. Tucker is not available due to a serious medical condition.[1] However, we want to be certain that each of you are privy to some of the newly discovered evidence, primarily in the form of messages authored by Ms. Tracy herself but also including new witness statements, that she hoped (and obviously anticipated) you would never see.

We detail some of this new evidence below, although it is too voluminous to capture in a single letter.  (We have received approximately 20,000 new communications or documents involving Ms. Tracy.)  This evidence completely contradicts Ms. Tracy's claims and suggest that she manipulated a key witness, the University, Mr. Tucker, and the public.  You should know that Ms. Tracy allegedly deleted key evidence and provided only self-serving excerpts to OIE to sustain a claim of "harassment" that MSU never should have been investigating in the first place.  Ms. Tracy pulled the wool over the University's eyes, and maligned Mr. Tucker's reputation for personal gain.

At bottom, this new evidence undermines MSU's decision to terminate Mr. Tucker, and further confirms that the underlying "investigation" failed to meet minimal due diligence standards—at Mr. Tucker's expense.

1.    **Ms. Tracy's *Own Statements* Confirm that She Had (Simultaneous) Consensual Personal Relationships with Mr. Tucker and at Least One Other Married Coach, Contrary to What She Told the Investigator.**

We now know that there are literally *hundreds* of messages from Ms. Tracy *herself*, as well as statements from other witnesses, reflecting Ms. Tracy's completely consensual (and

---

[1] Given OIE's inability to secure the confidentiality of its proceedings, and the University General Counsel's indifference to Mr. Tucker's Family Medical Leave Act request, we have not provided medical evidence for public consumption, but documentation exists to substantiate the serious medical condition.

AUSTIN          DETROIT          MEXICO CITY          SACRAMENTO          TALLAHASSEE
BOSTON          HOUSTON          MIAMI          SALT LAKE CITY          TAMPA
CHICAGO          JACKSONVILLE          MILWAUKEE          SAN DIEGO          WASHINGTON, D.C.
DALLAS          LOS ANGELES          NEW YORK          SAN FRANCISCO          BRUSSELS
DENVER          MADISON          ORLANDO          SILICON VALLEY          TOKYO



**FOLEY & LARDNER LLP**

October 5, 2023
Page 2

simultaneous) personal relationships with Mr. Tucker and at least one other married coach who had previously engaged Ms. Tracy to provide training to his team.  Ms. Tracy misrepresented these relationships.

Ms. Tracy told the investigator that she told Mr. Tucker she was "single on purpose" and that she does "not date people in [her] field."  Even one of Ms. Tracy's lawyers (Ms. Swanson) vouched for her on the record, claiming that "in all her years of knowing [Ms. Tracy], she never known [her] to date or otherwise become romantically involved with anyone with whom [she] had a professional relationship."  Ms. Tracy repeatedly made these bold claims to falsely suggest that her relationship with Tucker was necessarily one-sided.

Yet Ms. Tracy's own words paint a different picture.  She admitted in contemporaneous messages to Ahlan Alvarado, her now deceased close friend of 21 years (and a key witness in this case given Ms. Alvarado's additional role as her assistant), that she had a consensual relationship with coach Damon Stoudamire—saying she was "dating" him and had a "good thing with Damon."[2]  To be sure, Ms. Tracy had previously worked with Mr. Stoudamire—and even remarked to Ms. Alvarado that "Damon had 2 reasons for bringing me to speak to his college team."[3]  Ms. Tracy's relationship with Mr. Stoudamire overlapped with Ms. Tracy's intimately personal relationship with Mr. Tucker.  The below messages are illustrative:

> **Ms. Tracy**: I haven't even heard from Damon since Monday. . . .
>
> **Ms. Alvarado**: He'll pop up.
>
> **Ms. Tracy**: For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th. . . .
>
> **Ms. Tracy**: Coach Tucker told me he loved me last night. It wasn't weird tho. He made sure I knew it was about being a friend.
>
> **Ms. Alvarado**: In other news lol. Coach Tucker isn't going anywhere either.
>
> **Ms. Tracy**: Def not lol. He went to some retreat for his birthday. Came back all zen. He's one of those – in another life. . . . I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant

---

[2] *See* September 10, 2021 text exchange, attached.  Portions of the text messages that are not cited in this letter have been redacted.
[3] *See* April 17, 2022 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 3

> human and too special for this world. Damon is so cute in his tight
> shirt and pants lol. I like seeing him on tv. 😄[4]

This exchange reflects that in one breath Ms. Tracy enjoyed Mr. Tucker's attention, and literally in the next breath that she objectifies Damon as "cute" in tight clothing. Not only does this contradict Ms. Tracy's allegations that Mr. Tucker's attention caused her distress, it also decimates Ms. Tracy's claim that she would not consensually engage in a personal relationship with a coach.

Similarly disingenuous was Ms. Tracy's representation to the investigator that she would not accept gifts from Mr. Tucker after knowing that he was romantically interested in her. Her messages to Ms. Alvarado show that *after* she concluded Mr. Tucker had such interest, she told Ms. Alvarado that:

> Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets[.][5]

> *-and-*

> Tucker signed his contract. I cant [sic] even wrap my brain around 95 million. Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . **I'm gonna ask him to finance the doc part of it** [marketing materials that Ms. Tracy wanted for her non-profit organization]. . . . **He'll do it**.[6]

Likewise, despite what she told the investigator about not having a personal relationship with a coach, Ms. Tracy seemed to enjoy Mr. Stoudamire's position. Indeed, during a visit to Mr. Stoudamire in Boston, Ms. Tracy sent a video of his living room and the view, telling Ms. Alvarado: "[h]e chose the flight that gets me there the earliest for us to spend more time together," that "[h]is place is so nice 😍," and that she "could get used to this lifestyle."[7] Separately, having previously dated a DJ, Ms. Tracy commented to Ms. Alvarado: "[w]atching the DJ at halftime. Thank God I graduated to a coach on the bench LOL."[8]

---

[4] *See, e.g.*, January 15, 2022 text exchange, attached.
[5] *See* November 9, 2021 text exchange, attached.
[6] *See* November 26, 2021 text exchange, attached (emphasis added).
[7] *See* October 29, 2021 text exchange and October 31, 2021 text exchange, attached.
[8] *See* October 27, 2021 text exchange, attached.

**FOLEY**

FOLEY & LARDNER LLP

October 5, 2023
Page 4

2.    **A New Witness – the Only Witness *Under Oath* – Has Said That Ms. Tracy and Mr. Tucker's Phone Sex Call Was Consensual.**

Additional new evidence eliminates the "she said, he said" posture of this case.  Instead, a new witness familiar with Ms. Tracy's representations regarding their relationship has come forward under oath in a sworn affidavit and flat out said that Ms. Tracy and Mr. Tucker "were in some sort of relationship when the conversation took place . . . the phone sex was consensual."[9]  No other witness, including Ms. Tracy herself, has made any statement under oath.

Further, as also revealed by this new witness, Ms. Tracy went to extraordinary lengths to try to stop Ms. Tracy's written communications (a fraction of which are referenced in this letter) with Ms. Alvarado from ever seeing the light of day.  As detailed in the new witness's sworn statement, while Ms. Tracy's supposed friend lay dying in a hospital, and even after her death, Ms. Tracy sought to sleep over at Ms. Alvarado's house (in her room) and repeatedly asked Ms. Alvarado's family for access to Ms. Alvarado's phone and computers:

> It really struck me odd that she would want Ahlan's things and would be asking Ahlan's family for them as Ahlan lay dying in her hospital bed.
>
> ***
>
> Another [odd] comment Brenda made in the hospital, after the doctor told us that Ahlan was not going to make it, Brenda stated that "I need to call my therapist because I don't feel supported right now".

This apparent attempted cover-up alone should tell you about the type of person who made these baseless allegations against Mr. Tucker.  Ms. Tracy's shocking efforts to obtain access to Ms. Alvarado's electronic devices containing evidence against her reveals how desperately she wanted and needed to ensure their contents were never disclosed.

Indeed, Ms. Tracy omitted some of this evidence when providing self-serving selective excerpts of her text messages with Ms. Alvarado to the investigator.  As one example, Ms. Tracy provided the below text exchange to the investigator to insinuate that Mr. Tucker brought her to the Spring Game with ulterior motives:

> **Ms. Tracy**:    I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the

---

[9] The under oath affidavit will be made available for review by the Trustees should they desire to discuss this matter.

**FOLEY**

**FOLEY & LARDNER LLP**

October 5, 2023
Page 5

> expectation. I wonder if it's bc of the behind the scenes stuff that he's now being weird[.] Like he's nervous to talk about me now? "She's in town" what??

> **Ms. Alvarado**: who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

> **Ms. Tracy**: Idk but he didn't do a good job. I expected more from him

> **Ms. Alvarado**: Agree

> **Ms. Tracy**: Don't have me there if you aren't going to talk about it. We're not checking boxes

> **Ms. Alvarado**: They took care of us but the important part was to raise awareness

> **Ms. Tracy**: Exactly. It's not about you and me

> **Ms. Alvarado**: It's always about them somehow

> **Ms. Tracy**: I gotta step all the way away. I can't have this messing with the message or mission[.] That's not something I can do

However, Ms. Tracy conveniently omitted her further texts to Ms. Alvarado—just two hours later—affirming that, actually, once MSU posted about her on social media everything was good and she was feeling positive about Mr. Tucker. She specifically excluded reference to her statements that:

> **MSU posted and Coach isn't being weird at all. Feels like all is good[.] And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company[.] Blessings on blessings when you stay the course and do what's right. . . . No regrets. My heart is good and so is my conscience[.][10]**

Ms. Tracy hid the true nature of her sentiment toward Mr. Tucker following the Spring Game to try to convince OIE that she had a legitimate harassment claim. At the same time, OIE failed to attempt to get fulsome text exchanges from Ms. Alvarado or Ms. Tracy on these key

---

[10] *See* April 17, 2022 text exchange (emphasis added), attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 6

points.  Instead, the University then relied on Ms. Tracy's depiction of the relationship to wrongly malign, and ultimately fire, Mr. Tucker.

**3.      Ms. Tracy Manipulated MSU For Her Own Financial Gain**

Ms. Tracy and her lawyer repeatedly proclaimed in the national media that the University violated her privacy rights by leaking information of the investigation to the media, which prompted MSU to conduct an investigation into the source of that purportedly unknown leak.[11] Behind the scenes, however, Ms. Tracy's own communications show that ***she*** shared information with multiple members of the media in an attempt to shape the narrative **several months in advance** of the investigation's completion.  Specifically—in addition to telling various individuals affiliated with her organization about the investigation—Ms. Tracy discussed the investigation with two different ESPN reporters in March and May 2023, respectively,[12] before reaching an exclusive deal with USA Today in June 2023. One of those ESPN reporters told Ms. Tracy as early as May 2023 that ESPN was sending "FOIAs"[13]—although the University failed to inform Mr. Tucker of that fact until August.  Regardless, it is beyond reason that a leak of her name would justify Ms. Tracy's leaking a 1200 page confidential report to USA Today in violation of school policy.

We also now know from Ms. Tracy's own messages that she used MSU's "investigation" process because she was motivated by money, despite that she has claimed that she "has not mentioned money a single time in connection with [this matter]."  Among other things, Ms. Tracy's messages reveal that:

- She was initially hoping for a quick settlement with Mr. Tucker, telling Ms. Alvarado: "I'm filing a formal complaint with MSU… [My lawyer] said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to."[14]

- She told Ms. Alvarado that her attorney was reaching out to MSU regarding a settlement and that "Money is my only recourse to make him feel like there is a

---

[11] Although Mr. Tucker had long since demanded such an investigation, MSU did not even provide the common courtesy of acknowledging such requests.  Interestingly, in a **draft** press release referenced by The State News on September 27, 2023 (nearly two weeks after the draft was supposedly shared with MSU General Counsel Brian Quinn), Ms. Tracy's lawyer claimed that "[s]omeone associated **with the MSU Board of Trustees** disclosed [Ms. Tracy's] identity to an outside party," and "[t]hat outside party shared her identity with local media."  (Emphasis added.)  The statement that Ms. Tracy's lawyer *actually* released after review by an MSU official, however, was far less specific.

[12] *See* March 15, 2023 and May 16, 2023 text exchanges, attached.

[13] *See* March 19, 2023 text exchange, attached.

[14] *See* December 9, 2022 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 7

> punishment[.] . . . When they do the money I should make him pay me 10k directly[.]"[15]

- As noted above, Ms. Tracy had long been focused on counting Mr. Tucker's money and was plotting to get some of it herself: "Tucker signed his contract. I cant [sic] even wrap my brain around 95 million.  Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . I'm gonna ask him to finance the doc part of [marketing materials that Ms. Tracy wanted]. . . He'll do it."[16]

- About one week before she filed her complaint against Mr. Tucker, she admitted "she was down to $5."[17]

- Then, after having filed her complaint against Mr. Tucker, Ms. Tracy told Ms. Alvarado to "imagine the victim is taking on a $95M coach."[18]  (Ms. Tracy often refers to herself in the third person as "the victim," as well as "good victim," in this matter.[19])

- In connection with realizing that she "was supposed to be paying down 2018 taxes and not staying caught up on the other years," Ms. Tracy remarked that "[h]aving the IRS after me in a way that is known publicly surely won't help my lawsuit."[20]

At the same time, Ms. Tracy's texts reveal that she appears to have made a career out of misleading and manipulating people.  She admitted – in writing – that she engages in "professional crying . . . when I share my story."[21]  In addition, even though she was in what she called "dire straits" financially, Ms. Tracy remarked that "[m]y priority is face lift and filming myself so we can make this [money]."[22]  In other words, she appears to be focused on appearances over reality.

**4.     OIE's Investigation Failed**

Our complaints about OIE's misguided, incomplete, and biased investigation, including the lack of jurisdiction to investigate this matter in the first place, are well documented.  We are now faced with the uncomfortable reality that had the investigation been thorough, the information contained herein, and much more, would have resulted in the dismissal of this case.  As detailed

---

[15] *See* September 1, 2021 text exchange, attached
[16] *See* November 26, 2021 text exchange, attached.
[17] *See* December 10, 2022 text exchange, attached.
[18] *See* December 27, 2022 text exchange, attached.
[19] *See* February 27, 2023 text exchange, attached.
[20] *See* December 19, 2022 text exchange, attached.
[21] *See* December 27, 2022 text exchange, attached.
[22] *See* December 14, 2021 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 8

above, the investigation failed miserably to verify the statements made by Ms. Tracy and failed to attempt to obtain a complete picture of Ms. Tracy's relationship with Mr. Tucker. Had the investigator simply asked for all messages between Ms. Tracy and her friend of 21 years, who also served as her assistant, **and who was the *key* witness offered by Ms. Tracy**, Ms. Tracy's misrepresentations and manipulation would have come to light months ago. And crucially, OIE would have (or at least should have) halted this investigation once and for all.

This certainly is not a proud moment in Spartan history, and it continues to cast a post-Nassar shadow on an institution that I, as an alumna, hold to a higher standard. Please contact me directly if you would like to further discuss the information that the OIE investigation failed to uncover.

Sincerely,

Jennifer Z. Belveal

cc:    Brian Quinn (via email)
       Melvin G. Tucker

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 8 | Date Range: 9/10/2021 |

## Outline of Conversations

💬 **IM - AA0000001 - 2021/09/10 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** • 8 messages on 9/10/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)



💬 **IM - AA0000001 - 2021/09/10 -**
**d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167**

B    **Brenda** <▓▓▓▓▓▓▓>                                                ► 9/10/2021, 5:49 PM

Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon.

AA   **Ahlan Alvarado** <▓▓▓▓▓▓▓>                                       ◄ 9/10/2021, 6:00 PM

Laughed at "Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon. "

AA   **Ahlan Alvarado** <▓▓▓▓▓▓▓>                                       ◄ 9/10/2021, 6:00 PM

That's what happens when you get on social media being cute and not just about business 😂

B    **Brenda** <+▓▓▓▓▓▓>                                               ► 9/10/2021, 6:01 PM

I know. I think I'm gonna go back to business

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 10/27/2021 - 10/28/2021 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2021/10/28** • 17 messages between 10/27/2021 - 10/28/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

💬    **CHAT - AA0000001 - 00007 - 2021/10/28**

B    **Brenda <+1** ▇▇▇▇▇▇ **>**                                    ▶ 10/27/2021, 8:37 PM
Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂

Attached URL: https://p28-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4954.jpeg

AA    **Ahlan Alvarado <** ▇▇▇▇▇▇ **>**                              ◀ 10/27/2021, 8:43 PM
Laughed at "Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂 "



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/29/2021 - 10/30/2021 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2021/10/30** • 4 messages between 10/29/2021 - 10/30/2021 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)



**CHAT - AA0000001 - 00007 - 2021/10/30**

B  **Brenda** < ███████ >                                    ▶ 10/29/2021, 8:24 PM
I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰

AA  **Ahlan Alvarado** < ███████ >                           ◀ 10/29/2021, 8:24 PM
Loved "I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰"

AA  **Ahlan Alvarado** < ███████ >                           ◀ 10/30/2021, 3:30 PM
Safe travels friend!! Have fun 💜

B  **Brenda** < ███████ >                                    ▶ 10/30/2021, 3:31 PM
Thank you! My flight leaves in an hour 🙌

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 83 | Date Range: 10/31/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/10/31** • 83 messages on 10/31/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **CHAT - AA0000001 - 00007 - 2021/10/31**

B    **Brenda** <+█████████>                              ▶ 10/31/2021, 10:16 AM
His place is so nice 😍

Attached URL: https://p56-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4973.mov

*Attachment: IMG_4973.mov (6 MB)*

B    **Brenda** <+█████████>                              ▶ 10/31/2021, 10:16 AM
He's at work but things are going good ❤️

AA   **Ahlan Alvarado** █████████>                         ◀ 10/31/2021, 10:17 AM
Loved a movie

B    **Brenda** <+█████████>                              ▶ 10/31/2021, 10:17 AM
I worked out already today. Girl, I could get used to this lifestyle.

Attached URL: https://p58-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4968.jpeg



*Image: IMG_4968.jpeg (4 MB)*

AA   **Ahlan Alvarado** <█████████>                        ◀ 10/31/2021, 10:17 AM
Loved "He's at work but things are going good ❤️"

AA   **Ahlan Alvarado** <█████████>                        ◀ 10/31/2021, 10:18 AM
Loved "I worked out already today. Girl, I could get used to this lifestyle."

AA

B

B











**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 103 | Date Range: 11/8/2021 - 11/9/2021 |

**Outline of Conversations**

 **IM - AA0000001 - 2021/11/09 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** · 103 messages between 11/8/2021 - 11/9/2021 · Ahlan Alvarado <██████████> · Brenda <+██████████>

**Messages in chronological order** (times are shown in GMT -05:00)





AA

B

AA

AA

B

B

AA

B

B **Brenda** <+1 ███████>                                    ► 11/9/2021, 10:52 AM
Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets

AA **Ahlan Alvarado** < ███████ >                              ◄ 11/9/2021, 11:01 AM
Emphasized "Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets "

B

AA

B

AA

B

AA











**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 96 | Date Range: 11/25/2021 - 11/26/2021 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2021/11/26** • 96 messages between 11/25/2021 - 11/26/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -05:00)









**Brenda** <+⬛⬛⬛>                                    ▶ 11/26/2021, 5:25 PM

Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh

**Ahlan Alvarado** <⬛⬛⬛>                              ◀ 11/26/2021, 5:26 PM

Emphasized "Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh "

**Ahlan Alvarado** <(⬛⬛⬛0>                            ◀ 11/26/2021, 5:26 PM

I can't either 😭

**Brenda** <+⬛⬛⬛>                                    ▶ 11/26/2021, 5:26 PM

Can you imagine around 700k going into your account every month

**Brenda** <+⬛⬛⬛1>                                   ▶ 11/26/2021, 5:26 PM

Every month

**Brenda** <+1⬛⬛⬛>                                   ▶ 11/26/2021, 5:26 PM

Crazy

**Ahlan Alvarado** <(⬛⬛⬛>                             ◀ 11/26/2021, 5:26 PM

Nope, I need to 7K first 🤣😂😂

**Ahlan Alvarado** <⬛⬛⬛>                              ◀ 11/26/2021, 5:27 PM

Soon!!!

**Brenda** <+⬛⬛⬛>                                    ▶ 11/26/2021, 5:27 PM

Lol

**Ahlan Alvarado** <⬛⬛⬛0>                             ◀ 11/26/2021, 5:27 PM

👏🏽👏🏽👏🏽

**Brenda** <+1⬛⬛⬛>                                   ▶ 11/26/2021, 5:27 PM

We're gonna make it happen.

B  **Brenda** <+████████>                                            ▶ 11/26/2021, 5:27 PM
I'm gonna ask him to finance the doc part of it

AA **Ahlan Alvarado** <(████████>                                    ◀ 11/26/2021, 5:27 PM
Loved "I'm gonna ask him to finance the doc part of it "

B  **Brenda** <+████████>                                            ▶ 11/26/2021, 5:27 PM
He'll do it

AA **Ahlan Alvarado** <████████>                                     ◀ 11/26/2021, 5:27 PM
He for sure will.

B  **Brenda** <+████████>                                            ▶ 11/26/2021, 5:28 PM
And sounds like I'll get booked this spring too so that's more money

AA **Ahlan Alvarado** <████████>                                     ◀ 11/26/2021, 5:28 PM
Yes Cody reached back and said they are looking at dates for spring 🙂

B  **Brenda** <+1████████>                                           ▶ 11/26/2021, 5:28 PM
Perfect

B

AA

AA

B

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 19 | Date Range: 12/14/2021 - 12/15/2021 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2021/12/15** • 19 messages between 12/14/2021 - 12/15/2021 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)



CHAT - AA0000001 - 00007 - 2021/12/15

**Brenda <+ ██████ >**  ▶ 12/14/2021, 10:30 PM
Tucker is going to make some calls about the production companies tomorrow

**Brenda <+ ██████ >**  ▶ 12/14/2021, 10:30 PM
I want to see if we can film after my face lift.

**Brenda <+ ██████ >**  ▶ 12/14/2021, 10:33 PM
I might have to move my body surgery which is fine. My priority is face lift and filming my story so we can make this shmoney

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 214 | Date Range: 1/15/2022 |

**Outline of Conversations**



**CHAT - AA0000001 - 00007 - 2022/01/16** • 214 messages on 1/15/2022 • Ahlan Alvarado < █████ > • Brenda < ████████ >

**Messages in chronological order** (times are shown in GMT -05:00)

**CHAT - AA0000001 - 00007 - 2022/01/16**





AA
AA
AA
B
B
AA
AA
B
B
AA
> B
> B



B    **Brenda** <+⬛⬛⬛⬛>                              ▶ 1/15/2022, 9:19 PM
I haven't even heard from Damon since Monday

AA

AA

AA    **Ahlan Alvarado** <⬛⬛⬛⬛>                     ◀ 1/15/2022, 9:19 PM
He'll pop up

B    **Brenda** <+⬛⬛⬛⬛>                              ▶ 1/15/2022, 9:20 PM
For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th

AA    **Ahlan Alvarado** <⬛⬛⬛⬛>                     ◀ 1/15/2022, 9:20 PM
Laughed at "For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th "













**Brenda** <+⬛⬛⬛⬛⬛> ► 1/15/2022, 9:43 PM

Coach Tucker told me he loved me last night.

It wasn't weird tho. He made sure I knew it was about being a friend.

**Ahlan Alvarado** <⬛⬛⬛⬛⬛> ◄ 1/15/2022, 9:44 PM

In other news lol

**Ahlan Alvarado** <⬛⬛⬛⬛⬛> ◄ 1/15/2022, 9:44 PM

Coach Tucker isn't going anywhere either

**Brenda** <+⬛⬛⬛⬛⬛> ► 1/15/2022, 9:44 PM

Def not lol

**Brenda** <+⬛⬛⬛⬛⬛> ► 1/15/2022, 9:44 PM

He went to some retreat for his birthday. Came back all zen

**Brenda** <+⬛⬛⬛⬛⬛> ► 1/15/2022, 9:45 PM

He's one of those - in another life

**Ahlan Alvarado** <⬛⬛⬛⬛⬛> ◄ 1/15/2022, 9:45 PM

Can't wait til we get to go on retreats

**Brenda** <+⬛⬛⬛⬛⬛> ► 1/15/2022, 9:45 PM

I know!!!

**Brenda** <⬛⬛⬛⬛⬛> ► 1/15/2022, 9:46 PM

I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant human and too special for this world

**Brenda** <+⬛⬛⬛⬛⬛> ► 1/15/2022, 9:48 PM

Damon is so cute in his tight shirt and pants lol. I like seeing him on tv. 😂

B · **Brenda** ▓▓▓▓▓▓▓▓                                    ▶ 1/15/2022, 9:49 PM
I'm glad you can keep up with multiple conversations

AA · **Ahlan Alvarado** <▓▓▓▓▓▓▓▓ >                    ◀ 1/15/2022, 9:49 PM
Multitasker 🙌🏽

B · **Brenda** <+▓▓▓▓▓▓▓▓ >                            ▶ 1/15/2022, 9:49 PM
Women 👏🏽👏🏽👏🏽

B · **Brenda** <+▓▓▓▓▓▓▓▓ >                            ▶ 1/15/2022, 9:49 PM
Loved "Multitasker 🙌🏽"

AA · **Ahlan Alvarado** ▓▓▓▓▓▓▓▓ >                      ◀ 1/15/2022, 9:49 PM
Loved "Women 👏🏽👏🏽👏🏽"









**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 131 | Date Range: 4/16/2022 - 4/17/2022 |

**Outline of Conversations**

💬   **CHAT - AA0000001 - 00007 - 2022/04/17** • 131 messages between 4/16/2022 - 4/17/2022 • Ahlan Alvarado <████████> • Brenda <+████████>

**Messages in chronological order** (times are shown in GMT -04:00)

CHAT - AA0000001 - 00007 - 2022/04/17







AA

B

AA

AA

B

AA

B

AA

AA

B

AA

B

**Brenda** <span style="background:black">████████</span>                                    ▶ 4/17/2022, 12:24 PM

I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the expectation 🙍

**B**  Brenda <+███████>  ► 4/17/2022, 12:24 PM
I wonder if it's bc of the behind the scenes stuff that he's now being weird

**B**  Brenda <+███████>  ► 4/17/2022, 12:24 PM
Like he's nervous to talk about me now?

**B**  Brenda <+███████>  ► 4/17/2022, 12:25 PM
"She's in town" what??

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:27 PM
who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

**B**  Brenda <+███████>  ► 4/17/2022, 12:28 PM
Idk but he didn't do a good job. I expected more from him

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:28 PM
Agree

**B**  Brenda <+███████>  ► 4/17/2022, 12:28 PM
Don't have me there if you aren't going to talk about it. We're not checking boxes

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:28 PM
They took care of us but the important part was to raise awareness.

**B**  Brenda <+███████>  ► 4/17/2022, 12:29 PM
Exactly. It's not about you and me

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:29 PM
It's always about them somehow

**B**  Brenda <+███████>  ► 4/17/2022, 12:29 PM
I gotta step all the way away. I can't have this messing with the message or mission

**B**  Brenda <+███████>  ► 4/17/2022, 12:29 PM
That's not something I can do

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:30 PM
You know what to do

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:30 PM
It's just easy to get caught up

**B**  Brenda <+███████>  ► 4/17/2022, 12:30 PM
We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me.

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:31 PM
Liked "We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me. "

**B**  Brenda <+1███████>  ► 4/17/2022, 12:31 PM
I could care less about a relationship or whatever. My work means everything to me.

**AA**  Ahlan Alvarado <███████>  ◄ 4/17/2022, 12:31 PM
Loved "I could care less about a relationship or whatever. My work means everything to me. "

**B** **Brenda** <+ ███████ > ► 4/17/2022, 12:32 PM
But maybe this is what I needed to see as well. Sometimes I act like it's not that important or I'm not doing enough. I minimize it sometimes

**AA** **Ahlan Alvarado** < ███████ > ◄ 4/17/2022, 12:32 PM
It's def allowing you too see something

**B** **Brenda** <+ ███████ > ► 4/17/2022, 12:32 PM
But now I see a missed opportunity and I feel terrible. Like I failed people.

**AA** **Ahlan Alvarado** < ███████ > ◄ 4/17/2022, 12:33 PM
I just thought they were taking care of the social stuff. I really thought we would see if by end of day.

**B** **Brenda** <+1 ███████ > ► 4/17/2022, 12:33 PM
I'm sorry God. I will do better.

**AA** **Ahlan Alvarado** < ███████ > ◄ 4/17/2022, 12:33 PM
You didn't know either. Can't blame yourself.

**AA** **Ahlan Alvarado** < ███████ > ◄ 4/17/2022, 12:33 PM
I see what you're saying though

**B** **Brenda** <+ ███████ > ► 4/17/2022, 12:34 PM
True. I've also asked him to do stuff rather than letting him lead. I mean he asked but… maybe it's not 200% genuine. I mean Damon had two reasons for bringing me to speak to his college team.

**B** **Brenda** <+ ███████ 1> ► 4/17/2022, 12:35 PM
I've been more assertive than other coaches bc I know I can.

No more of that.

**AA** **Ahlan Alvarado** < ███████ > ◄ 4/17/2022, 12:35 PM
Do you think you can have a convo about it?

**B** **Brenda** <+ ███████ > ► 4/17/2022, 12:36 PM
We will at some point. Have to.

**B** **Brenda** <+ ███████ > ► 4/17/2022, 12:36 PM
A lot of this is just me and things I can adjust and control

**AA** **Ahlan Alvarado** < ███████ > ◄ 4/17/2022, 12:36 PM
Loved "A lot of this is just me and things I can adjust and control "

**B**

**AA**

**B**

**AA**







**B**  **Brenda** <+▮▮▮▮▮▮>                                          ► 4/17/2022, 2:08 PM

MSU posted and Coach isn't being weird at all. Feels like all is good 👍🏻

**B**  **Brenda** <+▮▮▮▮▮▮>                                          ► 4/17/2022, 2:22 PM

And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌🏼

Blessings on blessings when you stay the course and do what's right.

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮>                                  ◄ 4/17/2022, 2:24 PM

Loved "And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌🏼

Blessings on blessings when you stay the course and do what's right. "

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮>                                  ◄ 4/17/2022, 2:24 PM

Loved "MSU posted and Coach isn't being weird at all. Feels like all is good 👍🏻 "

**AA**

**AA**

**B**

**B**

**B**

**B**

**AA**





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 77 | Date Range: 8/31/2022 - 9/1/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/09/01** • 77 messages between 8/31/2022 - 9/1/2022 • Ahlan Alvarado <██████████> • Brenda <+1 ██████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **CHAT - AA0000001 - 00007 - 2022/09/01**

B

AA



B     **Brenda <+**████████**>**                    ▶ 9/1/2022, 2:40 PM

Karen - a lawyer is reaching out to the head lawyer at MSU to discuss what this might look like moving forward. She's going to gauge their response and we will go from there but sounds like we will be asking Tucker to not speak on me or the incident and him or MSU will need to make an anonymous donation to STE so that we can further our work.

Karen said once she can test their tolerance - like do they just want this to just go away - then she'll be able to better help me make decisions.

Having him just sign an NDA tho just means he did it no one will know and there are no consequences for him.

B

B

AA

B

AA

B     **Brenda <+**████████                    ▶ 9/1/2022, 2:48 PM

Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it

B     **Brenda <+**████████**21>**                ▶ 9/1/2022, 2:48 PM

Emphasized "Like nothing right ?! "

AA    **Ahlan Alvarado** ████████                ◀ 9/1/2022, 2:48 PM

Loved "Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it "

B     **Brenda <+**████████**>**                    ▶ 9/1/2022, 2:49 PM

Not even sure he would agree to it but I think I should try and if it leaked then it's a donation to my work and not me

B     **Brenda <**████████**>**                    ▶ 9/1/2022, 2:49 PM

They said it would be a bad idea to call him.

B     **Brenda <**████████**>**                    ▶ 9/1/2022, 2:49 PM

Could look like I tried to extort him and then followed it up with a lawyer





**Brenda** <+████████> ▶ 9/1/2022, 2:55 PM
When they do the money I should make him pay me 10k directly

**Brenda** <+████████> ▶ 9/1/2022, 2:55 PM
Or ask anyway

**Ahlan Alvarado** <████████> ◀ 9/1/2022, 2:56 PM
Yup





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 32 | Date Range: 12/9/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/12/09** · 32 messages on 12/9/2022 · Ahlan Alvarado <(███████) ███> · Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)





**Brenda** <+[redacted]>  ▶ 12/9/2022, 3:50 PM
I'm filing a formal complaint with MSU.

**Ahlan Alvarado** <[redacted]>  ◀ 12/9/2022, 3:51 PM
When does this happen?

**Brenda** <+[redacted]>  ▶ 12/9/2022, 3:51 PM
Next step is interviewing with Rebecca and she'll file it. And he will be notified. Karen said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to

**Brenda** <+[redacted]>  ▶ 12/9/2022, 3:51 PM
I guess very soon. But I'm thinking I should probably do it after DC.

AA

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 12/10/2022 - 12/11/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/12/11** • 17 messages between 12/10/2022 - 12/11/2022 • Ahlan Alvarado <(██████████> • Brenda <+1 ██████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **CHAT - AA0000001 - 00007 - 2022/12/11**



B          **Brenda <+**▇▇▇▇▇▇▇▇**>**                                    ▶ 12/10/2022, 9:30 PM
           NBC finally paid me. I was down to $5 lol

AA         **Ahlan Alvarado** ▇▇▇▇▇▇▇**>**                              ◀ 12/10/2022, 9:35 PM
           Emphasized "NBC finally paid me. I was down to $5 lol"

B

B

AA

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 24 | Date Range: 12/19/2022 - 12/20/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/12/20** • 24 messages between 12/19/2022 - 12/20/2022 • Ahlan Alvarado <███████> • Brenda <+███████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **CHAT - AA0000001 - 00007 - 2022/12/20**

B    **Brenda <+1███████>**                                    ▶  12/19/2022, 7:58 PM

So apparently I was supposed to be paying down 2018 taxes and not staying caught up on the other years bc now the IRS wants their money. I have to come up with 25k over the next 6 weeks.

No one told me to pay on the earliest year first. I guess I should have known tho. What a fucking mess. It doesn't even matter now what I can pay a month or anything.



AA    **Ahlan Alvarado** < ███████ >                              ◄ 12/19/2022, 8:05 PM

He does

AA    **Ahlan Alvarado** < ███████ >                              ◄ 12/19/2022, 8:07 PM

And who knows maybe that plan is you paying in full

B    **Brenda** <+ ███████ >                                      ► 12/19/2022, 8:08 PM

From your mouth to Gods ears. I'm just trying to stay positive.

B    **Brenda** <+ ███████ >                                      ► 12/19/2022, 8:08 PM

Having the IRS after me in a way that is known publicly surely won't help my lawsuit.



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 37 | Date Range: 2/26/2023 - 2/27/2023 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2023/02/27** • 37 messages between 2/26/2023 - 2/27/2023 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬     **CHAT - AA0000001 - 00007 - 2023/02/27**

AA

B

B

AA

AA

B

AA



B     **Brenda** <+█████████1>            ▶ 2/27/2023, 12:43 PM
Attached URL: https://p68-content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00Attachment Title: Screenshot 2023-02-27 at 9.43.46 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.43.46 AM.jpeg (276 KB)*

B     **Brenda** <+███████████>            ▶ 2/27/2023, 12:44 PM
Attached URL: https://p68-content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00Attachment Title: Screenshot 2023-02-27 at 9.44.33 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.44.33 AM.jpeg (418 KB)*

**B**    **Brenda** <+▮▮▮▮▮▮▮>    ▶ 2/27/2023, 12:45 PM

Staying the course.

They didn't meet with MSU today but her and Jennifer are talking again tomorrow morning

**AA**    **Ahlan Alvarado** <▮▮▮▮▮▮>    ◀ 2/27/2023, 12:45 PM

Yup stay the course!

**B**    **Brenda** <+▮▮▮▮▮▮▮>    ▶ 2/27/2023, 12:45 PM

Loved "Yup stay the course! "

**AA**

**B**

**B**

**AA**

**B**

**B**

**B**





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 46 | Date Range: 12/27/2022 - 12/28/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/12/28** • 46 messages between 12/27/2022 - 12/28/2022 • Ahlan Alvarado <████████████> • Brenda <+████████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **CHAT - AA0000001 - 00007 - 2022/12/28**

B

AA



B    **Brenda** <▮▮▮▮▮▮▮▮>                                     ▶ 12/27/2022, 7:03 PM

Now imagine the victim is taking on a $95M coach

Attached URL: https://p69-content.icloud.com/M48E5E71F4805C37B21E54CA2E736B23E6FDDCF7C4F76149FA711AA0EF7E81E9B.C01USN00Attachment Title: Screenshot 2022-12-27 at 4.02.30 PM.jpeg



*Image: Screenshot 2022-12-27 at 4.02.30 PM.jpeg (236 KB)*

AA   **Ahlan Alvarado** <▮▮▮▮▮▮▮▮>                              ◀ 12/27/2022, 7:04 PM
😭

B

AA



AA

B



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 54 | Date Range: 3/15/2023 - 3/16/2023 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2023/03/16** • 54 messages between 3/15/2023 - 3/16/2023 • Ahlan Alvarado <██████████> • Brenda <██████████>

**Messages in chronological order** (times are shown in GMT -04:00)



**CHAT - AA0000001 - 00007 - 2023/03/16**

**Brenda <+1⬛⬛⬛⬛>**                                          ▶ 3/15/2023, 10:37 PM

I'm talking to Karen and Paula tomorrow.

Also have our marketing first on boarding call tomorrow 🙌





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 45 | Date Range: 5/15/2023 - 5/16/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/05/16** • 45 messages between 5/15/2023 - 5/16/2023 • Ahlan Alvarado <███████> • Brenda <+███████>

**Messages in chronological order** (times are shown in GMT -04:00)



B

AA

B

**Brenda** <████████>                                    ▶ 5/16/2023, 2:56 PM

I just talked to my new ESPN reporter

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 2:56 PM

Loved "Got it "

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 2:57 PM

Emphasized "I just talked to my new ESPN reporter "

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 2:58 PM

How did it go?

**Brenda** <+████████>                                   ▶ 5/16/2023, 2:59 PM

Good. I like him. He said they aren't going to do anything yet. But obviously if they get tipped off about other outlets or if MT does something they would need to cover it

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 2:59 PM

That makes sense

**Brenda** <████████21>                                  ▶ 5/16/2023, 3:00 PM

It does and I told him I understood the process and all that but that I'm also trying to get through the school process without public input

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 3:07 PM

Exactly. What did he say to that?

**Brenda** <+████████>                                   ▶ 5/16/2023, 3:08 PM

He said he understood and barring othering circumstances he would try to make sure that happened

**Brenda** <+████████>                                   ▶ 5/16/2023, 3:08 PM

His hands are tied on some stuff

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 3:08 PM

Well I'm glad you were able to communicate that

**Brenda** <+████████>                                   ▶ 5/16/2023, 3:08 PM

But he said he understood about me wanting control over the process and why that was important for me

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 3:08 PM

Loved "But he said he understood about me wanting control…"

**Ahlan Alvarado** <████████>                            ◀ 5/16/2023, 3:08 PM

It's important

**B**

**Brenda** <+█████████    ► 5/16/2023, 3:08 PM

He's the guy that did Kyle's story

**B**

**Brenda** <+█████████    ► 5/16/2023, 3:09 PM

Loved "It's important "

**AA**

**Ahlan Alvarado** █████████    ◄ 5/16/2023, 3:09 PM

Loved "He's the guy that did Kyle's story "

**B**

**Brenda** <+█████████    ► 5/16/2023, 3:10 PM

I think he'll do a good job. I think he'll be fair

**AA**

**Ahlan Alvarado** █████████    ◄ 5/16/2023, 3:10 PM

Loved "I think he'll do a good job. I think he'll be fair…"

**AA**

**B**

**AA**

**AA**

**B**

**B**



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 69 | Date Range: 5/18/2023 - 5/19/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/05/19** • 69 messages between 5/18/2023 - 5/19/2023 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)







**Brenda <+**⬛⬛⬛⬛                                        ▶ 5/19/2023, 3:56 PM
Dan said ESPN is starting to send out FOIAs. General stuff so he doesn't think they will know

**Brenda <**⬛⬛⬛⬛**>**                                      ▶ 5/19/2023, 3:56 PM
But who knows 🤷‍♀️



# Exhibit C

# Affidavit of Brenda Tracy

# STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION, A NON-PROFIT ORGANIZATION,

JANE DOE 1; and JANE DOE 2,

      Plaintiffs,

                             Case No.

                             The Honorable Judge

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

      Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## AFFIDAVIT OF BRENDA TRACY

I, Brenda Tracy, swear and affirm the following:

1. I am the founder and president of the organization *Set the Expectation,* (STE), a 501 (c) (3) corporation.

2. As the founder and president of STE, I educate colleges and universities across the country regarding sexual assault prevention and trauma-informed response to assault victims.

3. Ahlan Alvarado (now deceased) was my closest friend of more than 20 years. Ahlan was also my right-hand person in administering STE. In our respective roles in STE, we often discussed confidential matters involving outside parties. Those parties are completely independent of anything to do with the matter involving Michigan State University and the termination of the football coach.

Scanned with CamScanner

4. Our confidential discussions involve highly sensitive information regarding other survivors and their families. These discussions were never intended to be shared with anyone outside of STE.

5. As the founder of STE, survivors look to me as a support and confidant. Survivors depend on me to provide them with safe support and guidance in their recovery. I am oftentimes the sole person that the survivor confides in. These survivors have not disclosed what has happened to their families and friends.

6. Without my knowledge or consent, text messages between Ahlan and me were obtained from an outside party, and subsequently disclosed to the university and the media. These messages were obtained from Ahlan's personal cell phone after her untimely death in a motor-vehicle accident.

7. That outside party has implied that there are additional text messages that they are prepared to release.

8. Releasing personal text messages involving private sensitive matters puts outside parties at risk.

9. In addition to sensitive survivor information, Ahlan's phone contained my business records, calendar, college and university information, and other business-related information.

10. I am gravely concerned about the mental health and personal safety of the individuals that have confided in me with the expectation of privacy and confidentiality.

11. Ahlan's phone contains sensitive information, including but not limited to text messages, email, photographs, and other identifying information.

_Brenda Tracy_
Brenda Tracy


STATE OF OREGON        )

COUNTY OF Multnomah  )

Acknowledged before me in _Multnomal_ County, Oregon, on _10/ 5_ 2023 by Brenda Tracy.

OFFICIAL STAMP
DAT QUANG DINH
NOTARY PUBLIC - OREGON
COMMISSION NO. 1029598
MY COMMISSION EXPIRES OCTOBER 05, 2026

Multnomah     County, Oregon
My Comm. Expires: 10/05/2026

Scanned with CamScanner

Case 1:23-cv-01102-RJJ-PJG    ECF No. 1-1   Original - Court PageID.142    Filed 10/16/23   2nd copy - Plaintiff   Page 135
                                              1st copy - Defendant                          3rd copy - Return
                                                   of 400

Approved, SCAO

| STATE OF MICHIGAN | **First Amended** | CASE NO. |
|---|---|---|
| 30th  JUDICIAL DISTRICT  JUDICIAL CIRCUIT  COUNTY | **SUMMONS** | 23-0671-CZ  Hon. Wanda M. Stokes |

| Court address | Court telephone no. |
|---|---|
| 315 S Jefferson, Mason, MI 48854 | (517) 483-6500 |

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. | |
|---|---|---|---|
| BRENDA TRACY LLC, SET THE EXPECTATION; JANE DOE 1; JANE DOE 2; JANE DOES YET TO BE IDENTIFIED | v | AGUSTIN ALVARADO  41912 W Carlise Ln.  Maricopa, AZ 85138-3265  (915) 867-9948 | JENNIFER Z. BELVEAL  1540 Delancy Cir.  Canton, MI 48188  (734) 657-7264 |
| Plaintiff's attorney, bar no., address, and telephone no.  Eric D. Delaporte  210 State St., Suite B  Mason, MI 48854  (517) 999-2626  Eric@DelaporteLaw.com | | MEL TUCKER  2471 Overglen Court  East Lansing, MI 48823  (614) 657-0400 | FOLEY & LARDNER, LLP  500 Woodward Ave, Ste 2700  Detroit, MI 48226  (313) 234-7100 |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in  ☐ this court,  ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action  ☐ remains  ☐ is no longer  pending.

Summons section completed by court clerk.            **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| OCT 1 1 2023 | JAN 1 0 2024 | MAKAILA BOLLEY |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons**  (3/23)

Case No. 23-0671-CZ

### PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                          Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

## STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

      Plaintiffs,

                                     Case No. 23-0671-CZ
                                     The Honorable Wanda M. Stokes

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

FOLEY & LARDNER LLP; JOHN DOE(S) AND JANE DOE(S)

IN POSSESSION OF RECORDS WHOSE NAMES ARE KNOWN ONLY TO

DEFENDANTS,

      Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## FIRST AMENDED COMPLAINT AND JURY DEMAND

REC'D - 30th CIRCUIT COURT

OCT 11 2023

BY: _____
Deputy Clerk

NOW COMES Plaintiffs Set the Expectation, Jane Doe 1, Jane Doe 2, and Jane Does yet to be identified (hereinafter collectively "Plaintiffs"), by and through their attorney Eric Delaporte of Delaporte Lynch, PLLC, and files this First Amended Complaint: for an injunction, violation of the Michigan Eavesdropping Statute; violation of the Computer Fraud and Abuse Act 18 U.S.C. § 1030; violation of the Fraudulent Access to Computers, Computer Systems, and Computer Networks Act; misappropriation and/or theft and/or conversion of business records; tortious interference with a business relationship; invasion of privacy; and civil conspiracy as follows:

## GENERAL ALLEGATIONS

### VENUE

1. Plaintiff Brenda Tracy LLC (BTLLC) is duly incorporated in the State of Oregon, doing business in Michigan.

2. Plaintiff Set the Expectation (STE) is a 501(c)(3) nonprofit entity duly incorporated in the State of Oregon, doing business in Michigan.

3. Plaintiff Jane Doe 1 is an individual who engages with Plaintiffs STE and BTLLC.

4. Plaintiff Jane Doe 2 is an individual who engages with Plaintiffs STE and BTLLC.

5. Plaintiffs Jane Does yet to be identified are individuals who engage with Plaintiffs STE and BTLLC.

6. Defendant Agustin Alvarado is an individual who resides in Maricopa, Pinal County, Arizona.

7. Defendant Mel Tucker is the former football coach for Michigan State University who resides in East Lansing, Ingham County, Michigan.

8. Defendant Jennifer Z. Belveal is Defendant Tucker's Attorney and resides in Canton, Wayne County, Michigan.

9.  Defendant Foley & Lardner LLP is a law firm in Detroit, Wayne County, Michigan, where Ms. Belveal is a partner.

10. John Doe(s) and Jane Doe(s) in Possession of Records are third-parties only known to Defendants who possess one or more records which form the basis of this Complaint.

11. Upon information and belief, accessing and publishing of the records, and use of the device which forms the basis of this Complaint, occurred within the County of Ingham.

12. Jurisdiction and Venue for injunctive relief are proper within the Honorable Circuit Court.

<center>COMMON FACTS</center>

13. Former Michigan State University football coach, Mel Tucker, is under investigation for sexual harassment against prominent rape survivor and activist, Ms. Brenda Tracy. **Exhibit A – Lansing State Journal Article.**

14. Ms. Tracy is the founder of STE, a nonprofit organization committed to ending sexual violence, engaging sexual assault prevention work with men, and advocating for survivors and their families.

15. Ms. Tracy is the founder of BTLLC, a LLC incorporated in Oregon and doing business in Michigan.

16. On October 5, 2023, Defendant Tucker's attorney, Defendant Jennifer Z. Belveal, Defendant Foley & Lardner LLP, partially released "new evidence" allegedly related to the investigation, comprised mostly of messages between Ms. Ahlan Alvarado, Set the Expectation's and Brenda Tracy LLC's former Case Manager/Contractor, and Ms. Tracy. *Id. See also*, **Exhibit B – Attorney Belveal Letter.**

17. Ms. Alvarado, who was like a sister to Ms. Tracy, tragically passed away in a car accident June 2023. **Exhibit C– Affidavit of Brenda Tracy.**

<center>3</center>

18. As Case Manager for STE, Ms. Alvarado's text messages and emails contained on her cellphone contain extensive information related to business records, interests, and relations for Set the Expectation. *Id.* **at ¶¶3-5.**

19. A vast majority of the messages between Ms. Alvarado and Ms. Tracy involve confidential information related to the mental health of Set the Expectations clients, partners, and/associated groups and individuals, including those who have been subjected to sexual assault and harassment; the messages also included information of a private and/or confidential nature. *Id.*

20. As a result, STE frequently makes referrals and uses protected medical information related to clients in its efforts to assist clients and connect survivors to mental health and other resources. *Id.* **at ¶¶4, 5, 8-11.**

21. The messages and texts, and other important data, belong to Plaintiffs; the cellular phone belongs to Ms. Alvarado's estate, which has not yet been probated.

22. These messages were released without Plaintiffs' knowledge or consent of any parties, and were obtained by an outside third-party. *Id.* **at ¶6.**

23. Upon information and belief, these messages were released to Ms. Belveal, Foley & Lardner LLP, and Mr. Tucker by Ms. Alvarado's estranged husband, Defendant Alvarado, whom she was divorcing.

24. Upon information and belief, Defendant Alvarado is not the executor of Alvarado's estate and had no right to release the contents of Ms. Alvarado's phone or conversations from any similar source; especially as the conversations and other electronic records belonged to Plaintiffs.

4

25. Upon information and belief, the unlawfully released records belong to Plaintiffs and the phone upon which they resided belong to the estate of Ms. Ahlan Alvarado (for the benefit of her two minor children), and both were stolen by Mr. Alvarado.

26. The records that Defendants Belveal Foley & Lardner LLP have released and threatened to continue publishing are records related to BTLLC and STE and its clients/associates, and are believed to contain sensitive, private, legally-protected information regarding the business and its clients, and private information of individuals associated therewith. *Id.* **at ¶¶4, 5, 8-11.**

27. If injunctive relief in the form of a TRO or Injunction is not issued, Plaintiffs, their representatives, employees, associates, family members, and community will suffer significant, pervasive, and irreparable harm.

<u>COUNT I</u>

**Injunctive Relief**

28. MCR 3.310 provides that an Emergency Temporary Restraining Order and/or Preliminary Injunction may be granted without notice to the adverse party if "(a) it clearly appears from specific facts shown by affidavit or by a verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant from the delay required to effect notice or from the risk that notice will itself precipitate adverse action before an order can be issued; (b) the applicant's attorney certifies to the Court in writing the efforts, if any, that have been made to give the notice and the reasons supporting the claim that notice should not be required; and (c) a permanent record or memorandum is made of any nonwritten evidence, argument, or other representations made in support of the application." MCR 3.310(B).

29. Pursuant to MCR 3.310, the Court may issue injunctive relief.

5

30. Defendants have harmed Plaintiffs in a manner that is not fully (or perhaps at all), compensable by pecuniary measures.

31. As appears from the attached released letter (attached as **Exhibit B**), Plaintiffs will suffer immediate and irreparable loss from the further publication of misappropriated protected, personal, private, and sensitive business and personal information related to sexual assault survivors and employees (both living and deceased), and business records/trade secrets, which were gathered in violation of Michigan law, before an order can be issued.

32. Plaintiffs are likely to prevail on the merits of its claim based upon the improper release of protected, personal, private, and sensitive information of Plaintiffs, clients, and all associated individuals/groups.

33. Without an injunction, Plaintiffs will suffer severe and pervasive personal and/or business consequences, due to the release of business records, and sensitive information related to the mental health, medical history, and other sensitive, personal, and protected information that will be released to the public and will damage the reputation, safety, and livelihood of any Plaintiffs/individuals associated with Plaintiffs, including but not limited to, sexual assault survivors availing themselves of the resources and engagements offered by the LLCs.

34. The public interest will be more greatly served by enforcing Michigan law because upholding the law is in the public interest, and Plaintiffs will not be subjected to the highly publicized and brutal public attacks associated with the nature of this case involving Defendants and further traumatizing and abusing indirect, unrelated, innocent victims who have sought protected assistance from Plaintiffs, or who are themselves innocent victims.

35. Plaintiffs, the community, and the public will continue to be harmed if injunctive relief does not issue to prevent Defendants, their agents, servants, employees, and attorneys, and those

6

persons in active concert, possession or participation with them from unlawfully releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, and/or any other source, relating in any way to Jane Does 1 & 2, Brenda Tracy, LLC, Set the Expectation LLC, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

36. Upon information and belief, Defendants intend to release the records as part of its strategy in the investigative hearing and ongoing litigation between Mr. Tucker and Michigan State University.

37. If Defendants are allowed to release the records, Plaintiffs will suffer severe and pervasive personal and/or business consequences, due to the release of business records, and sensitive information related to the mental health, medical history, and other sensitive, personal, and protected information that will be released to the public and will damage the reputation, safety, and livelihood of any Plaintiffs/individuals associated with Plaintiffs, including but not limited to, sexual assault survivors availing themselves of the resources and engagements offered by the LLCs.

38. Plaintiffs' request Injunctive Relief in the form of an Emergency TRO or a Preliminary Injunction, and then a Temporary and Permanent Injunction, to prevent immediate and irreparable damage to the reputation, safety, and livelihood of any Plaintiffs/individuals associated with Plaintiffs, including but not limited to, sexual assault survivors availing themselves of the resources and engagements offered by the LLC's.

<u>COUNT II</u>

**Violation of the Michigan Eavesdropping Statute**

39. MCL 750.539 *et seq*. defines "eavesdropping" as "to overhear, record, amplify or transmit any part of the private discourse of others without the permission of all persons engaged in the discourse."  MCL 750.539a(2).

40. *Dickerson v Raphael* sets the standard for third-party release of conversations where that third-party was not a member of the conversation.  *Dickerson v Raphael*, 564 NW2d 85, 222 Mich.App. 185 (1997).

41. The Court in *Dickerson* held that the "later broadcast of plaintiff's private conversation..." with those who were "not themselves party to the conversation" constituted eavesdropping. *Id.* at 185.  A "private" conversation is "'intended for or restricted to the use of a particular person or group or class of persons ... [and is] intended only for the persons involved.'..." *Id.* citing Webster's Third New International Dictionary, Unabridged Edition (1966).

42. Defendants have amplified, transmitted, and broadcasted private conversations between Ms. Alvarado and Ms. Tracy, and have threatened to release additional related communications.

43. Plaintiffs have suffered loss to their reputation, mental health, safety, and business interests and will continue to be damaged by the threatened release of the records on Ms. Alvarado's phone or other sources.

44. Plaintiffs' losses based on the prior theft and release will likely exceed $5,000,000.00 based on harm to individuals, including but not limited to harm to their reputation, mental health, safety, and business interests.

45. Any future and/or further release will cause harm that could not be fully compensated (or possibly compensated at all), by a pecuniary remedy.

46. Further, the release of the records constitutes a threat, as some records are believed to relate to Plaintiffs' (and their clients, board members, officers, employees, associates, and agents), highly confidential health information, which will be released and put these sexual assault survivors and their community at risk.

## COUNT III

### Violation of the Computer Fraud and Abuse Act 18 U.S.C. § 1030

47. Under 18 USCS § 1030(a)(2), it is a crime for anyone who "intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains . . . information from any protected computer."

48. The term "protected computer" means any computer "which is used in or affecting interstate or foreign commerce or communication." *Id.*

49. This term is expansive and should include all smartphones in the United States. " . . . sufficient to establish that the iPhone in question is a protected computer under the meaning of the CFAA." *Volpe v. Abacus Software Sys. Corp.*, 2021 U.S. Dist. LEXIS 112641.

50. Any person who suffers damage or loss by reason of a violation of this section may maintain a civil action to compensatory damages and injunctive relief or other equitable relief if the conduct involves one or more of the following factors:

    a. loss to 1 or more persons during any 1-year period aggregating at least $5,000 in value;

    b. the modification or impairment, or potential modification or impairment, of the medical examination, diagnosis, treatment, or care of 1 or more individuals;

    c. physical injury to any person;

9

    d.   a threat to public health or safety; or

    e.   damage affecting a computer used by or for an entity of the United States Government in furtherance of the administration of justice, national defense, or national security.

51. Plaintiffs have suffered damage or loss, and will further suffer damage and loss, by the threatened release of the records on Ms. Alvarado's phone or other sources.

52. These losses will exceed $5,000,000.00 based on harm to Plaintiffs, including but not limited to harm to their reputation, mental health, safety, and business interests.

53. Further, the release of the records constitutes a threat, as some records are believed to relate to Plaintiffs' (and their clients, board members, officers, employees, associates, and agents), highly confidential health information, which will be released and put these sexual assault survivors and their community at risk.

<div align="center">

COUNT IV

**Violation of the Fraudulent Access to Computers,
Computer Systems, and Computer Networks Act MCL 752.791 *et seq.***

</div>

54. "A person shall not intentionally and without authorization . . . [a]ccess or cause access to be made to a computer program, computer, computer system, or computer network to  . . . otherwise use the service of a computer program, computer, computer system, or computer network." MCL 725.795.

55. "A person shall not use a computer program, computer, computer system, or computer network to commit, attempt to commit, conspire to commit, or solicit another person to commit a crime." MCL 752.796.

<div align="center">

10

</div>

56. Pursuant to MCL 752.796b, all computer equipment, software, and any personal property used in connection with any violation of the Act may be subject to lawful seizure and forfeiture.

57. Defendants engaged in the unauthorized access of a computer, computer program, computer system, or computer network.

58. Defendants committed, attempted to commit, and/or conspired to commit, a crime.

<div align="center">COUNT V</div>

**<div align="center">Misappropriation and/or Theft and/or Conversion of Business Records</div>**

59. MCL 600.2919a prohibits the stealing, converting, receiving, possessing, concealing, or aiding in the concealment of stolen, embezzled, or converted property of another for the third-parties' own use, including when the third-party buying, receiving, possessing, concealing, or aiding in the concealment of stolen, embezzled, or converted property knew that the property was stolen, embezzled, or converted.

60. Defendants misappropriated the property of Plaintiffs when Defendants illegally, and without permission or authority, possessed and accessed Ms. Alvarado's phone, which contained extensive business communications belonging to Plaintiffs.

61. A great majority of the records relate to the business dealings of Plaintiff Brenda Tracy LLC and Set the Expectation, and include confidential, protected, personal, private, and sensitive business information related to sexual assault survivors and employees (both living and deceased).

62. Defendants were not authorized to possess or receive these records.

<div align="center">11</div>

## COUNT VI

### Tortious Interference with Business Relations and Malicious Intent to Damage Professional and Personal Reputation of Business, Associates, and Clients

63. The elements of tortious interference are "(1) a contract, (2) a breach, and (3) an unjustified instigation of the breach by the defendant." *Mahrle v. Danke*, 216 Mich.App. 343, 350, 549 NW2d 56 (1996).

64. Plaintiffs had a valid business relationship and expectancy with Ms. Alvarado as Plaintiffs' Case Manager/Contractor.

65. Defendants knew Plaintiff and Ms. Alvarado maintained a business relationship and expectancy.

66. Defendants intentionally interfered, and thereby breached, the business relations and business dealings of Plaintiffs when Defendants unlawfully received the records and intentionally broadcasted, amplified, and published certain records, and threatened to broadcast, amplify, and publish the additional records without permission of parties.

67. Defendants intended to interfere with Plaintiff's business relations in their attempts to absolve Mel Tucker in the outside investigation into sexual assault allegations.

68. Defendants acquired the records by improper, unauthorized, and illegal means, as they were not parties to the conversation nor agents of Plaintiffs.  Ms. Alvarado's estate owns her phone, not Mr. Alvarado, as the estate has yet to be probated and Mr. and Mrs. Alvarado were in the midst of obtaining a divorce, moreover, the conversations and records belonged to Plaintiffs.

12

69. Defendants acted with malice to tarnish the reputations of Plaintiffs, retaliate against Plaintiffs for participation in the investigation against Mel Tucker, and otherwise terrorize survivors and intimidate them from associating with Plaintiffs.

70. Plaintiffs have suffered damage or loss, and will further suffer damage and loss, by the threatened release of the records on Ms. Alvarado's phone or other sources.

71. These losses are believed to have exceeded $5,000,000.00 based on harm to Plaintiffs, including but not limited to harm to their reputation, mental health, safety, and business interests.

## COUNT VII

### Invasion of Privacy

72. An invasion-of-privacy claim protects against four types of invasion of privacy: "(1) intrusion upon the plaintiff's seclusion or solitude or into his private affairs; (2) public disclosure of embarrassing private facts about the plaintiff; (3) publicity that places the plaintiff in a false light in the public eye; and (4) appropriation, for the defendant's advantage, of the plaintiff's name or likeness." *Puetz v Spectrum Health Hosps & Kevin Splaine*, 324 Mich App 51, 69; 919 NW2d 439 (2018).

73. Intrusion upon seclusion requires: "(1) an intrusion by the defendant (2) into a matter in which the plaintiff has a right of privacy (3) by a means or method that is objectionable to a reasonable person." *Saldana v Kelsey-Hayes Co*, 178 Mich App 230, 233; 443 NW2d 382 (1989).

74. A cause of action for public disclosure of private facts requires "the disclosure of information that would be highly offensive to a reasonable person and of no legitimate concern to the public, and the information disclosed must be of a private nature that excludes

13

matters already of public record or otherwise open to the public eye." *Duran v The Detroit News*, 200 Mich App 622, 631; 504 NW2d 715 (1993).

75. Ms. Alvarado's cellphone and other electronic medium containing the text messages, emails, and other electronic communications contained significant personal, confidential, and highly private information, often, but not always, contained within Plaintiffs' business records.

76. The private information included material regarding sexual assaults, dating relationships, and other information which Defendants knew or should have known would damage Plaintiffs' reputations and invade their privacy if released in public.

77. In the course of its business, BTLLC and STC frequently make referrals and use protected medical information related to clients in its efforts to connect sexual assault survivors to resources.

78. The release of the records constitutes a threat to public health or safety as the records relate to highly confidential health information of clients and survivors of sexual assault, which will be released and put these survivors and their community at risk.

79. To release said records would constitute a violation of the Michigan Mental Health Code, and breach confidentiality of survivors who have confided in Plaintiff Brenda Tracy LLC and Ms. Alvarado.

## COUNT VIII

### Civil Conspiracy

80. A civil conspiracy is a combination of two or more persons, by some concerted action, to accomplish a criminal or unlawful purpose, or to accomplish a lawful purpose by criminal or unlawful means. *Swain v Morse*, 332 Mich App 510, 530; 957 NW2d 396 (2020).

14

81. Defendants Alvarado, Belveal, Foley & Lardner LLP, and Tucker conspired together to obtain and release Plaintiffs personal and professional records of a private nature and publish them to news organizations and the public.

82. Defendants obtained and released the personal and professional records of a private nature in violation of Michigan law and while committing the torts of Tortious Interference with a Business Relationship and Invasion of Privacy

WHEREFORE, Plaintiffs requests the following;

1. Forfeiture of all computer systems, cellphones, electronic storage devices, and any other items used in violating the Fraudulent Access to Computers, Computer Systems, and Computer Networks Act, including, but not limited to, Ms. Alvarado's cellphone containing Plaintiff's records.

2. Judgment against Defendants for damages caused by Defendants' publication (which has already occurred), in whatever amount Plaintiffs are found to be entitled at trial, together with interest, costs, and attorney's fees, but not less than $5,000,000.00.

3. Issue injunctive relief (Ex. Parte if necessary), against Defendants in the form of an Emergency TRO, Preliminary Injunction, and Permanent Injunction by enjoining Defendants, their agents, servants, employees, and attorneys, and those persons in active concert, possession or participation with them from releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, and/or any other source, relating in any way to Jane Does 1 & 2, Jane Does yet to be identified, Brenda Tracy, LLC, d/b/a Set the Expectation, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

4.  Award Plaintiffs their attorneys' fees and costs.

5.  Award any other remedy required by justice and which the Court sees fit to award.

Dated: October 10, 2023

DELAPORTE LYNCH, PLLC

By: _____
Eric D. Delaporte (P69673)
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLaw.com

16

## STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

      Plaintiffs,

                                     Case No. 23-0671-CZ
                                     The Honorable Wanda M. Stokes

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

FOLEY & LARDNER LLP; JOHN DOE(S) AND JANE DOE(S)

IN POSSESSION OF RECORDS WHOSE NAMES ARE KNOWN ONLY TO

DEFENDANTS,

      Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## REQUEST FOR JURY DEMAND

REC'D - 30th CIRCUIT COURT

OCT 11 2023

BY:_____
Deputy Clerk

17

In accordance with MCR 2.508, Plaintiffs hereby demand that the above-captioned case be tried by jury.

Dated: October 10, 2023

DELAPORTE LYNCH, PLLC

By: _____
Eric D. Delaporte (P69673)
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLaw.com

18

# EXHIBIT A

# Lansing State Journal

---

**CAMPUS**

# Mel Tucker won't participate in sexual harassment hearing; attorney claims new evidence

Lansing State Journal

Published 10:13 a.m. ET Oct. 5, 2023 | Updated 12:52 p.m. ET Oct. 5, 2023

LANSING — Former Michigan State football coach Mel Tucker's attorney told university leaders Thursday he was unable to participate in a key hearing over sexual harassment allegations because of a "serious medical condition."

His attorney, Jennifer Belveal, in the letter to President Teresa Woodruff and the Board of Trustees also said her firm had uncovered new evidence including text messages from Tucker's accuser that "undermines MSU's decision to terminate Mr. Tucker, and further confirms that the underlying "investigation" failed to meet minimal due diligence standards — at Mr. Tucker's expense."

The hearing, set to begin today before Virginia-based attorney Amanda Norris Ames, is a pivotal moment in the campus disciplinary proceeding involving Tucker, who was fired last week after USA TODAY reported details of an investigation by the university's Title IX office.

He is accused by Brenda Tracy, a prominent national rape survivor and activist. Tracy alleges Tucker pursued her romantically for months after hiring her to speak to his players about sexual violence. His pursuit culminated in an April 2022 phone call, during which her complaint says he made sexual comments and masturbated without her consent. Tucker has said he and Tracy had a romantic relationship and that the call was consensual phone sex.

Tucker has not revealed his health condition publicly. As the school began the process to fire him last month, Tucker responded with the threat of a lawsuit and noted he had asked Athletic Director Alan Haller for a "medical leave under the Family and Medical Leave Act for a serious health condition."

Belveal argues that Tracy's text messages with her friend Ahlan Alvarado, who has since died, show she had a personal relationship with Tucker that was consensual at the same time she

had a similar relationship with at least one other married athletic coach. Belveal's letter also alleges a new witness has come forward to say that the phone sex was consensual and that Tracy attempted to manipulate MSU for her own financial benefit.

"We detail some of this new evidence below, although it is too voluminous to capture in a single letter. (We have received approximately 20,000 new communications or documents involving Ms. Tracy.)," Belveal wrote. "This evidence completely contradicts Ms. Tracy's claims and suggest that she manipulated a key witness, the University, Mr. Tucker, and the public. You should know that Ms. Tracy allegedly deleted key evidence and provided only self-serving excerpts to OIE to sustain a claim of 'harassment' that MSU never should have been investigating in the first place. Ms. Tracy pulled the wool over the University's eyes, and maligned Mr. Tucker's reputation for personal gain."

Alvarado, Tracy's longtime friend and booking assistant, provided MSU's investigator with emails and text messages that corroborated aspects of Tracy's version of events and refuted aspects of Tucker's. She was killed in a car crash in June.

Tucker was initially suspended without pay but was subsequently fired with about $80 million remaining on a 10-year, $95 million contract.

MSU spokesman Dan Olsen said the university would not comment on the latest allegations from Tucker to preserve the integrity of the ongoing case.

Belveal told the university Tracy's text messages with Alvadado show she had a "consensual relationship with basketball coach Damon Stoudamire — saying she was 'dating' him and had a 'good thing with Damon,'" while she was also in a relationship with Tucker.

Tracy, according to Belveal, had been hired to speak to Stoudamire's team about preventing sexual violence. Stoudamire coached at Pacific University from 2016 to 2021; he is now the head coach at Georgia Tech, after serving as an assistant for the Boston Celtics for nearly two seasons.

"To be sure, Ms. Tracy had previously worked with Mr. Stoudamire — and even remarked to Ms. Alvarado that 'Damon had 2 reasons for bringing me to speak to his college team.'"

The following text messages, which Belveal referred to as illustrative, were included in her letter to MSU:

"Ms. Tracy: I haven't even heard from Damon since Monday. . . .

"Ms. Alvarado: He'll pop up.

"Ms. Tracy: For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th. . . .

"Ms. Tracy: Coach Tucker told me he loved me last night. It wasn't weird tho. He made sure I knew it was about being a friend.

"Ms. Alvarado: In other news lol. Coach Tucker isn't going anywhere either.

"Ms. Tracy: Def not lol. He went to some retreat for his birthday. Came back all zen. He's one of those – in another life. . . . I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant human and too special for this world. Damon is so cute in his tight shirt and pants lol. I like seeing him on tv.

"This exchange reflects that in one breath Ms. Tracy enjoyed Mr. Tucker's attention, and literally in the next breath that she objectifies Damon as 'cute' in tight clothing," Belveal wrote. "Not only does this contradict Ms. Tracy's allegations that Mr. Tucker's attention caused her distress, it also decimates Ms. Tracy's claim that she would not consensually engage in a personal relationship with a coach."

Belveal also included text messages from Tracy to Alvarado that she claims included pictures that show the view from Stoudamire's living room, including the words:

"[h]e chose the flight that gets me there the earliest for us to spend more time together," that "[h]is place is so nice (emoji)," and that she "could get used to this lifestyle."

Tracy adds in a text: "[w]atching the DJ at halftime. Thank God I graduated to a coach on the bench LOL."

Belveal also included text messages that she said refutes Tracy's statements to investigators that she would not accept gifts from Tucker after knowing he was romantically interested in her. She claimed Tracy texted Alvarado that "Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets[.]

"Tucker signed his contract. I cant [sic] even wrap my brain around 95 million. Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . I'm gonna ask him to finance the doc part of it [marketing materials that Ms. Tracy wanted for her non-profit organization]. . . . He'll do it."

Belveal also alleges Tracy tried to financially gain from her complaint.

"We also now know from Ms. Tracy's own messages that she used MSU's 'investigation' process because she was motivated by money, despite that she has claimed that she 'has not mentioned money a single time in connection with [this matter].' Among other things, Ms. Tracy's messages reveal that she was initially hoping for a quick settlement with Mr. Tucker, telling Ms. Alvarado: 'I'm filing a formal complaint with MSU... [My lawyer] said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to.'

"She told Ms. Alvarado that her attorney was reaching out to MSU regarding a settlement and that 'Money is my only recourse to make him feel like there is a punishment[.] . . . When they do the money I should make him pay me 10k directly[.]'"

Additional text messages also show about a week before she filed the December complaint against Tucker, "She was down to $5," and that she was having problems with the IRS. Noting that she "was supposed to be paying down 2018 taxes and not staying caught up on the other years," Tracy said in a text to Alvarado that "[h]aving the IRS after me in a way that is known publicly surely won't help my lawsuit."

Belveal criticized the investigation by MSU as "misguided, incomplete, and biased" and wrote that "Ms. Tracy's misrepresentations and manipulation would have come to light months ago. And crucially, OIE would have (or at least should have) halted this investigation once and for all.

"This certainly is not a proud moment in Spartan history, and it continues to cast a post-Nassar shadow on an institution that I, as an alumna, hold to a higher standard. Please contact me directly if you would like to further discuss the information that the OIE investigation failed to uncover."

# EXHIBIT B

**■FOLEY**

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226-3489
313.234.7100 TEL
313.234.2800 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
313.234.7176
jbelveal@foley.com

October 5, 2023

<u>**Via Email**</u>

Re:    New Evidence Regarding Mel Tucker Matter

Dear Board of Trustees and Interim President Woodruff:

I write this letter on behalf of our client, Mel Tucker, as it appears that you have not been provided complete and accurate information regarding the "investigation" and surrounding circumstances that gave rise to Mr. Tucker's recent employment termination.  Under Office of Institutional Equity ("OIE") rules, we are prohibited from participating in the hearing scheduled for October 5 and 6, 2023, because Mr. Tucker is not available due to a serious medical condition.[1] However, we want to be certain that each of you are privy to some of the newly discovered evidence, primarily in the form of messages authored by Ms. Tracy herself but also including new witness statements, that she hoped (and obviously anticipated) you would never see.

We detail some of this new evidence below, although it is too voluminous to capture in a single letter.  (We have received approximately 20,000 new communications or documents involving Ms. Tracy.)  This evidence completely contradicts Ms. Tracy's claims and suggest that she manipulated a key witness, the University, Mr. Tucker, and the public.  You should know that Ms. Tracy allegedly deleted key evidence and provided only self-serving excerpts to OIE to sustain a claim of "harassment" that MSU never should have been investigating in the first place.  Ms. Tracy pulled the wool over the University's eyes, and maligned Mr. Tucker's reputation for personal gain.

At bottom, this new evidence undermines MSU's decision to terminate Mr. Tucker, and further confirms that the underlying "investigation" failed to meet minimal due diligence standards—at Mr. Tucker's expense.

1.    **Ms. Tracy's *Own Statements* Confirm that She Had (Simultaneous) Consensual Personal Relationships with Mr. Tucker and at Least One Other Married Coach, Contrary to What She Told the Investigator.**

We now know that there are literally *hundreds* of messages from Ms. Tracy *herself*, as well as statements from other witnesses, reflecting Ms. Tracy's completely consensual (and

---

[1] Given OIE's inability to secure the confidentiality of its proceedings, and the University General Counsel's indifference to Mr. Tucker's Family Medical Leave Act request, we have not provided medical evidence for public consumption, but documentation exists to substantiate the serious medical condition.

AUSTIN        DETROIT        MEXICO CITY        SACRAMENTO        TALLAHASSEE
BOSTON        HOUSTON        MIAMI              SALT LAKE CITY     TAMPA
CHICAGO       JACKSONVILLE   MILWAUKEE          SAN DIEGO          WASHINGTON, D.C.
DALLAS        LOS ANGELES    NEW YORK           SAN FRANCISCO      BRUSSELS
DENVER        MADISON        ORLANDO            SILICON VALLEY     TOKYO



**FOLEY & LARDNER LLP**

October 5, 2023
Page 2

simultaneous) personal relationships with Mr. Tucker and at least one other married coach who had previously engaged Ms. Tracy to provide training to his team.  Ms. Tracy misrepresented these relationships.

Ms. Tracy told the investigator that she told Mr. Tucker she was "single on purpose" and that she does "not date people in [her] field."  Even one of Ms. Tracy's lawyers (Ms. Swanson) vouched for her on the record, claiming that "in all her years of knowing [Ms. Tracy], she never known [her] to date or otherwise become romantically involved with anyone with whom [she] had a professional relationship."  Ms. Tracy repeatedly made these bold claims to falsely suggest that her relationship with Tucker was necessarily one-sided.

Yet Ms. Tracy's own words paint a different picture.  She admitted in contemporaneous messages to Ahlan Alvarado, her now deceased close friend of 21 years (and a key witness in this case given Ms. Alvarado's additional role as her assistant), that she had a consensual relationship with coach Damon Stoudamire—saying she was "dating" him and had a "good thing with Damon."[2]  To be sure, Ms. Tracy had previously worked with Mr. Stoudamire—and even remarked to Ms. Alvarado that "Damon had 2 reasons for bringing me to speak to his college team."[3]  Ms. Tracy's relationship with Mr. Stoudamire overlapped with Ms. Tracy's intimately personal relationship with Mr. Tucker.  The below messages are illustrative:

> **Ms. Tracy**: I haven't even heard from Damon since Monday. . . .
>
> **Ms. Alvarado**: He'll pop up.
>
> **Ms. Tracy**: For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th. . . .
>
> **Ms. Tracy**: Coach Tucker told me he loved me last night. It wasn't weird tho. He made sure I knew it was about being a friend.
>
> **Ms. Alvarado**: In other news lol. Coach Tucker isn't going anywhere either.
>
> **Ms. Tracy**: Def not lol. He went to some retreat for his birthday. Came back all zen. He's one of those – in another life. . . . I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant

---

[2] *See* September 10, 2021 text exchange, attached.  Portions of the text messages that are not cited in this letter have been redacted.

[3] *See* April 17, 2022 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 3

> human and too special for this world. Damon is so cute in his tight
> shirt and pants lol. I like seeing him on tv. 😄[4]

This exchange reflects that in one breath Ms. Tracy enjoyed Mr. Tucker's attention, and literally in the next breath that she objectifies Damon as "cute" in tight clothing.  Not only does this contradict Ms. Tracy's allegations that Mr. Tucker's attention caused her distress, it also decimates Ms. Tracy's claim that she would not consensually engage in a personal relationship with a coach.

Similarly disingenuous was Ms. Tracy's representation to the investigator that she would not accept gifts from Mr. Tucker after knowing that he was romantically interested in her.  Her messages to Ms. Alvarado show that *after* she concluded Mr. Tucker had such interest, she told Ms. Alvarado that:

> Michigan state might be going to the Rose Bowl or one of the other
> major ones. We should check this calendar and keep dates open. I
> know coach Tucker would give us tickets[.][5]

> *-and-*

> Tucker signed his contract. I cant [sic] even wrap my brain around
> 95 million.  Sheesh . . . Can you imagine around 700k going into
> your bank account every month.  Every month . . . We're gonna
> make it happen . . . **I'm gonna ask him to finance the doc part of
> it** [marketing materials that Ms. Tracy wanted for her non-profit
> organization]. . . . **He'll do it**.[6]

Likewise, despite what she told the investigator about not having a personal relationship with a coach, Ms. Tracy seemed to enjoy Mr. Stoudamire's position.  Indeed, during a visit to Mr. Stoudamire in Boston, Ms. Tracy sent a video of his living room and the view, telling Ms. Alvarado: "[h]e chose the flight that gets me there the earliest for us to spend more time together," that "[h]is place is so nice 😋," and that she "could get used to this lifestyle."[7]  Separately, having previously dated a DJ, Ms. Tracy commented to Ms. Alvarado: "[w]atching the DJ at halftime. Thank God I graduated to a coach on the bench LOL."[8]

---

[4] *See, e.g.*, January 15, 2022 text exchange, attached.
[5] *See* November 9, 2021 text exchange, attached.
[6] *See* November 26, 2021 text exchange, attached (emphasis added).
[7] *See* October 29, 2021 text exchange and October 31, 2021 text exchange, attached.
[8] *See* October 27, 2021 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 4

**2.      A New Witness – the Only Witness *Under Oath* – Has Said That Ms. Tracy and Mr. Tucker's Phone Sex Call Was Consensual.**

Additional new evidence eliminates the "she said, he said" posture of this case.  Instead, a new witness familiar with Ms. Tracy's representations regarding their relationship has come forward under oath in a sworn affidavit and flat out said that Ms. Tracy and Mr. Tucker "were in some sort of relationship when the conversation took place . . . the phone sex was consensual."[9]  No other witness, including Ms. Tracy herself, has made any statement under oath.

Further, as also revealed by this new witness, Ms. Tracy went to extraordinary lengths to try to stop Ms. Tracy's written communications (a fraction of which are referenced in this letter) with Ms. Alvarado from ever seeing the light of day.  As detailed in the new witness's sworn statement, while Ms. Tracy's supposed friend lay dying in a hospital, and even after her death, Ms. Tracy sought to sleep over at Ms. Alvarado's house (in her room) and repeatedly asked Ms. Alvarado's family for access to Ms. Alvarado's phone and computers:

> It really struck me odd that she would want Ahlan's things and would be asking Ahlan's family for them as Ahlan lay dying in her hospital bed.
>
> ***
>
> Another [odd] comment Brenda made in the hospital, after the doctor told us that Ahlan was not going to make it, Brenda stated that "I need to call my therapist because I don't feel supported right now".

This apparent attempted cover-up alone should tell you about the type of person who made these baseless allegations against Mr. Tucker.  Ms. Tracy's shocking efforts to obtain access to Ms. Alvarado's electronic devices containing evidence against her reveals how desperately she wanted and needed to ensure their contents were never disclosed.

Indeed, Ms. Tracy omitted some of this evidence when providing self-serving selective excerpts of her text messages with Ms. Alvarado to the investigator.  As one example, Ms. Tracy provided the below text exchange to the investigator to insinuate that Mr. Tucker brought her to the Spring Game with ulterior motives:

> **Ms. Tracy**:      I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the

---

[9] The under oath affidavit will be made available for review by the Trustees should they desire to discuss this matter.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 5

expectation. I wonder if it's bc of the behind the scenes stuff that he's now being weird[.] Like he's nervous to talk about me now? "She's in town" what??

**Ms. Alvarado**: who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

**Ms. Tracy**: Idk but he didn't do a good job. I expected more from him

**Ms. Alvarado**: Agree

**Ms. Tracy**: Don't have me there if you aren't going to talk about it. We're not checking boxes

**Ms. Alvarado**: They took care of us but the important part was to raise awareness

**Ms. Tracy**: Exactly. It's not about you and me

**Ms. Alvarado**: It's always about them somehow

**Ms. Tracy**: I gotta step all the way away. I can't have this messing with the message or mission[.] That's not something I can do

However, Ms. Tracy conveniently omitted her further texts to Ms. Alvarado—just two hours later—affirming that, actually, once MSU posted about her on social media everything was good and she was feeling positive about Mr. Tucker.  She specifically excluded reference to her statements that:

> **MSU posted and Coach isn't being weird at all. Feels like all is good[.] And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company[.] Blessings on blessings when you stay the course and do what's right. . . . No regrets. My heart is good and so is my conscience[.][10]**

Ms. Tracy hid the true nature of her sentiment toward Mr. Tucker following the Spring Game to try to convince OIE that she had a legitimate harassment claim.  At the same time, OIE failed to attempt to get fulsome text exchanges from Ms. Alvarado or Ms. Tracy on these key

---

[10] *See* April 17, 2022 text exchange (emphasis added), attached.

**FOLEY**

FOLEY & LARDNER LLP

October 5, 2023
Page 6

points.  Instead, the University then relied on Ms. Tracy's depiction of the relationship to wrongly malign, and ultimately fire, Mr. Tucker.

**3.      Ms. Tracy Manipulated MSU For Her Own Financial Gain**

Ms. Tracy and her lawyer repeatedly proclaimed in the national media that the University violated her privacy rights by leaking information of the investigation to the media, which prompted MSU to conduct an investigation into the source of that purportedly unknown leak.[11] Behind the scenes, however, Ms. Tracy's own communications show that **_she_** shared information with multiple members of the media in an attempt to shape the narrative **several months in advance** of the investigation's completion.  Specifically—in addition to telling various individuals affiliated with her organization about the investigation—Ms. Tracy discussed the investigation with two different ESPN reporters in March and May 2023, respectively,[12] before reaching an exclusive deal with USA Today in June 2023. One of those ESPN reporters told Ms. Tracy as early as May 2023 that ESPN was sending "FOIAs"[13]—although the University failed to inform Mr. Tucker of that fact until August.  Regardless, it is beyond reason that a leak of her name would justify Ms. Tracy's leaking a 1200 page confidential report to USA Today in violation of school policy.

We also now know from Ms. Tracy's own messages that she used MSU's "investigation" process because she was motivated by money, despite that she has claimed that she "has not mentioned money a single time in connection with [this matter]."  Among other things, Ms. Tracy's messages reveal that:

- She was initially hoping for a quick settlement with Mr. Tucker, telling Ms. Alvarado: "I'm filing a formal complaint with MSU… [My lawyer] said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to."[14]

- She told Ms. Alvarado that her attorney was reaching out to MSU regarding a settlement and that "Money is my only recourse to make him feel like there is a

---

[11] Although Mr. Tucker had long since demanded such an investigation, MSU did not even provide the common courtesy of acknowledging such requests.  Interestingly, in a **draft** press release referenced by The State News on September 27, 2023 (nearly two weeks after the draft was supposedly shared with MSU General Counsel Brian Quinn), Ms. Tracy's lawyer claimed that "[s]omeone associated **with the MSU Board of Trustees** disclosed [Ms. Tracy's] identity to an outside party," and "[t]hat outside party shared her identity with local media."  (Emphasis added.)  The statement that Ms. Tracy's lawyer *actually* released after review by an MSU official, however, was far less specific.

[12] *See* March 15, 2023 and May 16, 2023 text exchanges, attached.

[13] *See* March 19, 2023 text exchange, attached.

[14] *See* December 9, 2022 text exchange, attached.

**FOLEY**

FOLEY & LARDNER LLP

October 5, 2023
Page 7

punishment[.] . . . When they do the money I should make him pay me 10k directly[.]"[15]

- As noted above, Ms. Tracy had long been focused on counting Mr. Tucker's money and was plotting to get some of it herself: "Tucker signed his contract. I cant [sic] even wrap my brain around 95 million. Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . I'm gonna ask him to finance the doc part of [marketing materials that Ms. Tracy wanted]. . . He'll do it."[16]

- About one week before she filed her complaint against Mr. Tucker, she admitted "she was down to $5."[17]

- Then, after having filed her complaint against Mr. Tucker, Ms. Tracy told Ms. Alvarado to "imagine the victim is taking on a $95M coach."[18]  (Ms. Tracy often refers to herself in the third person as "the victim," as well as "good victim," in this matter.[19])

- In connection with realizing that she "was supposed to be paying down 2018 taxes and not staying caught up on the other years," Ms. Tracy remarked that "[h]aving the IRS after me in a way that is known publicly surely won't help my lawsuit."[20]

At the same time, Ms. Tracy's texts reveal that she appears to have made a career out of misleading and manipulating people.  She admitted – in writing – that she engages in "professional crying . . . when I share my story."[21]  In addition, even though she was in what she called "dire straits" financially, Ms. Tracy remarked that "[m]y priority is face lift and filming myself so we can make this [money]."[22]  In other words, she appears to be focused on appearances over reality.

**4.      OIE's Investigation Failed**

Our complaints about OIE's misguided, incomplete, and biased investigation, including the lack of jurisdiction to investigate this matter in the first place, are well documented.  We are now faced with the uncomfortable reality that had the investigation been thorough, the information contained herein, and much more, would have resulted in the dismissal of this case.  As detailed

---

[15] *See* September 1, 2021 text exchange, attached
[16] *See* November 26, 2021 text exchange, attached.
[17] *See* December 10, 2022 text exchange, attached.
[18] *See* December 27, 2022 text exchange, attached.
[19] *See* February 27, 2023 text exchange, attached.
[20] *See* December 19, 2022 text exchange, attached.
[21] *See* December 27, 2022 text exchange, attached.
[22] *See* December 14, 2021 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 8

above, the investigation failed miserably to verify the statements made by Ms. Tracy and failed to attempt to obtain a complete picture of Ms. Tracy's relationship with Mr. Tucker. Had the investigator simply asked for all messages between Ms. Tracy and her friend of 21 years, who also served as her assistant, **and who was the *key* witness offered by Ms. Tracy**, Ms. Tracy's misrepresentations and manipulation would have come to light months ago. And crucially, OIE would have (or at least should have) halted this investigation once and for all.

    This certainly is not a proud moment in Spartan history, and it continues to cast a post-Nassar shadow on an institution that I, as an alumna, hold to a higher standard. Please contact me directly if you would like to further discuss the information that the OIE investigation failed to uncover.

Sincerely,

Jennifer Z. Belveal

cc:    Brian Quinn (via email)
       Melvin G. Tucker

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 9/10/2021 |

**Outline of Conversations**

💬   **IM - AA0000001 - 2021/09/10 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** • 8 messages on 9/10/2021 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

**IM - AA0000001 - 2021/09/10 -**
**d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167**

B | **Brenda** <​███████████> | ▶ 9/10/2021, 5:49 PM

Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon.

AA | **Ahlan Alvarado** <​███████████> | ◀ 9/10/2021, 6:00 PM

Laughed at "Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon. "

AA | **Ahlan Alvarado** <​███████████> | ◀ 9/10/2021, 6:00 PM

That's what happens when you get on social media being cute and not just about business 😂

B | **Brenda** <+​██████████> | ▶ 9/10/2021, 6:01 PM

I know. I think I'm gonna go back to business



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 10/27/2021 - 10/28/2021 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2021/10/28** • 17 messages between 10/27/2021 - 10/28/2021 • Ahlan Alvarado <████████████> • Brenda <+████████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬　　**CHAT - AA0000001 - 00007 - 2021/10/28**

B　　**Brenda <+1▮▮▮▮▮▮▮>**　　　　　　　　　　　　　▶ 10/27/2021, 8:37 PM
　　　Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂

　　　Attached URL: https://p28-
　　　content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
　　　ttachment Title: IMG_4954.jpeg

AA　　**Ahlan Alvarado <▮▮▮▮▮▮▮>**　　　　　　　　　　　◀ 10/27/2021, 8:43 PM
　　　Laughed at "Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂 "



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/29/2021 - 10/30/2021 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2021/10/30** • 4 messages between 10/29/2021 - 10/30/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)



💬 **CHAT - AA0000001 - 00007 - 2021/10/30**

**B**    **Brenda** <▮▮▮▮▮▮>                                          ▶ 10/29/2021, 8:24 PM
I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰

**AA**    **Ahlan Alvarado** <▮▮▮▮▮▮>                                 ◀ 10/29/2021, 8:24 PM
Loved "I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰"

**AA**    **Ahlan Alvarado** <▮▮▮▮▮▮>                                 ◀ 10/30/2021, 3:30 PM
Safe travels friend!! Have fun 💜

**B**    **Brenda** <▮▮▮▮▮▮>                                          ▶ 10/30/2021, 3:31 PM
Thank you! My flight leaves in an hour 🙌

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 83 | Date Range: 10/31/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/10/31** • 83 messages on 10/31/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬     **CHAT - AA0000001 - 00007 - 2021/10/31**

B     **Brenda** <+▮▮▮▮▮▮>                                    ▶ 10/31/2021, 10:16 AM

His place is so nice 😍

Attached URL: https://p56-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4973.mov

*Attachment: IMG_4973.mov (6 MB)*

B     **Brenda** <+▮▮▮▮▮▮>                                    ▶ 10/31/2021, 10:16 AM

He's at work but things are going good ❤️

AA     **Ahlan Alvarado** ▮▮▮▮▮▮>                            ◀ 10/31/2021, 10:17 AM

Loved a movie

B     **Brenda** <+▮▮▮▮▮▮>                                    ▶ 10/31/2021, 10:17 AM

I worked out already today. Girl, I could get used to this lifestyle.

Attached URL: https://p58-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4968.jpeg



*Image: IMG_4968.jpeg (4 MB)*

AA     **Ahlan Alvarado** <(▮▮▮▮▮▮>                          ◀ 10/31/2021, 10:17 AM

Loved "He's at work but things are going good ❤️"

AA     **Ahlan Alvarado** <▮▮▮▮▮▮>                            ◀ 10/31/2021, 10:18 AM

Loved "I worked out already today. Girl, I could get used to this lifestyle."

AA

B

B











**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 103 | Date Range: 11/8/2021 - 11/9/2021 |

**Outline of Conversations**

 **IM - AA0000001 - 2021/11/09 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** · 103 messages between 11/8/2021 - 11/9/2021 · Ahlan Alvarado <███████████> · Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)





AA
B
AA
AA
B
B
AA
B

B  **Brenda <+1**⬛⬛⬛**>** ▶ 11/9/2021, 10:52 AM

Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets

AA  **Ahlan Alvarado <**⬛⬛⬛**>** ◀ 11/9/2021, 11:01 AM

Emphasized "Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets "

B
AA
B
AA
B
AA











**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 96 | Date Range: 11/25/2021 - 11/26/2021 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2021/11/26** • 96 messages between 11/25/2021 - 11/26/2021 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)









AA

B

B

AA

B

AA

**B** Brenda <+▮▮▮▮▮>                                                  ▶ 11/26/2021, 5:25 PM
Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh

**AA** Ahlan Alvarado <▮▮▮▮▮>                                          ◀ 11/26/2021, 5:26 PM
Emphasized "Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh "

**AA** Ahlan Alvarado <(▮▮▮▮▮0>                                       ◀ 11/26/2021, 5:26 PM
I can't either 😭

**B** Brenda <+▮▮▮▮▮>                                                  ▶ 11/26/2021, 5:26 PM
Can you imagine around 700k going into your account every month

**B** Brenda <+▮▮▮▮1>                                                  ▶ 11/26/2021, 5:26 PM
Every month

**B** Brenda <+1▮▮▮▮>                                                  ▶ 11/26/2021, 5:26 PM
Crazy

**AA** Ahlan Alvarado <(▮▮▮▮>                                          ◀ 11/26/2021, 5:26 PM
Nope, I need to 7K first 🤣😂😂

**AA** Ahlan Alvarado <▮▮▮▮▮>                                          ◀ 11/26/2021, 5:27 PM
Soon!!!

**B** Brenda <+▮▮▮▮▮>                                                  ▶ 11/26/2021, 5:27 PM
Lol

**AA** Ahlan Alvarado <▮▮▮▮▮0>                                         ◀ 11/26/2021, 5:27 PM
👏🏽👏🏽👏🏽

**B** Brenda <+1▮▮▮▮>                                                  ▶ 11/26/2021, 5:27 PM
We're gonna make it happen.

**B**    **Brenda** <+███████>     ▶ 11/26/2021, 5:27 PM

I'm gonna ask him to finance the doc part of it

**AA**    **Ahlan Alvarado** <(███████>     ◀ 11/26/2021, 5:27 PM

Loved "I'm gonna ask him to finance the doc part of it "

**B**    **Brenda** <+███████>     ▶ 11/26/2021, 5:27 PM

He'll do it

**AA**    **Ahlan Alvarado** <███████>     ◀ 11/26/2021, 5:27 PM

He for sure will.

**B**    **Brenda** <+███████>     ▶ 11/26/2021, 5:28 PM

And sounds like I'll get booked this spring too so that's more money

**AA**    **Ahlan Alvarado** <███████>     ◀ 11/26/2021, 5:28 PM

Yes Cody reached back and said they are looking at dates for spring 🙂

**B**    **Brenda** <+1███████>     ▶ 11/26/2021, 5:28 PM

Perfect

**B**

**AA**

**AA**

**B**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 19 | Date Range: 12/14/2021 - 12/15/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/12/15** • 19 messages between 12/14/2021 - 12/15/2021 • Ahlan Alvarado <████████> • Brenda <+████████>

**Messages in chronological order** (times are shown in GMT -05:00)

💬  **CHAT - AA0000001 - 00007 - 2021/12/15**



**Brenda <+███████>**                                    ▶ 12/14/2021, 10:30 PM

Tucker is going to make some calls about the production companies tomorrow

**Brenda <+███████>**                                    ▶ 12/14/2021, 10:30 PM

I want to see if we can film after my face lift.

**Brenda <+███████>**                                    ▶ 12/14/2021, 10:33 PM

I might have to move my body surgery which is fine. My priority is face lift and filming my story so we can make this shmoney

**Short Message Report**

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 214 | Date Range: 1/15/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/01/16** • 214 messages on 1/15/2022 • Ahlan Alvarado < ██████ > • Brenda < ████████████ >

**Messages in chronological order** (times are shown in GMT -05:00)

CHAT - AA0000001 - 00007 - 2022/01/16







AA
AA
AA
B
B
AA
AA
B
B
AA
> B
> B

B    **Brenda** <+⬛⬛⬛⬛>                              ▶ 1/15/2022, 9:19 PM
I haven't even heard from Damon since Monday

AA

AA

AA   **Ahlan Alvarado** <⬛⬛⬛⬛>                        ◀ 1/15/2022, 9:19 PM
He'll pop up

B    **Brenda** <+⬛⬛⬛⬛>                              ▶ 1/15/2022, 9:20 PM
For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th

AA   **Ahlan Alvarado** <⬛⬛⬛⬛>                        ◀ 1/15/2022, 9:20 PM
Laughed at "For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th "











AA

B

AA

B

AA

B

B

AA

B **Brenda** <+                      >    ► 1/15/2022, 9:43 PM
Coach Tucker told me he loved me last night.

It wasn't weird tho. He made sure I knew it was about being a friend.

AA **Ahlan Alvarado**                      >    ◄ 1/15/2022, 9:44 PM
In other news lol

AA **Ahlan Alvarado** <                      >    ◄ 1/15/2022, 9:44 PM
Coach Tucker isn't going anywhere either

B **Brenda** <+                      >    ► 1/15/2022, 9:44 PM
Def not lol

B **Brenda** <+                      >    ► 1/15/2022, 9:44 PM
He went to some retreat for his birthday. Came back all zen

B **Brenda** <+                      >    ► 1/15/2022, 9:45 PM
He's one of those - in another life

AA **Ahlan Alvarado** <                      >    ◄ 1/15/2022, 9:45 PM
Can't wait til we get to go on retreats

B **Brenda** <+                      >    ► 1/15/2022, 9:45 PM
I know!!!

B **Brenda** <                      >    ► 1/15/2022, 9:46 PM
I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant human and too special for this world

B **Brenda** <+                      >    ► 1/15/2022, 9:48 PM
Damon is so cute in his tight shirt and pants lol. I like seeing him on tv. 😂

**B** **Brenda** ‹ ▮▮▮▮▮ › ▶ 1/15/2022, 9:49 PM
I'm glad you can keep up with multiple conversations

**AA** **Ahlan Alvarado** ‹ ▮▮▮▮▮ › ◀ 1/15/2022, 9:49 PM
Multitasker 🙌

**B** **Brenda** ‹+ ▮▮▮▮▮ › ▶ 1/15/2022, 9:49 PM
Women 👏👏👏👏

**B** **Brenda** ‹+ ▮▮▮▮▮ › ▶ 1/15/2022, 9:49 PM
Loved "Multitasker 🙌"

**AA** **Ahlan Alvarado** ‹ ▮▮▮▮▮ › ◀ 1/15/2022, 9:49 PM
Loved "Women 👏👏👏👏"



**AA**

**B**

**AA**

**B**

**B**

**AA**

**B**

**AA**

**B**

**B**

**AA**

**AA**

**B**







**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 131 | Date Range: 4/16/2022 - 4/17/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/04/17** • 131 messages between 4/16/2022 - 4/17/2022 • Ahlan Alvarado <████████> • Brenda <+████████>

**Messages in chronological order** (times are shown in GMT -04:00)

CHAT - AA0000001 - 00007 - 2022/04/17







AA

B

AA

AA

B

AA

B

AA

AA

B

AA

B

**Brenda** < ███████ >                                    ▶ 4/17/2022, 12:24 PM

I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the expectation 🙍

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:24 PM

I wonder if it's bc of the behind the scenes stuff that he's now being weird

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:24 PM

Like he's nervous to talk about me now?

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:25 PM

"She's in town" what??

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:27 PM

🙃who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:28 PM

Idk but he didn't do a good job. I expected more from him

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:28 PM

Agree

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:28 PM

Don't have me there if you aren't going to talk about it. We're not checking boxes

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:28 PM

They took care of us but the important part was to raise awareness.

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:29 PM

Exactly. It's not about you and me

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:29 PM

It's always about them somehow

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:29 PM

I gotta step all the way away. I can't have this messing with the message or mission

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:29 PM

That's not something I can do

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:30 PM

You know what to do

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:30 PM

It's just easy to get caught up

B  **Brenda <+** ▓▓▓▓▓ **>**                                                ▶ 4/17/2022, 12:30 PM

We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me.

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:31 PM

Liked "We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me. "

B  **Brenda <+1** ▓▓▓▓▓ **>**                                              ▶ 4/17/2022, 12:31 PM

I could care less about a relationship or whatever. My work means everything to me.

AA  **Ahlan Alvarado <** ▓▓▓▓▓ **>**                                        ◀ 4/17/2022, 12:31 PM

Loved "I could care less about a relationship or whatever. My work means everything to me. "

**B**  **Brenda** <+▮▮▮▮▮>                                      ► 4/17/2022, 12:32 PM

But maybe this is what I needed to see as well. Sometimes I act like it's not that important or I'm not doing enough. I minimize it sometimes

**AA**  **Ahlan Alvarado** <▮▮▮▮▮>                            ◄ 4/17/2022, 12:32 PM

It's def allowing you too see something

**B**  **Brenda** <▮▮▮▮▮>                                      ► 4/17/2022, 12:32 PM

But now I see a missed opportunity and I feel terrible. Like I failed people.

**AA**  **Ahlan Alvarado** <▮▮▮▮▮>                            ◄ 4/17/2022, 12:33 PM

I just thought they were taking care of the social stuff. I really thought we would see if by end of day.

**B**  **Brenda** <+1▮▮▮▮▮>                                    ► 4/17/2022, 12:33 PM

I'm sorry God. I will do better.

**AA**  **Ahlan Alvarado** <▮▮▮▮▮>                            ◄ 4/17/2022, 12:33 PM

You didn't know either. Can't blame yourself.

**AA**  **Ahlan Alvarado** <▮▮▮▮▮>                            ◄ 4/17/2022, 12:33 PM

I see what you're saying though

**B**  **Brenda** <+▮▮▮▮▮>                                     ► 4/17/2022, 12:34 PM

True. I've also asked him to do stuff rather than letting him lead. I mean he asked but… maybe it's not 200% genuine. I mean Damon had two reasons for bringing me to speak to his college team.

**B**  **Brenda** <+▮▮▮▮▮1>                                    ► 4/17/2022, 12:35 PM

I've been more assertive than other coaches bc I know I can.

No more of that.

**AA**  **Ahlan Alvarado** <▮▮▮▮▮>                            ◄ 4/17/2022, 12:35 PM

Do you think you can have a convo about it?

**B**  **Brenda** <+▮▮▮▮▮>                                     ► 4/17/2022, 12:36 PM

We will at some point. Have to.

**B**  **Brenda** <+▮▮▮▮▮>                                     ► 4/17/2022, 12:36 PM

A lot of this is just me and things I can adjust and control

**AA**  **Ahlan Alvarado** <▮▮▮▮▮>                            ◄ 4/17/2022, 12:36 PM

Loved "A lot of this is just me and things I can adjust and control "

**B**

**AA**

**B**

**AA**







**Brenda <+⬛⬛⬛⬛>**                                    ▶ 4/17/2022, 2:08 PM

MSU posted and Coach isn't being weird at all. Feels like all is good 👍🏻

**Brenda <+⬛⬛⬛⬛>**                                    ▶ 4/17/2022, 2:22 PM

And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌🏻

Blessings on blessings when you stay the course and do what's right.

**Ahlan Alvarado <⬛⬛⬛⬛>**                          ◀ 4/17/2022, 2:24 PM

Loved "And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌🏻

Blessings on blessings when you stay the course and do what's right. "

**Ahlan Alvarado <⬛⬛⬛⬛>**                          ◀ 4/17/2022, 2:24 PM

Loved "MSU posted and Coach isn't being weird at all. Feels like all is good 👍🏻 "





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 77 | Date Range: 8/31/2022 - 9/1/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/09/01** • 77 messages between 8/31/2022 - 9/1/2022 • Ahlan Alvarado <██████████> • Brenda <+1 ██████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - AA0000001 - 00007 - 2022/09/01**



**B**

**AA**

**B**    Brenda <+ ██████ >    ▶ 9/1/2022, 2:40 PM

Karen - a lawyer is reaching out to the head lawyer at MSU to discuss what this might look like moving forward. She's going to gauge their response and we will go from there but sounds like we will be asking Tucker to not speak on me or the incident and him or MSU will need to make an anonymous donation to STE so that we can further our work.

Karen said once she can test their tolerance - like do they just want this to just go away - then she'll be able to better help me make decisions.

Having him just sign an NDA tho just means he did it no one will know and there are no consequences for him.

**B**

**B**

**AA**

**B**

**AA**

**B**    Brenda <+ ██████     ▶ 9/1/2022, 2:48 PM

Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it

**B**    Brenda <+ ██████ 21>    ▶ 9/1/2022, 2:48 PM

Emphasized "Like nothing right ?! "

**AA**    Ahlan Alvarado ██████     ◀ 9/1/2022, 2:48 PM

Loved "Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it "

**B**    Brenda <+ ██████ >    ▶ 9/1/2022, 2:49 PM

Not even sure he would agree to it but I think I should try and if it leaked then it's a donation to my work and not me

**B**    Brenda < ██████ >    ▶ 9/1/2022, 2:49 PM

They said it would be a bad idea to call him.

**B**    Brenda < ██████ >    ▶ 9/1/2022, 2:49 PM

Could look like I tried to extort him and then followed it up with a lawyer





**Brenda** <+ ▮▮▮▮▮▮▮ >                                    ▶ 9/1/2022, 2:55 PM
When they do the money I should make him pay me 10k directly

**Brenda** <+ ▮▮▮▮▮▮▮ >                                    ▶ 9/1/2022, 2:55 PM
Or ask anyway

**Ahlan Alvarado** < ▮▮▮▮▮▮▮ >                              ◀ 9/1/2022, 2:56 PM
Yup





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 32 | Date Range: 12/9/2022 |

**Outline of Conversations**



**CHAT - AA0000001 - 00007 - 2022/12/09** • 32 messages on 12/9/2022 • Ahlan Alvarado <(████) ████> • Brenda <+████████████>

**Messages in chronological order** (times are shown in GMT -05:00)

CHAT - AA0000001 - 00007 - 2022/12/09





**Brenda** <+⬛⬛⬛⬛>      ▶ 12/9/2022, 3:50 PM

I'm filing a formal complaint with MSU.

**Ahlan Alvarado** <⬛⬛⬛⬛>      ◀ 12/9/2022, 3:51 PM

When does this happen?

**Brenda** <+⬛⬛⬛⬛>      ▶ 12/9/2022, 3:51 PM

Next step is interviewing with Rebecca and she'll file it. And he will be notified. Karen said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to

**Brenda** <+⬛⬛⬛⬛>      ▶ 12/9/2022, 3:51 PM

I guess very soon. But I'm thinking I should probably do it after DC.

AA

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 12/10/2022 - 12/11/2022 |

**Outline of Conversations**

💬   **CHAT - AA0000001 - 00007 - 2022/12/11** • 17 messages between 12/10/2022 - 12/11/2022 • Ahlan Alvarado <(██████████)> • Brenda <+1 ██████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **CHAT - AA0000001 - 00007 - 2022/12/11**



B

**Brenda** <+████████>                                           ► 12/10/2022, 9:30 PM
NBC finally paid me. I was down to $5 lol

AA    **Ahlan Alvarado** ████████>                              ◄ 12/10/2022, 9:35 PM
Emphasized "NBC finally paid me. I was down to $5 lol"

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 24 | Date Range: 12/19/2022 - 12/20/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/12/20** • 24 messages between 12/19/2022 - 12/20/2022 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -05:00)

💬  **CHAT - AA0000001 - 00007 - 2022/12/20**

B    **Brenda** <+1 ██████████ >                    ▶  12/19/2022, 7:58 PM

So apparently I was supposed to be paying down 2018 taxes and not staying caught up on the other years bc now the IRS wants their money. I have to come up with 25k over the next 6 weeks.

No one told me to pay on the earliest year first. I guess I should have known tho. What a fucking mess. It doesn't even matter now what I can pay a month or anything.

B

AA

B

B

B

AA

B

AA

AA

B

B

AA

B

AA **Ahlan Alvarado** < ██████████ >    ◄ 12/19/2022, 8:05 PM
He does

AA **Ahlan Alvarado** < ██████████ >    ◄ 12/19/2022, 8:07 PM
And who knows maybe that plan is you paying in full

B **Brenda** <+ ████████ >    ► 12/19/2022, 8:08 PM
From your mouth to Gods ears. I'm just trying to stay positive.

B **Brenda** <+ ████████ >    ► 12/19/2022, 8:08 PM
Having the IRS after me in a way that is known publicly surely won't help my lawsuit.



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 37 | Date Range: 2/26/2023 - 2/27/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/02/27** • 37 messages between 2/26/2023 - 2/27/2023 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **CHAT - AA0000001 - 00007 - 2023/02/27**

AA

B

B

AA

AA

B

AA



B  **Brenda <+⬛⬛⬛⬛⬛⬛1>**                                    ▶ 2/27/2023, 12:43 PM
Attached URL: https://p68-
content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00At
tachment Title: Screenshot 2023-02-27 at 9.43.46 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.43.46 AM.jpeg (276 KB)*

B  **Brenda <+⬛⬛⬛⬛⬛⬛>**                                    ▶ 2/27/2023, 12:44 PM
Attached URL: https://p68-
content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00At
tachment Title: Screenshot 2023-02-27 at 9.44.33 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.44.33 AM.jpeg (418 KB)*

**B**  **Brenda** <+[REDACTED]>  ▶ 2/27/2023, 12:45 PM

Staying the course.

They didn't meet with MSU today but her and Jennifer are talking again tomorrow morning

**AA**  **Ahlan Alvarado** <[REDACTED]>  ◀ 2/27/2023, 12:45 PM

Yup stay the course!

**B**  **Brenda** <+[REDACTED]>  ▶ 2/27/2023, 12:45 PM

Loved "Yup stay the course! "

**AA**

**B**

**B**

**AA**

**B**

**B**

**B**





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 46 | Date Range: 12/27/2022 - 12/28/2022 |

**Outline of Conversations**

💬    **CHAT - AA0000001 - 00007 - 2022/12/28** • 46 messages between 12/27/2022 - 12/28/2022 • Ahlan Alvarado < █████████ > • Brenda <+ █████████ >

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **CHAT - AA0000001 - 00007 - 2022/12/28**

B 

AA

B  **Brenda <██████████>**                          ▶ 12/27/2022, 7:03 PM

Now imagine the victim is taking on a $95M coach

Attached URL: https://p69-content.icloud.com/M48E5E71F4805C37B21E54CA2E736B23E6FDDCF7C4F76149FA711AA0EF7E81E9B.C01USN00Attachment Title: Screenshot 2022-12-27 at 4.02.30 PM.jpeg



*Image: Screenshot 2022-12-27 at 4.02.30 PM.jpeg (236 KB)*

AA  **Ahlan Alvarado <██████████>**                 ◀ 12/27/2022, 7:04 PM
😭

B 

AA

AA

B



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 54 | Date Range: 3/15/2023 - 3/16/2023 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2023/03/16** • 54 messages between 3/15/2023 - 3/16/2023 • Ahlan Alvarado <█████████> • Brenda <█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - AA0000001 - 00007 - 2023/03/16**



**Brenda <+1 ███████>**                                      ▶ 3/15/2023, 10:37 PM

I'm talking to Karen and Paula tomorrow.

Also have our marketing first on boarding call tomorrow 🙌





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 45 | Date Range: 5/15/2023 - 5/16/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/05/16** • 45 messages between 5/15/2023 - 5/16/2023 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

CHAT - AA0000001 - 00007 - 2023/05/16



B

AA

B

**Brenda** <​​​​​​> ▶ 5/16/2023, 2:56 PM

I just talked to my new ESPN reporter

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 2:56 PM

Loved "Got it "

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 2:57 PM

Emphasized "I just talked to my new ESPN reporter "

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 2:58 PM

How did it go?

**Brenda** <+​​​​​​> ▶ 5/16/2023, 2:59 PM

Good. I like him. He said they aren't going to do anything yet. But obviously if they get tipped off about other outlets or if MT does something they would need to cover it

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 2:59 PM

That makes sense

**Brenda** <​​​​​​21> ▶ 5/16/2023, 3:00 PM

It does and I told him I understood the process and all that but that I'm also trying to get through the school process without public input

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 3:07 PM

Exactly. What did he say to that?

**Brenda** <+​​​​​​> ▶ 5/16/2023, 3:08 PM

He said he understood and barring othering circumstances he would try to make sure that happened

**Brenda** <+​​​​​​> ▶ 5/16/2023, 3:08 PM

His hands are tied on some stuff

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 3:08 PM

Well I'm glad you were able to communicate that

**Brenda** <+​​​​​​> ▶ 5/16/2023, 3:08 PM

But he said he understood about me wanting control over the process and why that was important for me

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 3:08 PM

Loved "But he said he understood about me wanting control…"

**Ahlan Alvarado** <​​​​​​> ◀ 5/16/2023, 3:08 PM

It's important

B **Brenda** <+ ████████              ▶ 5/16/2023, 3:08 PM
He's the guy that did Kyle's story

B **Brenda** <+ ████████              ▶ 5/16/2023, 3:09 PM
Loved "It's important "

AA **Ahlan Alvarado** ████████        ◀ 5/16/2023, 3:09 PM
Loved "He's the guy that did Kyle's story "

B **Brenda** <+ ████████              ▶ 5/16/2023, 3:10 PM
I think he'll do a good job. I think he'll be fair

AA **Ahlan Alvarado** ████████        ◀ 5/16/2023, 3:10 PM
Loved "I think he'll do a good job. I think he'll be fair…"



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 69 | Date Range: 5/18/2023 - 5/19/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/05/19** • 69 messages between 5/18/2023 - 5/19/2023 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

CHAT - AA0000001 - 00007 - 2023/05/19





**Brenda <+** ▮▮▮▮▮▮  ► 5/19/2023, 3:56 PM
Dan said ESPN is starting to send out FOIAs. General stuff so he doesn't think they will know

**Brenda <** ▮▮▮▮▮▮ **>**  ► 5/19/2023, 3:56 PM
But who knows 



# Exhibit C

# Affidavit of Brenda Tracy

## STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION, A NON-PROFIT ORGANIZATION,

JANE DOE 1; and JANE DOE 2,

      Plaintiffs,                        Case No.

                                            The Honorable Judge

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

      Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

### AFFIDAVIT OF BRENDA TRACY

I, Brenda Tracy, swear and affirm the following:

1. I am the founder and president of the organization *Set the Expectation,* (STE), a 501 (c) (3) corporation.

2. As the founder and president of STE, I educate colleges and universities across the country regarding sexual assault prevention and trauma-informed response to assault victims.

3. Ahlan Alvarado (now deceased) was my closest friend of more than 20 years. Ahlan was also my right-hand person in administering STE. In our respective roles in STE, we often discussed confidential matters involving outside parties. Those parties are completely independent of anything to do with the matter involving Michigan State University and the termination of the football coach.

Scanned with CamScanner

4. Our confidential discussions involve highly sensitive information regarding other survivors and their families. These discussions were never intended to be shared with anyone outside of STE.

5. As the founder of STE, survivors look to me as a support and confidant. Survivors depend on me to provide them with safe support and guidance in their recovery. I am oftentimes the sole person that the survivor confides in. These survivors have not disclosed what has happened to their families and friends.

6. Without my knowledge or consent, text messages between Ahlan and me were obtained from an outside party, and subsequently disclosed to the university and the media. These messages were obtained from Ahlan's personal cell phone after her untimely death in a motor-vehicle accident.

7. That outside party has implied that there are additional text messages that they are prepared to release.

8. Releasing personal text messages involving private sensitive matters puts outside parties at risk.

9. In addition to sensitive survivor information, Ahlan's phone contained my business records, calendar, college and university information, and other business-related information.

10. I am gravely concerned about the mental health and personal safety of the individuals that have confided in me with the expectation of privacy and confidentiality.

11. Ahlan's phone contains sensitive information, including but not limited to text messages, email, photographs, and other identifying information.

Brenda Tracy

STATE OF OREGON        )

COUNTY OF Multnomah )

Acknowledged before me in _Multnomah_ County, Oregon, on _10/5_ 2023 by Brenda Tracy.

OFFICIAL STAMP
DAT QUANG DINH
NOTARY PUBLIC - OREGON
COMMISSION NO. 1029598
MY COMMISSION EXPIRES OCTOBER 05, 2026

Scanned with CamScanner

Multnomah _____ County, Oregon
My Comm. Expires: 10/05/2026

## STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

      Plaintiffs,

                                 Case No. 23067 1 - CZ
                                 The Honorable **WANDA M. STOKES**

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

      Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND/OR  PRELIMINARY INJUNCTION

Plaintiffs, by counsel, pursuant to MCR 3.310 respectfully move this Honorable Court to enter an Emergency Temporary Restraining Order and/or Preliminary Injunction forthwith, and without notice, based upon the following reasons:

1.  As appears from the attached released letter (attached as Exhibit B), Plaintiffs will suffer immediate and irreparable loss from the further publication, of misappropriated protected, personal, private, and sensitive business and personal information related to sexual assault survivors and employees (both living and deceased), which was gathered in violation of Michigan law, before an order can be issued;

2.  Plaintiffs are likely to prevail on the merits of its claim based upon the improper release of protected, personal, private, and sensitive information of Plaintiffs, clients, and all associated individuals/groups;

3.  Defendants violated the Michigan Eavesdropping Statute and the Computer Fraud and Abuse Act (CFAA) 18 USC § 1030; misappropriated and stole business records; tortiously interefered with business relationships and maliciously intended to damage the professional and personal reputations of the business, its associates, and its clients, as well as the reputations of numerous sexual assault victims;  and released protected mental health medical information of clients.

4.  Without an injunction, Plaintiffs will suffer severe and pervasive personal and/or business consequences, due to the release of business records, and sensitive information related to the mental health, medical history, and other sensitive, personal, and protected information that will be released to the public and will damage the reputation, safety, and livelihood of any Plaintiffs/individuals associated with Plaintiffs, including but not limited to, sexual assault survivors availing themselves of the resources and engagements offered by the LLCs; and,

5.  The public interest will be more greatly served by enforcing Michigan law because upholding the law is in the public interest, and Plaintiffs will not be subjected to the highly publicized and brutal public attacks associated with the nature of this case involving Defendants and further traumatizing and abusing indirect, unrelated, and innocent victims who have sought protected assistance from Plaintiffs, or who are themselves innocent victims.

2

6. Plaintiffs' counsel certifies to the Court that no efforts have been made to give notice to Defendants for the reason to do so is likely to result in Defendants wrongfully and retaliatorily releasing unlawfully acquired information in an attempt to moot the TRO application, publicly humiliate Plaintiffs, dominate the administrative hearings related to the Mel Tucker sexual assault investigation, and to traumatize and re-victimize survivors and their families into silence. Moreover, there is not time before the next investigative hearing activity to notify Defendants and seek out injunctive relief.

WHEREFORE, Plaintiff requests that the Court enter a temporary restraining order and/or preliminary injunctive order restraining Defendants, their agents, servants, employees, and attorneys, and those persons in active concert, possession or participation with them from releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, and/or any other source, relating in any way to Jane Does 1 & 2, Brenda Tracy, LLC d/b/a Set the Expectation, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

Dated: October 6, 2023

DELAPORTE LYNCH, PLLC

By: _____

Eric D. Delaporte (P69673)
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLaw.com

3

## STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

Plaintiffs,

0671

Case No.

The Honorable   WANDA M. STOKES

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

Defendants.

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

1

## INTRODUCTION

Plaintiffs respectfully request that this Court restrain and enjoin Defendants, their agents, servants, employees, and attorneys, and those persons in active concert, possession, or participation with them from releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, and/or any other source, relating in any way to Jane Does 1 & 2, Jane Does yet to be identified, Brenda Tracy, LLC, Set the Expectation, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

## STATEMENT OF FACTS

Former Michigan State University Football coach, Mel Tucker, is currently under investigation for sexual harassment against prominent activist and sexual assault survivor, Ms. Brenda Tracy. **Exhibit A – Lansing State Journal Article.** On October 5, 2023, Defendant Tucker's attorney, Defendant Jennifer Z. Belveal, partially released "new evidence" allegedly related to the investigation, comprised mostly of messages related to Plaintiffs. *Id. See also*, **Exhibit B – Attorney Belveal Letter.**

Plaintiffs are organizations (and related individuals) whose mission are to end sexual and interpersonal violence. Plaintiffs focus on sexual assault prevention work, which includes, but is not limited to, partnering with major universities like Michigan State to educate students, faculty, and community members about sexual assault prevention work and engaging survivors to resources and mental health assistance. **Exhibit C – Affidavit of Brenda Tracy.** As a result, Set the Expectation LLC frequently makes referrals and uses protected medical information related to clients to connect survivors to resources. *Id.* at ¶¶1, 2, 4, 5. The alleged "new evidence" includes text messages and other electronic records believed to be on the phone of Ms. Ahlan Alvarado, the

2

former Case Manager at Set the Expectation and dear friend of Ms. Tracy, who passed away in June 2023 after a tragic accident. *Id*; *See also* **Exhibit A – Lansing State Journal Article**; **See also, Exhibit B – Attorney Belveal Letter.** Upon information and belief, these text messages were released by her estranged husband, Defendant Alvarado, to Defendants. **Exhibit A – Lansing State Journal Article; Exhibit C – Affidavit of Brenda Tracy.** Upon information and belief, Defendant Alvarado is not the executor of Ahlan Alvarado's estate and had no right to release the contents of Ms. Alvarado's phone or conversations from any similar source. **Plaintiff's Complaint, ¶¶17-20; Exhibit C - ¶¶4, 6-8.**

The records that Defendant Belveal has threatened to release are records believed to be related to Plaintiffs, and are believed to contain sensitive, private, legally-protected information regarding the business, individuals associated with the business, its clients, and victims of violence and sexual assault/harassment. *Id.* If injunctive relief in the form of a TRO or Injunction is not issued, Plaintiffs, their representatives, employees, associates, family members, and community will suffer significant, pervasive, and irreparable, harm. *Id.*

## STANDARD

There is a 4-part test to determine temporary and injunctive relief. The test whether injunctive relief is merited requires the trial Court to consider the following factors: (1) whether the applicant has demonstrated that irreparable harm will occur without the issuance of an injunction, (2) whether the applicant is likely to prevail on the merits, (3) whether the harm to the applicant absent an injunction outweighs the harm an injunction would cause to the adverse party, and (4) whether the public interest will be harmed if a preliminary injunction is issued. *Frey as Next Friend for Frey v Health-Michiga*n, 2021 WL 5871744, \*2 (Mich.App. Dec. 10, 2021).

3

The Michigan Eavesdropping Statute, MCL 750.539 *et seq.*, defines "eavesdropping" as "to overhear, record, amplify or transmit any part of the private discourse of others without the permission of all persons engaged in the discourse." A "private" conversation is "'intended for or restricted to the use of a particular person or group or class of persons ... [and is] intended only for the persons involved.'..." *Id.* citing Webster's Third New International Dictionary, Unabridged Edition (1966).

## ARGUMENT

### I.    Plaintiffs will Suffer Irreparable Harm without an Injunction (TRO).

Here, Plaintiffs will suffer irreparable harm without an injunction. Defendants—who are all non-parties to the conversations believed to be on Ms. Alvarado's phone, between Plaintiffs' agents and/or third-parties—seek to further publish private conversations to the public in a malicious and contemptable revenge attack on entities that provided evidence to a public body and innocent individuals who were simply caught up in Defendants' malevolent attacks. Defendants threaten to further publish phone records related to private conversations between Ms. Alvarado and third-parties, to retaliate against Plaintiffs, their agents, board members, officers, employees, associates, and/or clients/innocent third-parties, who provided evidence against Mel Tucker or who have been attacked by association. Further release of these records by Defendants would publicly humiliate Plaintiffs (and related individuals), and constitute, at minimum, a clear violation of the Michigan Eavesdropping Statute, the Whistleblower Protection Act, Computer Fraud and Abuse Act, misappropriation and theft of business records, tortious interference with Plaintiffs' business records and malicious intent to damage professional and personal reputation of businesses, associates, and clients, and release of protected mental health medical information of clients, especially as it relates to the release of protected information.   As such, Plaintiffs will suffer

4

widespread and pervasive harm to not only the business but also all survivors who have confided private and protected information with Plaintiffs and Ms. Alvarado.

## II.    Plaintiffs are Likely To Prevail on the Merits of their Claims.

Plaintiffs are likely to prevail on the merits of their claims based upon MCL 750.539a(2) and the clear precedent established in *Dickerson v Raphael*. *Dickerson v Raphael* set the standard for eavesdropping third-party publication and release of conversations where that third-party was not a participant in the conversations. *Dickerson v Raphael*, 564 NW2d 85, 222 Mich.App. 185 (1997). The Court in *Dickerson* held that the "later broadcast of plaintiff's private conversation..." with those who were "not themselves party to the conversation" constituted eavesdropping under Michigan law. *Id.* at 185.

The instant matter is highly analogous to *Dickerson*, as Defendants seek to further release conversations of a clearly private nature to which no Defendant was a party. The phone (and/or any other source), and contents thereof, is not believed to be the property of Defendants; however, possession/ownership of the phone is irrelevant, as the conversations did not involve Defendants, who threaten to publish the private and/or privileged communications and business records. As evinced by Defendant Belveal's released letter, Defendants intend the release of these private conversations and business records solely to benefit Defendants, in violation of Michigan law.

Further, certain Plaintiffs provided evidence to a public body regarding violations of policy as part of an ongoing investigation. As such, those Plaintiffs qualify as whistleblowers pursuant to the Whistleblower Protection Act, MCL 15.361 *et seq.* Defendants threatened action constitutes retaliation, which is proscribed by the Act, and Plaintiff's are likely to prevail on the merits.

5

### III.    The Harm to Plaintiffs Outweighs the Harm an Injunction Would Cause to Defendants.

The absence of an injunction would make it impossible for Plaintiffs to adequately protect their interests and the interests of any individuals or groups associated with Plaintiffs who may have been referenced in conversations between Ms. Tracy and Ms. Alvarado, or whose information was contained in business records contained on Ms. Alvarado's cellphone. Defendants' retaliation has the effect of not only destroying Plaintiffs' reputations, but publicly humiliating and revictimizing those survivors of sexual assault who seek Plaintiffs' support. As such, Plaintiffs cannot reasonably defend themselves, nor can they defend the interests of the innocent clients or individuals associated with Plaintiffs who would become incidental victims to the release of private, protected, and sensitive information.

Defendants' threatened unlawful release of private conversations and business records is further in violation of Michigan law and should *not* be permitted to move forward on that basis alone—the release of this information could have dire consequences on Plaintiffs, individuals associated with Plaintiffs, and more importantly, survivors of sexual assault and sexual harassment who are likely to be caught up in Defendants' threatened release.

Defendants do not suffer any harm pending the determination of this legal claim. As a result, the harm to Plaintiff in the absence of an injunction outweighs the harm to Defendants in the presence of an injunction. This matter pits a self-absorbed narcissist, his attorney, and a divorcing, separated, husband against the interests of two organizations which are dedicated to championing and protecting sexual assault victims, and their related board members, directors, officers, employees, agents, clients, and most importantly, numerous victims of sexual assault/harassment. Rarely is the balance of potential harm so fully weighted to one side of the scale. Defendants action violated Michigan law and therefore, Defendants suffer no harm, because

6

they have no interest in releasing items for which they are prohibited to release pursuant to statute. Conversely, the information contained in Plaintiffs' business records and private conversations have the potential to devastate and utterly destroy numerous lives and two organizations dedicated to ending sexual assault and violence.

### IV. The Public Interest will not be Harmed if a Preliminary Injunction is Issued.

The public interest will not be harmed if an injunction is issued. As noted above, Plaintiffs are organizations that educate the public on sexual assault prevention work and assists sexual assault survivors in accessing resources. If Defendants' retaliatory release of further business records and individual conversations is allowed to occur, it will effectively end Plaintiffs as viable victims' advocates and destroy the lives of related individuals and sexual assault survivors. Defendants further release would destroy Plaintiffs' reputation, privacy, business interests, and wellbeing. The lack of an injunction will lead to sexual assault survivors' public humiliation and the dissolution of two sexual assault prevention organizations. As such, the public interest will be harmed if the injunction does not issue.

### CONCLUSION

For all the foregoing reasons, Plaintiff respectfully requests that this Honorable Court issue an emergency temporary restraining order and preliminary injunction prohibiting Defendants from releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, and/or any other source, relating in any way to Jane Does 1 & 2, Jane Does yet to be identified, Brenda Tracy, LLC, Set the Expectation, their boards, board members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

7

There is perhaps no greater harm to an individual than to become a victim of a sexual assault.   Victims of sexual assault suffer one of the most traumatic experiences known to humankind. Those who have not experienced a sexual assault cannot comprehend the devastating effect such a violation has on a survivor.   Plaintiffs beg this Honorable Court not to allow Defendants to revictimize Plaintiffs' numerous associated sexual assault victims and to destroy the work of two organizations fighting to end sexual abuse.

Dated: October 6, 2023

DELAPORTE LYNCH, PLLC

By: _____
     Eric D. Delaporte (P69673)
     210 State St., Suite B
     Mason, MI 48854
     (517) 999-2626
     Eric@DelaporteLaw.com

8

# EXHIBIT A

# Lansing State Journal

**CAMPUS**

# Mel Tucker won't participate in sexual harassment hearing; attorney claims new evidence

Lansing State Journal
Published 10:13 a.m. ET Oct. 5, 2023 | Updated 12:52 p.m. ET Oct. 5, 2023

LANSING — Former Michigan State football coach Mel Tucker's attorney told university leaders Thursday he was unable to participate in a key hearing over sexual harassment allegations because of a "serious medical condition."

His attorney, Jennifer Belveal, in the letter to President Teresa Woodruff and the Board of Trustees also said her firm had uncovered new evidence including text messages from Tucker's accuser that "undermines MSU's decision to terminate Mr. Tucker, and further confirms that the underlying "investigation" failed to meet minimal due diligence standards — at Mr. Tucker's expense."

The hearing, set to begin today before Virginia-based attorney Amanda Norris Ames, is a pivotal moment in the campus disciplinary proceeding involving Tucker, who was fired last week after USA TODAY reported details of an investigation by the university's Title IX office.

He is accused by Brenda Tracy, a prominent national rape survivor and activist. Tracy alleges Tucker pursued her romantically for months after hiring her to speak to his players about sexual violence. His pursuit culminated in an April 2022 phone call, during which her complaint says he made sexual comments and masturbated without her consent. Tucker has said he and Tracy had a romantic relationship and that the call was consensual phone sex.

Tucker has not revealed his health condition publicly. As the school began the process to fire him last month, Tucker responded with the threat of a lawsuit and noted he had asked Athletic Director Alan Haller for a "medical leave under the Family and Medical Leave Act for a serious health condition."

Belveal argues that Tracy's text messages with her friend Ahlan Alvarado, who has since died, show she had a personal relationship with Tucker that was consensual at the same time she

had a similar relationship with at least one other married athletic coach. Belveal's letter also alleges a new witness has come forward to say that the phone sex was consensual and that Tracy attempted to manipulate MSU for her own financial benefit.

"We detail some of this new evidence below, although it is too voluminous to capture in a single letter. (We have received approximately 20,000 new communications or documents involving Ms. Tracy.)," Belveal wrote. "This evidence completely contradicts Ms. Tracy's claims and suggest that she manipulated a key witness, the University, Mr. Tucker, and the public. You should know that Ms. Tracy allegedly deleted key evidence and provided only self-serving excerpts to OIE to sustain a claim of 'harassment' that MSU never should have been investigating in the first place. Ms. Tracy pulled the wool over the University's eyes, and maligned Mr. Tucker's reputation for personal gain."

Alvarado, Tracy's longtime friend and booking assistant, provided MSU's investigator with emails and text messages that corroborated aspects of Tracy's version of events and refuted aspects of Tucker's. She was killed in a car crash in June.

Tucker was initially suspended without pay but was subsequently fired with about $80 million remaining on a 10-year, $95 million contract.

MSU spokesman Dan Olsen said the university would not comment on the latest allegations from Tucker to preserve the integrity of the ongoing case.

Belveal told the university Tracy's text messages with Alvadado show she had a "consensual relationship with basketball coach Damon Stoudamire — saying she was 'dating' him and had a 'good thing with Damon,'" while she was also in a relationship with Tucker.

Tracy, according to Belveal, had been hired to speak to Stoudamire's team about preventing sexual violence. Stoudamire coached at Pacific University from 2016 to 2021; he is now the head coach at Georgia Tech, after serving as an assistant for the Boston Celtics for nearly two seasons.

"To be sure, Ms. Tracy had previously worked with Mr. Stoudamire — and even remarked to Ms. Alvarado that 'Damon had 2 reasons for bringing me to speak to his college team.'"

The following text messages, which Belveal referred to as illustrative, were included in her letter to MSU:

"Ms. Tracy: I haven't even heard from Damon since Monday. . . .

"Ms. Alvarado: He'll pop up.

"Ms. Tracy: For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th. . . .

"Ms. Tracy: Coach Tucker told me he loved me last night. It wasn't weird tho. He made sure I knew it was about being a friend.

"Ms. Alvarado: In other news lol. Coach Tucker isn't going anywhere either.

"Ms. Tracy: Def not lol. He went to some retreat for his birthday. Came back all zen. He's one of those – in another life. . . . I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant human and too special for this world. Damon is so cute in his tight shirt and pants lol. I like seeing him on tv.

"This exchange reflects that in one breath Ms. Tracy enjoyed Mr. Tucker's attention, and literally in the next breath that she objectifies Damon as 'cute' in tight clothing," Belveal wrote. "Not only does this contradict Ms. Tracy's allegations that Mr. Tucker's attention caused her distress, it also decimates Ms. Tracy's claim that she would not consensually engage in a personal relationship with a coach."

Belveal also included text messages from Tracy to Alvarado that she claims included pictures that show the view from Stoudamire's living room, including the words:

"[h]e chose the flight that gets me there the earliest for us to spend more time together," that "[h]is place is so nice (emoji)," and that she "could get used to this lifestyle."

Tracy adds in a text: "[w]atching the DJ at halftime. Thank God I graduated to a coach on the bench LOL."

Belveal also included text messages that she said refutes Tracy's statements to investigators that she would not accept gifts from Tucker after knowing he was romantically interested in her. She claimed Tracy texted Alvarado that "Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets[.]

"Tucker signed his contract. I cant [sic] even wrap my brain around 95 million. Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . I'm gonna ask him to finance the doc part of it [marketing materials that Ms. Tracy wanted for her non-profit organization]. . . . He'll do it."

Belveal also alleges Tracy tried to financially gain from her complaint.

"We also now know from Ms. Tracy's own messages that she used MSU's 'investigation' process because she was motivated by money, despite that she has claimed that she 'has not mentioned money a single time in connection with [this matter].' Among other things, Ms. Tracy's messages reveal that she was initially hoping for a quick settlement with Mr. Tucker, telling Ms. Alvarado: 'I'm filing a formal complaint with MSU... [My lawyer] said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to.'

"She told Ms. Alvarado that her attorney was reaching out to MSU regarding a settlement and that 'Money is my only recourse to make him feel like there is a punishment[.] . . . When they do the money I should make him pay me 10k directly[.]'"

Additional text messages also show about a week before she filed the December complaint against Tucker, "She was down to $5," and that she was having problems with the IRS. Noting that she "was supposed to be paying down 2018 taxes and not staying caught up on the other years," Tracy said in a text to Alvarado that "[h]aving the IRS after me in a way that is known publicly surely won't help my lawsuit."

Belveal criticized the investigation by MSU as "misguided, incomplete, and biased" and wrote that "Ms. Tracy's misrepresentations and manipulation would have come to light months ago. And crucially, OIE would have (or at least should have) halted this investigation once and for all.

"This certainly is not a proud moment in Spartan history, and it continues to cast a post-Nassar shadow on an institution that I, as an alumna, hold to a higher standard. Please contact me directly if you would like to further discuss the information that the OIE investigation failed to uncover."

# EXHIBIT B

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226-3489
313.234.7100 TEL
313.234.2800 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
313.234.7176
jbelveal@foley.com

October 5, 2023

<u>**Via Email**</u>

Re:    New Evidence Regarding Mel Tucker Matter

Dear Board of Trustees and Interim President Woodruff:

I write this letter on behalf of our client, Mel Tucker, as it appears that you have not been provided complete and accurate information regarding the "investigation" and surrounding circumstances that gave rise to Mr. Tucker's recent employment termination.  Under Office of Institutional Equity ("OIE") rules, we are prohibited from participating in the hearing scheduled for October 5 and 6, 2023, because Mr. Tucker is not available due to a serious medical condition.[1] However, we want to be certain that each of you are privy to some of the newly discovered evidence, primarily in the form of messages authored by Ms. Tracy herself but also including new witness statements, that she hoped (and obviously anticipated) you would never see.

We detail some of this new evidence below, although it is too voluminous to capture in a single letter.  (We have received approximately 20,000 new communications or documents involving Ms. Tracy.)  This evidence completely contradicts Ms. Tracy's claims and suggest that she manipulated a key witness, the University, Mr. Tucker, and the public.  You should know that Ms. Tracy allegedly deleted key evidence and provided only self-serving excerpts to OIE to sustain a claim of "harassment" that MSU never should have been investigating in the first place.  Ms. Tracy pulled the wool over the University's eyes, and maligned Mr. Tucker's reputation for personal gain.

At bottom, this new evidence undermines MSU's decision to terminate Mr. Tucker, and further confirms that the underlying "investigation" failed to meet minimal due diligence standards—at Mr. Tucker's expense.

1.    **Ms. Tracy's *Own Statements* Confirm that She Had (Simultaneous) Consensual Personal Relationships with Mr. Tucker and at Least One Other Married Coach, Contrary to What She Told the Investigator.**

We now know that there are literally *hundreds* of messages from Ms. Tracy *herself*, as well as statements from other witnesses, reflecting Ms. Tracy's completely consensual (and

---

[1] Given OIE's inability to secure the confidentiality of its proceedings, and the University General Counsel's indifference to Mr. Tucker's Family Medical Leave Act request, we have not provided medical evidence for public consumption, but documentation exists to substantiate the serious medical condition.

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |



**FOLEY & LARDNER LLP**

October 5, 2023
Page 2

simultaneous) personal relationships with Mr. Tucker and at least one other married coach who had previously engaged Ms. Tracy to provide training to his team.  Ms. Tracy misrepresented these relationships.

Ms. Tracy told the investigator that she told Mr. Tucker she was "single on purpose" and that she does "not date people in [her] field."  Even one of Ms. Tracy's lawyers (Ms. Swanson) vouched for her on the record, claiming that "in all her years of knowing [Ms. Tracy], she never known [her] to date or otherwise become romantically involved with anyone with whom [she] had a professional relationship."  Ms. Tracy repeatedly made these bold claims to falsely suggest that her relationship with Tucker was necessarily one-sided.

Yet Ms. Tracy's own words paint a different picture.  She admitted in contemporaneous messages to Ahlan Alvarado, her now deceased close friend of 21 years (and a key witness in this case given Ms. Alvarado's additional role as her assistant), that she had a consensual relationship with coach Damon Stoudamire—saying she was "dating" him and had a "good thing with Damon."[2]  To be sure, Ms. Tracy had previously worked with Mr. Stoudamire—and even remarked to Ms. Alvarado that "Damon had 2 reasons for bringing me to speak to his college team."[3]  Ms. Tracy's relationship with Mr. Stoudamire overlapped with Ms. Tracy's intimately personal relationship with Mr. Tucker.  The below messages are illustrative:

> **Ms. Tracy**: I haven't even heard from Damon since Monday. . . .
>
> **Ms. Alvarado**: He'll pop up.
>
> **Ms. Tracy**: For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th. . . .
>
> **Ms. Tracy**: Coach Tucker told me he loved me last night. It wasn't weird tho. He made sure I knew it was about being a friend.
>
> **Ms. Alvarado**: In other news lol. Coach Tucker isn't going anywhere either.
>
> **Ms. Tracy**: Def not lol. He went to some retreat for his birthday. Came back all zen. He's one of those – in another life. . . . I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant

---

[2] *See* September 10, 2021 text exchange, attached.  Portions of the text messages that are not cited in this letter have been redacted.

[3] *See* April 17, 2022 text exchange, attached.

**:FOLEY**

FOLEY & LARDNER LLP

October 5, 2023
Page 3

> human and too special for this world. Damon is so cute in his tight
> shirt and pants lol. I like seeing him on tv. 😄[4]

This exchange reflects that in one breath Ms. Tracy enjoyed Mr. Tucker's attention, and literally in the next breath that she objectifies Damon as "cute" in tight clothing.  Not only does this contradict Ms. Tracy's allegations that Mr. Tucker's attention caused her distress, it also decimates Ms. Tracy's claim that she would not consensually engage in a personal relationship with a coach.

Similarly disingenuous was Ms. Tracy's representation to the investigator that she would not accept gifts from Mr. Tucker after knowing that he was romantically interested in her.  Her messages to Ms. Alvarado show that *after* she concluded Mr. Tucker had such interest, she told Ms. Alvarado that:

> Michigan state might be going to the Rose Bowl or one of the other
> major ones. We should check this calendar and keep dates open. I
> know coach Tucker would give us tickets[.][5]

> *-and-*

> Tucker signed his contract. I cant [sic] even wrap my brain around
> 95 million.  Sheesh . . . Can you imagine around 700k going into
> your bank account every month.  Every month . . . We're gonna
> make it happen . . . **I'm gonna ask him to finance the doc part of
> it** [marketing materials that Ms. Tracy wanted for her non-profit
> organization]. . . . **He'll do it**.[6]

Likewise, despite what she told the investigator about not having a personal relationship with a coach, Ms. Tracy seemed to enjoy Mr. Stoudamire's position.  Indeed, during a visit to Mr. Stoudamire in Boston, Ms. Tracy sent a video of his living room and the view, telling Ms. Alvarado: "[h]e chose the flight that gets me there the earliest for us to spend more time together," that "[h]is place is so nice 😍," and that she "could get used to this lifestyle."[7]  Separately, having previously dated a DJ, Ms. Tracy commented to Ms. Alvarado: "[w]atching the DJ at halftime. Thank God I graduated to a coach on the bench LOL."[8]

---

[4] *See, e.g.*, January 15, 2022 text exchange, attached.
[5] *See* November 9, 2021 text exchange, attached.
[6] *See* November 26, 2021 text exchange, attached (emphasis added).
[7] *See* October 29, 2021 text exchange and October 31, 2021 text exchange, attached.
[8] *See* October 27, 2021 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 4

2.    **A New Witness – the Only Witness *Under Oath* – Has Said That Ms. Tracy and Mr. Tucker's Phone Sex Call Was Consensual.**

Additional new evidence eliminates the "she said, he said" posture of this case.  Instead, a new witness familiar with Ms. Tracy's representations regarding their relationship has come forward under oath in a sworn affidavit and flat out said that Ms. Tracy and Mr. Tucker "were in some sort of relationship when the conversation took place . . . the phone sex was consensual."[9]  No other witness, including Ms. Tracy herself, has made any statement under oath.

Further, as also revealed by this new witness, Ms. Tracy went to extraordinary lengths to try to stop Ms. Tracy's written communications (a fraction of which are referenced in this letter) with Ms. Alvarado from ever seeing the light of day.  As detailed in the new witness's sworn statement, while Ms. Tracy's supposed friend lay dying in a hospital, and even after her death, Ms. Tracy sought to sleep over at Ms. Alvarado's house (in her room) and repeatedly asked Ms. Alvarado's family for access to Ms. Alvarado's phone and computers:

> It really struck me odd that she would want Ahlan's things and would be asking Ahlan's family for them as Ahlan lay dying in her hospital bed.
>
> ***
>
> Another [odd] comment Brenda made in the hospital, after the doctor told us that Ahlan was not going to make it, Brenda stated that "I need to call my therapist because I don't feel supported right now".

This apparent attempted cover-up alone should tell you about the type of person who made these baseless allegations against Mr. Tucker.  Ms. Tracy's shocking efforts to obtain access to Ms. Alvarado's electronic devices containing evidence against her reveals how desperately she wanted and needed to ensure their contents were never disclosed.

Indeed, Ms. Tracy omitted some of this evidence when providing self-serving selective excerpts of her text messages with Ms. Alvarado to the investigator.  As one example, Ms. Tracy provided the below text exchange to the investigator to insinuate that Mr. Tucker brought her to the Spring Game with ulterior motives:

> **Ms. Tracy**:    I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the

---

[9] The under oath affidavit will be made available for review by the Trustees should they desire to discuss this matter.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 5

expectation. I wonder if it's bc of the behind the scenes stuff that he's now being weird[.] Like he's nervous to talk about me now? "She's in town" what??

**Ms. Alvarado**: who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

**Ms. Tracy**: Idk but he didn't do a good job. I expected more from him

**Ms. Alvarado**: Agree

**Ms. Tracy**: Don't have me there if you aren't going to talk about it. We're not checking boxes

**Ms. Alvarado**: They took care of us but the important part was to raise awareness

**Ms. Tracy**: Exactly. It's not about you and me

**Ms. Alvarado**: It's always about them somehow

**Ms. Tracy**: I gotta step all the way away. I can't have this messing with the message or mission[.] That's not something I can do

However, Ms. Tracy conveniently omitted her further texts to Ms. Alvarado—just two hours later—affirming that, actually, once MSU posted about her on social media everything was good and she was feeling positive about Mr. Tucker.  She specifically excluded reference to her statements that:

> **MSU posted and Coach isn't being weird at all. Feels like all is good[.] And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company[.] Blessings on blessings when you stay the course and do what's right. . . . No regrets. My heart is good and so is my conscience[.][10]**

Ms. Tracy hid the true nature of her sentiment toward Mr. Tucker following the Spring Game to try to convince OIE that she had a legitimate harassment claim.  At the same time, OIE failed to attempt to get fulsome text exchanges from Ms. Alvarado or Ms. Tracy on these key

---

[10] *See* April 17, 2022 text exchange (emphasis added), attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 6

points.  Instead, the University then relied on Ms. Tracy's depiction of the relationship to wrongly malign, and ultimately fire, Mr. Tucker.

**3.       Ms. Tracy Manipulated MSU For Her Own Financial Gain**

Ms. Tracy and her lawyer repeatedly proclaimed in the national media that the University violated her privacy rights by leaking information of the investigation to the media, which prompted MSU to conduct an investigation into the source of that purportedly unknown leak.[11] Behind the scenes, however, Ms. Tracy's own communications show that **_she_** shared information with multiple members of the media in an attempt to shape the narrative **several months in advance** of the investigation's completion.  Specifically—in addition to telling various individuals affiliated with her organization about the investigation—Ms. Tracy discussed the investigation with two different ESPN reporters in March and May 2023, respectively,[12] before reaching an exclusive deal with USA Today in June 2023. One of those ESPN reporters told Ms. Tracy as early as May 2023 that ESPN was sending "FOIAs"[13]—although the University failed to inform Mr. Tucker of that fact until August.  Regardless, it is beyond reason that a leak of her name would justify Ms. Tracy's leaking a 1200 page confidential report to USA Today in violation of school policy.

We also now know from Ms. Tracy's own messages that she used MSU's "investigation" process because she was motivated by money, despite that she has claimed that she "has not mentioned money a single time in connection with [this matter]."  Among other things, Ms. Tracy's messages reveal that:

- She was initially hoping for a quick settlement with Mr. Tucker, telling Ms. Alvarado: "I'm filing a formal complaint with MSU… [My lawyer] said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to."[14]

- She told Ms. Alvarado that her attorney was reaching out to MSU regarding a settlement and that "Money is my only recourse to make him feel like there is a

---

[11] Although Mr. Tucker had long since demanded such an investigation, MSU did not even provide the common courtesy of acknowledging such requests.  Interestingly, in a **draft** press release referenced by The State News on September 27, 2023 (nearly two weeks after the draft was supposedly shared with MSU General Counsel Brian Quinn), Ms. Tracy's lawyer claimed that "[s]omeone associated **with the MSU Board of Trustees** disclosed [Ms. Tracy's] identity to an outside party," and "[t]hat outside party shared her identity with local media."  (Emphasis added.)  The statement that Ms. Tracy's lawyer *actually* released after review by an MSU official, however, was far less specific.

[12] *See* March 15, 2023 and May 16, 2023 text exchanges, attached.

[13] *See* March 19, 2023 text exchange, attached.

[14] *See* December 9, 2022 text exchange, attached.

**FOLEY**

FOLEY & LARDNER LLP

October 5, 2023
Page 7

punishment[.] . . . When they do the money I should make him pay me 10k directly[.]"[15]

- As noted above, Ms. Tracy had long been focused on counting Mr. Tucker's money and was plotting to get some of it herself: "Tucker signed his contract. I cant [sic] even wrap my brain around 95 million.  Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . I'm gonna ask him to finance the doc part of [marketing materials that Ms. Tracy wanted]. . . He'll do it."[16]

- About one week before she filed her complaint against Mr. Tucker, she admitted "she was down to $5."[17]

- Then, after having filed her complaint against Mr. Tucker, Ms. Tracy told Ms. Alvarado to "imagine the victim is taking on a $95M coach."[18]  (Ms. Tracy often refers to herself in the third person as "the victim," as well as "good victim," in this matter.[19])

- In connection with realizing that she "was supposed to be paying down 2018 taxes and not staying caught up on the other years," Ms. Tracy remarked that "[h]aving the IRS after me in a way that is known publicly surely won't help my lawsuit."[20]

At the same time, Ms. Tracy's texts reveal that she appears to have made a career out of misleading and manipulating people.  She admitted – in writing – that she engages in "professional crying . . . when I share my story."[21]  In addition, even though she was in what she called "dire straits" financially, Ms. Tracy remarked that "[m]y priority is face lift and filming myself so we can make this [money]."[22]  In other words, she appears to be focused on appearances over reality.

**4.     OIE's Investigation Failed**

Our complaints about OIE's misguided, incomplete, and biased investigation, including the lack of jurisdiction to investigate this matter in the first place, are well documented.  We are now faced with the uncomfortable reality that had the investigation been thorough, the information contained herein, and much more, would have resulted in the dismissal of this case.  As detailed

---

[15] *See* September 1, 2021 text exchange, attached
[16] *See* November 26, 2021 text exchange, attached.
[17] *See* December 10, 2022 text exchange, attached.
[18] *See* December 27, 2022 text exchange, attached.
[19] *See* February 27, 2023 text exchange, attached.
[20] *See* December 19, 2022 text exchange, attached.
[21] *See* December 27, 2022 text exchange, attached.
[22] *See* December 14, 2021 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 8

above, the investigation failed miserably to verify the statements made by Ms. Tracy and failed to attempt to obtain a complete picture of Ms. Tracy's relationship with Mr. Tucker.  Had the investigator simply asked for all messages between Ms. Tracy and her friend of 21 years, who also served as her assistant, **and who was the *key* witness offered by Ms. Tracy**, Ms. Tracy's misrepresentations and manipulation would have come to light months ago.  And crucially, OIE would have (or at least should have) halted this investigation once and for all.

This certainly is not a proud moment in Spartan history, and it continues to cast a post-Nassar shadow on an institution that I, as an alumna, hold to a higher standard.  Please contact me directly if you would like to further discuss the information that the OIE investigation failed to uncover.

Sincerely,

Jennifer Z. Belveal

cc:    Brian Quinn (via email)
       Melvin G. Tucker

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 9/10/2021 |

**Outline of Conversations**

💬    **IM - AA0000001 - 2021/09/10 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** · 8 messages on 9/10/2021 · Ahlan Alvarado <█████████> · Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **IM - AA0000001 - 2021/09/10 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167**

**B**  Brenda <▮▮▮▮▮▮▮▮>                              ▶ 9/10/2021, 5:49 PM

Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon.

**AA**  Ahlan Alvarado <▮▮▮▮▮▮▮▮>                    ◀ 9/10/2021, 6:00 PM

Laughed at "Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon. "

**AA**  Ahlan Alvarado <▮▮▮▮▮▮▮▮>                    ◀ 9/10/2021, 6:00 PM

That's what happens when you get on social media being cute and not just about business 😂

**B**  Brenda <+▮▮▮▮▮▮▮>                              ▶ 9/10/2021, 6:01 PM

I know. I think I'm gonna go back to business

**AA**

**AA**



**AA**

**AA**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 10/27/2021 - 10/28/2021 |

**Outline of Conversations**

💬    **CHAT - AA0000001 - 00007 - 2021/10/28** • 17 messages between 10/27/2021 - 10/28/2021 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    **CHAT - AA0000001 - 00007 - 2021/10/28**

B    **Brenda <+1 ▮▮▮▮▮▮>**    ▶ 10/27/2021, 8:37 PM
Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂

Attached URL: https://p28-content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00Attachment Title: IMG_4954.jpeg

AA    **Ahlan Alvarado <▮▮▮▮▮▮>**    ◀ 10/27/2021, 8:43 PM
Laughed at "Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂 "



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/29/2021 - 10/30/2021 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2021/10/30** • 4 messages between 10/29/2021 - 10/30/2021 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)



**CHAT - AA0000001 - 00007 - 2021/10/30**

B **Brenda** < ▓▓▓▓▓▓ >    ► 10/29/2021, 8:24 PM

I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰

AA **Ahlan Alvarado** < ▓▓▓▓▓▓ >    ◄ 10/29/2021, 8:24 PM

Loved "I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰"

AA **Ahlan Alvarado** < ▓▓▓▓▓▓ >    ◄ 10/30/2021, 3:30 PM

Safe travels friend!! Have fun 💜

B **Brenda** < ▓▓▓▓▓▓ >    ► 10/30/2021, 3:31 PM

Thank you! My flight leaves in an hour 🙌🏼

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 83 | Date Range: 10/31/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/10/31** • 83 messages on 10/31/2021 • Ahlan Alvarado <█████████> • Brenda <+████████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    **CHAT - AA0000001 - 00007 - 2021/10/31**

B    **Brenda <+██████████>**                                      ▶ 10/31/2021, 10:16 AM
His place is so nice 😍

Attached URL: https://p56-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4973.mov

*Attachment: IMG_4973.mov (6 MB)*

B    **Brenda <+██████████>**                                      ▶ 10/31/2021, 10:16 AM
He's at work but things are going good ❤️

AA    **Ahlan Alvarado ██████████>**                               ◀ 10/31/2021, 10:17 AM
Loved a movie

B    **Brenda <+██████████>**                                      ▶ 10/31/2021, 10:17 AM
I worked out already today. Girl, I could get used to this lifestyle.

Attached URL: https://p58-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4968.jpeg



*Image: IMG_4968.jpeg (4 MB)*

AA    **Ahlan Alvarado <(██████████>**                             ◀ 10/31/2021, 10:17 AM
Loved "He's at work but things are going good ❤️"

AA    **Ahlan Alvarado <██████████>**                              ◀ 10/31/2021, 10:18 AM
Loved "I worked out already today. Girl, I could get used to this lifestyle."

AA

B

B









**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 103 | Date Range: 11/8/2021 - 11/9/2021 |

**Outline of Conversations**

 **IM - AA0000001 - 2021/11/09 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** · 103 messages between 11/8/2021 - 11/9/2021 · Ahlan Alvarado <███████████> · Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)





AA
B
AA
AA
B
B
AA
B

B  **Brenda <+1** ▮▮▮▮▮▮▮▮ **>**                              ► 11/9/2021, 10:52 AM
Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets

AA  **Ahlan Alvarado <** ▮▮▮▮▮▮▮ **>**                      ◄ 11/9/2021, 11:01 AM
Emphasized "Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets "

B
AA
B
AA
B
AA











**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 96 | Date Range: 11/25/2021 - 11/26/2021 |

**Outline of Conversations**

💬　**CHAT - AA0000001 - 00007 - 2021/11/26** • 96 messages between 11/25/2021 - 11/26/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -05:00)









**AA**

**B**

**B**

**AA**

**B**

**AA**

**B**    **Brenda** <+████████>    ▶ 11/26/2021, 5:25 PM
Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh

**AA**    **Ahlan Alvarado** <████████>    ◀ 11/26/2021, 5:26 PM
Emphasized "Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh "

**AA**    **Ahlan Alvarado** <(████████0>    ◀ 11/26/2021, 5:26 PM
I can't either 😭

**B**    **Brenda** <+████████>    ▶ 11/26/2021, 5:26 PM
Can you imagine around 700k going into your account every month

**B**    **Brenda** <+████████1>    ▶ 11/26/2021, 5:26 PM
Every month

**B**    **Brenda** <+1████████>    ▶ 11/26/2021, 5:26 PM
Crazy

**AA**    **Ahlan Alvarado** <(████████>    ◀ 11/26/2021, 5:26 PM
Nope, I need to 7K first 🤣😂😂

**AA**    **Ahlan Alvarado** <████████>    ◀ 11/26/2021, 5:27 PM
Soon!!!

**B**    **Brenda** <+████████>    ▶ 11/26/2021, 5:27 PM
Lol

**AA**    **Ahlan Alvarado** - <████████0>    ◀ 11/26/2021, 5:27 PM
👏🏽👏🏽👏🏽

**B**    **Brenda** <+1████████>    ▶ 11/26/2021, 5:27 PM
We're gonna make it happen.

B  **Brenda** <+⬛⬛⬛⬛>                                              ▶ 11/26/2021, 5:27 PM
I'm gonna ask him to finance the doc part of it

AA  **Ahlan Alvarado** <(⬛⬛⬛⬛>                                     ◀ 11/26/2021, 5:27 PM
Loved "I'm gonna ask him to finance the doc part of it "

B  **Brenda** <+⬛⬛⬛⬛>                                              ▶ 11/26/2021, 5:27 PM
He'll do it

AA  **Ahlan Alvarado** <⬛⬛⬛⬛>                                      ◀ 11/26/2021, 5:27 PM
He for sure will.

B  **Brenda** <+⬛⬛⬛⬛>                                              ▶ 11/26/2021, 5:28 PM
And sounds like I'll get booked this spring too so that's more money

AA  **Ahlan Alvarado** <⬛⬛⬛⬛>                                      ◀ 11/26/2021, 5:28 PM
Yes Cody reached back and said they are looking at dates for spring 🙂

B  **Brenda** <+1⬛⬛⬛⬛>                                             ▶ 11/26/2021, 5:28 PM
Perfect

B

AA

AA

B



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 19 | Date Range: 12/14/2021 - 12/15/2021 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2021/12/15** • 19 messages between 12/14/2021 - 12/15/2021 • Ahlan Alvarado <████████> • Brenda <+████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - AA0000001 - 00007 - 2021/12/15**



**Brenda** <+▆▆▆▆▆▆▆▆▆>                                    ▶ 12/14/2021, 10:30 PM
Tucker is going to make some calls about the production companies tomorrow

**Brenda** <+▆▆▆▆▆▆▆▆▆>                                    ▶ 12/14/2021, 10:30 PM
I want to see if we can film after my face lift.

**Brenda** <+▆▆▆▆▆▆▆▆▆>                                    ▶ 12/14/2021, 10:33 PM
I might have to move my body surgery which is fine. My priority is face lift and filming my story so we can make this shmoney

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 214 | Date Range: 1/15/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/01/16** • 214 messages on 1/15/2022 • Ahlan Alvarado <█████> • Brenda <█████████>

**Messages in chronological order** (times are shown in GMT -05:00)

CHAT - AA0000001 - 00007 - 2022/01/16







**Brenda** <+█████████>  ▶ 1/15/2022, 9:19 PM
I haven't even heard from Damon since Monday

**Ahlan Alvarado** <█████████>  ◀ 1/15/2022, 9:19 PM
He'll pop up

**Brenda** <+█████████>  ▶ 1/15/2022, 9:20 PM
For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th

**Ahlan Alvarado** <█████████>  ◀ 1/15/2022, 9:20 PM
Laughed at "For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th "













**Brenda <+**███████████**>**                                            ▶ 1/15/2022, 9:43 PM

Coach Tucker told me he loved me last night.

It wasn't weird tho. He made sure I knew it was about being a friend.

**Ahlan Alvarado** ███████████ **>**                                    ◀ 1/15/2022, 9:44 PM

In other news lol

**Ahlan Alvarado <**███████████ **>**                                  ◀ 1/15/2022, 9:44 PM

Coach Tucker isn't going anywhere either

**Brenda <+**███████████**>**                                            ▶ 1/15/2022, 9:44 PM

Def not lol

**Brenda <+**███████████**>**                                            ▶ 1/15/2022, 9:44 PM

He went to some retreat for his birthday. Came back all zen

**Brenda <+**███████████**>**                                            ▶ 1/15/2022, 9:45 PM

He's one of those - in another life

**Ahlan Alvarado <**███████████ **>**                                  ◀ 1/15/2022, 9:45 PM

Can't wait til we get to go on retreats

**Brenda <+**███████████**>**                                            ▶ 1/15/2022, 9:45 PM

I know!!!

**Brenda <**███████████**>**                                              ▶ 1/15/2022, 9:46 PM

I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant human and too special for this world

**Brenda <+**███████████**>**                                            ▶ 1/15/2022, 9:48 PM

Damon is so cute in his tight shirt and pants lol. I like seeing him on tv. 😂

**B**  **Brenda** ███████████ >  ▶ 1/15/2022, 9:49 PM
I'm glad you can keep up with multiple conversations

**AA**  **Ahlan Alvarado** < ███████████ >  ◀ 1/15/2022, 9:49 PM
Multitasker 🙌

**B**  **Brenda** <+ ███████████ >  ▶ 1/15/2022, 9:49 PM
Women 👏👏👏👏

**B**  **Brenda** <+ ███████████ >  ▶ 1/15/2022, 9:49 PM
Loved "Multitasker 🙌"

**AA**  **Ahlan Alvarado** < ███████████ >  ◀ 1/15/2022, 9:49 PM
Loved "Women 👏👏👏👏"









**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 131 | Date Range: 4/16/2022 - 4/17/2022 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2022/04/17** • 131 messages between 4/16/2022 - 4/17/2022 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

CHAT - AA0000001 - 00007 - 2022/04/17







AA

B

AA

AA

B

AA

B

AA

AA

B

AA

B

**Brenda** < ▓▓▓▓▓▓▓ >                                    ► 4/17/2022, 12:24 PM

I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the expectation 🤦‍♀️

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:24 PM

I wonder if it's bc of the behind the scenes stuff that he's now being weird

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:24 PM

Like he's nervous to talk about me now?

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:25 PM

"She's in town" what??

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:27 PM

😂who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:28 PM

Idk but he didn't do a good job. I expected more from him

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:28 PM

Agree

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:28 PM

Don't have me there if you aren't going to talk about it. We're not checking boxes

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:28 PM

They took care of us but the important part was to raise awareness.

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:29 PM

Exactly. It's not about you and me

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:29 PM

It's always about them somehow

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:29 PM

I gotta step all the way away. I can't have this messing with the message or mission

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:29 PM

That's not something I can do

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:30 PM

You know what to do

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:30 PM

It's just easy to get caught up

**B**    Brenda <+ ███████ >         ▶ 4/17/2022, 12:30 PM

We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me.

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:31 PM

Liked "We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me. "

**B**    Brenda <+1 ██████ >         ▶ 4/17/2022, 12:31 PM

I could care less about a relationship or whatever. My work means everything to me.

**AA**    Ahlan Alvarado < ████████ >         ◀ 4/17/2022, 12:31 PM

Loved "I could care less about a relationship or whatever. My work means everything to me. "

**B**    **Brenda** <+█████████>        ▶ 4/17/2022, 12:32 PM

But maybe this is what I needed to see as well. Sometimes I act like it's not that important or I'm not doing enough. I minimize it sometimes

**AA**    **Ahlan Alvarado** <█████████>        ◀ 4/17/2022, 12:32 PM

It's def allowing you too see something

**B**    **Brenda** <█████████>        ▶ 4/17/2022, 12:32 PM

But now I see a missed opportunity and I feel terrible. Like I failed people.

**AA**    **Ahlan Alvarado** <█████████>        ◀ 4/17/2022, 12:33 PM

I just thought they were taking care of the social stuff. I really thought we would see if by end of day.

**B**    **Brenda** <+1█████████>        ▶ 4/17/2022, 12:33 PM

I'm sorry God. I will do better.

**AA**    **Ahlan Alvarado** <█████████>        ◀ 4/17/2022, 12:33 PM

You didn't know either. Can't blame yourself.

**AA**    **Ahlan Alvarado** <█████████>        ◀ 4/17/2022, 12:33 PM

I see what you're saying though

**B**    **Brenda** <+█████████>        ▶ 4/17/2022, 12:34 PM

True. I've also asked him to do stuff rather than letting him lead. I mean he asked but… maybe it's not 200% genuine. I mean Damon had two reasons for bringing me to speak to his college team.

**B**    **Brenda** <+█████████1>        ▶ 4/17/2022, 12:35 PM

I've been more assertive than other coaches bc I know I can.

No more of that.

**AA**    **Ahlan Alvarado** <█████████>        ◀ 4/17/2022, 12:35 PM

Do you think you can have a convo about it?

**B**    **Brenda** <+█████████>        ▶ 4/17/2022, 12:36 PM

We will at some point. Have to.

**B**    **Brenda** <+█████████>        ▶ 4/17/2022, 12:36 PM

A lot of this is just me and things I can adjust and control

**AA**    **Ahlan Alvarado** <█████████>        ◀ 4/17/2022, 12:36 PM

Loved "A lot of this is just me and things I can adjust and control "

**B**

**AA**

**B**

**AA**







**Brenda** <+▮▮▮▮▮>                                          ► 4/17/2022, 2:08 PM
MSU posted and Coach isn't being weird at all. Feels like all is good 👍

**Brenda** <+▮▮▮▮▮>                                          ► 4/17/2022, 2:22 PM
And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌

Blessings on blessings when you stay the course and do what's right.

**Ahlan Alvarado** <▮▮▮▮▮>                                   ◄ 4/17/2022, 2:24 PM
Loved "And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌

Blessings on blessings when you stay the course and do what's right. "

**Ahlan Alvarado** <▮▮▮▮▮>                                   ◄ 4/17/2022, 2:24 PM
Loved "MSU posted and Coach isn't being weird at all. Feels like all is good 👍 "





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 77 | Date Range: 8/31/2022 - 9/1/2022 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2022/09/01** • 77 messages between 8/31/2022 - 9/1/2022 • Ahlan Alvarado < █████████ > • Brenda <+1 ████████ >

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **CHAT - AA0000001 - 00007 - 2022/09/01**

B

AA

B       **Brenda <+**　　　　　**>**                                    ▶ 9/1/2022, 2:40 PM

Karen - a lawyer is reaching out to the head lawyer at MSU to discuss what this might look like moving forward. She's going to gauge their response and we will go from there but sounds like we will be asking Tucker to not speak on me or the incident and him or MSU will need to make an anonymous donation to STE so that we can further our work.

Karen said once she can test their tolerance - like do they just want this to just go away - then she'll be able to better help me make decisions.

Having him just sign an NDA tho just means he did it no one will know and there are no consequences for him.

B

B

AA

B

AA

B       **Brenda <+**　　　　　                                         ▶ 9/1/2022, 2:48 PM

Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it

B       **Brenda <+**　　　　**21>**                                     ▶ 9/1/2022, 2:48 PM

Emphasized "Like nothing right ?! "

AA      **Ahlan Alvarado**　　　　　                                   ◀ 9/1/2022, 2:48 PM

Loved "Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it "

B       **Brenda <+**　　　　　                                         ▶ 9/1/2022, 2:49 PM

Not even sure he would agree to it but I think I should try and if it leaked then it's a donation to my work and not me

B       **Brenda <**　　　　　**>**                                      ▶ 9/1/2022, 2:49 PM

They said it would be a bad idea to call him.

B       **Brenda <**　　　　　**>**                                      ▶ 9/1/2022, 2:49 PM

Could look like I tried to extort him and then followed it up with a lawyer





**Brenda** <+_____>                                    ▶ 9/1/2022, 2:55 PM
When they do the money I should make him pay me 10k directly

**Brenda** <+_____>                                    ▶ 9/1/2022, 2:55 PM
Or ask anyway

**Ahlan Alvarado** <_____>                             ◀ 9/1/2022, 2:56 PM
Yup





**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 32 | Date Range: 12/9/2022 |

**Outline of Conversations**



**CHAT - AA0000001 - 00007 - 2022/12/09** • 32 messages on 12/9/2022 • Ahlan Alvarado <(██████) ███> • Brenda <+██████████>

**Messages in chronological order** (times are shown in GMT -05:00)

CHAT - AA0000001 - 00007 - 2022/12/09





**Brenda <+**███████**>**    ▶ 12/9/2022, 3:50 PM

I'm filing a formal complaint with MSU.

**Ahlan Alvarado <**████████**>**    ◀ 12/9/2022, 3:51 PM

When does this happen?

**Brenda <+**███████**>**    ▶ 12/9/2022, 3:51 PM

Next step is interviewing with Rebecca and she'll file it. And he will be notified. Karen said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to

**Brenda <+**███████**>**    ▶ 12/9/2022, 3:51 PM

I guess very soon. But I'm thinking I should probably do it after DC.

AA

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 12/10/2022 - 12/11/2022 |

**Outline of Conversations**

💬   **CHAT - AA0000001 - 00007 - 2022/12/11** • 17 messages between 12/10/2022 - 12/11/2022 • Ahlan Alvarado <(███████████)> • Brenda <+1 ███████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **CHAT - AA0000001 - 00007 - 2022/12/11**



B

AA

AA

B

B

AA

B    **Brenda <+**████████**>**                                              ▶ 12/10/2022, 9:30 PM
NBC finally paid me. I was down to $5 lol

AA    **Ahlan Alvarado** ████████**>**                                    ◀ 12/10/2022, 9:35 PM
Emphasized "NBC finally paid me. I was down to $5 lol"

AA

AA

B

B

B

AA

B

B

AA

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 24 | Date Range: 12/19/2022 - 12/20/2022 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2022/12/20** • 24 messages between 12/19/2022 - 12/20/2022 • Ahlan Alvarado <████████> • Brenda <+████████>

**Messages in chronological order** (times are shown in GMT -05:00)

💬  **CHAT - AA0000001 - 00007 - 2022/12/20**

B    **Brenda <+1▮▮▮▮▮▮▮>**                    ▶ 12/19/2022, 7:58 PM

So apparently I was supposed to be paying down 2018 taxes and not staying caught up on the other years bc now the IRS wants their money. I have to come up with 25k over the next 6 weeks.

No one told me to pay on the earliest year first. I guess I should have known tho. What a fucking mess. It doesn't even matter now what I can pay a month or anything.



AA **Ahlan Alvarado <‎██████>**  ◄ 12/19/2022, 8:05 PM
He does

AA **Ahlan Alvarado <‎██████>**  ◄ 12/19/2022, 8:07 PM
And who knows maybe that plan is you paying in full

B **Brenda <+██████>**  ► 12/19/2022, 8:08 PM
From your mouth to Gods ears. I'm just trying to stay positive.

B **Brenda <+██████>**  ► 12/19/2022, 8:08 PM
Having the IRS after me in a way that is known publicly surely won't help my lawsuit.

AA

AA

B

AA

B

AA



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 37 | Date Range: 2/26/2023 - 2/27/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/02/27** • 37 messages between 2/26/2023 - 2/27/2023 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **CHAT - AA0000001 - 00007 - 2023/02/27**

AA

B

B

AA

AA

B

AA



B **Brenda <+▓▓▓▓▓▓1>**                                                   ▶ 2/27/2023, 12:43 PM
Attached URL: https://p68-content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00Attachment Title: Screenshot 2023-02-27 at 9.43.46 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.43.46 AM.jpeg (276 KB)*

B **Brenda <+▓▓▓▓▓▓▓>**                                                   ▶ 2/27/2023, 12:44 PM
Attached URL: https://p68-content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00Attachment Title: Screenshot 2023-02-27 at 9.44.33 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.44.33 AM.jpeg (418 KB)*

**B**  Brenda <+▮▮▮▮▮▮▮▮▮>                                    ▶ 2/27/2023, 12:45 PM

Staying the course.

They didn't meet with MSU today but her and Jennifer are talking again tomorrow morning

**AA**  Ahlan Alvarado <▮▮▮▮▮▮▮▮>                             ◀ 2/27/2023, 12:45 PM

Yup stay the course!

**B**  Brenda <+▮▮▮▮▮▮▮▮>                                     ▶ 2/27/2023, 12:45 PM

Loved "Yup stay the course! "





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 46 | Date Range: 12/27/2022 - 12/28/2022 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2022/12/28** • 46 messages between 12/27/2022 - 12/28/2022 • Ahlan Alvarado <█████████████> • Brenda <+█████████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - AA0000001 - 00007 - 2022/12/28**

B

AA



B    **Brenda** <▮▮▮▮▮▮▮▮>          ▶ 12/27/2022, 7:03 PM

Now imagine the victim is taking on a $95M coach

Attached URL: https://p69-content.icloud.com/M48E5E71F4805C37B21E54CA2E736B23E6FDDCF7C4F76149FA711AA0EF7E81E9B.C01USN00Attachment Title: Screenshot 2022-12-27 at 4.02.30 PM.jpeg



*Image: Screenshot 2022-12-27 at 4.02.30 PM.jpeg (236 KB)*

AA    **Ahlan Alvarado** <▮▮▮▮▮▮▮▮>       ◀ 12/27/2022, 7:04 PM
😭





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 54 | Date Range: 3/15/2023 - 3/16/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/03/16** • 54 messages between 3/15/2023 - 3/16/2023 • Ahlan Alvarado <███████████> • Brenda <███████████>

**Messages in chronological order** (times are shown in GMT -04:00)



**CHAT - AA0000001 - 00007 - 2023/03/16**

**Brenda <+1 [REDACTED]>**                                   ► 3/15/2023, 10:37 PM

I'm talking to Karen and Paula tomorrow.

Also have our marketing first on boarding call tomorrow 🙌





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 45 | Date Range: 5/15/2023 - 5/16/2023 |

**Outline of Conversations**

💬  **CHAT - AA0000001 - 00007 - 2023/05/16** • 45 messages between 5/15/2023 - 5/16/2023 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)

CHAT - AA0000001 - 00007 - 2023/05/16



B

AA

B

**Brenda** <​███████​>                                              ▶ 5/16/2023, 2:56 PM

I just talked to my new ESPN reporter

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 2:56 PM

Loved "Got it "

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 2:57 PM

Emphasized "I just talked to my new ESPN reporter "

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 2:58 PM

How did it go?

**Brenda** <+​███████​>                                             ▶ 5/16/2023, 2:59 PM

Good. I like him. He said they aren't going to do anything yet. But obviously if they get tipped off about other outlets or if MT does something they would need to cover it

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 2:59 PM

That makes sense

**Brenda** <​███████​21>                                            ▶ 5/16/2023, 3:00 PM

It does and I told him I understood the process and all that but that I'm also trying to get through the school process without public input

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 3:07 PM

Exactly. What did he say to that?

**Brenda** <+​███████​>                                             ▶ 5/16/2023, 3:08 PM

He said he understood and barring othering circumstances he would try to make sure that happened

**Brenda** <+​███████​>                                             ▶ 5/16/2023, 3:08 PM

His hands are tied on some stuff

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 3:08 PM

Well I'm glad you were able to communicate that

**Brenda** <+​███████​>                                             ▶ 5/16/2023, 3:08 PM

But he said he understood about me wanting control over the process and why that was important for me

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 3:08 PM

Loved "But he said he understood about me wanting control…"

**Ahlan Alvarado** <​███████​>                                      ◀ 5/16/2023, 3:08 PM

It's important

B **Brenda** <+ ███████  ► 5/16/2023, 3:08 PM
He's the guy that did Kyle's story

B **Brenda** <+ ███████  ► 5/16/2023, 3:09 PM
Loved "It's important "

AA **Ahlan Alvarado** ███████  ◄ 5/16/2023, 3:09 PM
Loved "He's the guy that did Kyle's story "

B **Brenda** <+ ███████  ► 5/16/2023, 3:10 PM
I think he'll do a good job. I think he'll be fair

AA **Ahlan Alvarado** ███████  ◄ 5/16/2023, 3:10 PM
Loved "I think he'll do a good job. I think he'll be fair…"

AA

B

AA

AA

B

B



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 69 | Date Range: 5/18/2023 - 5/19/2023 |

**Outline of Conversations**

💬 **CHAT - AA0000001 - 00007 - 2023/05/19** • 69 messages between 5/18/2023 - 5/19/2023 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

💬    **CHAT - AA0000001 - 00007 - 2023/05/19**





B

AA

B

B



B

**Brenda <+** ███████ **>**  ► 5/19/2023, 3:56 PM

Dan said ESPN is starting to send out FOIAs. General stuff so he doesn't think they will know

B

**Brenda <** ███████ **>**  ► 5/19/2023, 3:56 PM

But who knows 🤷🏻‍♀️

AA

AA

B

B

B

B

AA

B



# Exhibit C

# Affidavit of Brenda Tracy

# STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION, A NON-PROFIT ORGANIZATION,

JANE DOE 1; and JANE DOE 2,

      Plaintiffs,

                              Case No.

                              The Honorable Judge

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

      Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## AFFIDAVIT OF BRENDA TRACY

I, Brenda Tracy, swear and affirm the following:

1. I am the founder and president of the organization *Set the Expectation,* (STE), a 501 (c) (3) corporation.

2. As the founder and president of STE, I educate colleges and universities across the country regarding sexual assault prevention and trauma-informed response to assault victims.

3. Ahlan Alvarado (now deceased) was my closest friend of more than 20 years. Ahlan was also my right-hand person in administering STE. In our respective roles in STE, we often discussed confidential matters involving outside parties. Those parties are completely independent of anything to do with the matter involving Michigan State University and the termination of the football coach.

Scanned with CamScanner

4. Our confidential discussions involve highly sensitive information regarding other survivors and their families. These discussions were never intended to be shared with anyone outside of STE.

5. As the founder of STE, survivors look to me as a support and confidant. Survivors depend on me to provide them with safe support and guidance in their recovery. I am oftentimes the sole person that the survivor confides in. These survivors have not disclosed what has happened to their families and friends.

6. Without my knowledge or consent, text messages between Ahlan and me were obtained from an outside party, and subsequently disclosed to the university and the media. These messages were obtained from Ahlan's personal cell phone after her untimely death in a motor-vehicle accident.

7. That outside party has implied that there are additional text messages that they are prepared to release.

8. Releasing personal text messages involving private sensitive matters puts outside parties at risk.

9. In addition to sensitive survivor information, Ahlan's phone contained my business records, calendar, college and university information, and other business-related information.

10. I am gravely concerned about the mental health and personal safety of the individuals that have confided in me with the expectation of privacy and confidentiality.

11. Ahlan's phone contains sensitive information, including but not limited to text messages, email, photographs, and other identifying information.

_Brenda Tracy_
Brenda Tracy


STATE OF OREGON            )

COUNTY OF Multnomah )

Acknowledged before me in _Multnomah_ County, Oregon, on _10/5_ 2023 by Brenda Tracy.

OFFICIAL STAMP
DAT QUANG DINH
NOTARY PUBLIC - OREGON
COMMISSION NO. 1029598
MY COMMISSION EXPIRES OCTOBER 05, 2026

Multnomah ___ County, Oregon

My Comm. Expires: 10 / 05 / 2026

Scanned with CamScanner

# STATE OF MICHIGAN

## IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

      Plaintiffs,

Case No. 23-0671-CZ

The Honorable WANDA M. STOKES

v.

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

      Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

## EMERGENCY TEMPORARY RESTRAINING ORDER

1

At a session of Court held on the date set forth below.

Present: Hon. ~~JUDGE JAMES~~ S. JAMO

Circuit Court Judge

Plaintiffs, having filed a motion for an Emergency Temporary Restraining Order under MCR 3.310 and the Court having reviewed the supporting affidavit, and it appearing to the Court that unless a temporary restraining order issues, Plaintiffs will suffer immediate and irreparable harm based upon the publication of protected, personal, private, and sensitive business information related to sexual assault survivors and employees (both living and deceased), which was gathered in violation of Michigan law.

IT IS ORDERED that pending a hearing on Plaintiff's motion for a Temporary Restraining Order and until further order of this Court, Defendants, their agents, servants, employees, and attorneys, and those persons in active concert, possession or participation with them who receive actual notice of this order be and are restrained and enjoined from releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, ~~and/or any other source~~, relating in any way to Jane Does 1 & 2, Brenda Tracy, LLC, Set the Expectation LLC, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

IT IS FURTHER ORDERED that Plaintiff's motion for a preliminary injunction shall be heard by this Court on _10/17/2023_, at _10:00 Am._, before Honorable _Wanda Stokes._

2

IT IS FURTHER ORDERED that Plaintiff need not post security inasmuch as Defendants will not be damaged by preventing the public release of these records.

This temporary restraining order is issued without notice for the reason that advance notice would itself be likely to precipitate adverse action (including unauthorized release of Plaintiffs' records), by Defendants before an order can be issued for injunctive relief maintaining the status quo if notice is required.

This temporary restraining order is issued on October 6, 2023, at __3:35__ p.m.

Circuit Court Judge

Order Prepared By:

Eric D. Delaporte (P69673)
Attorney for Plaintiff

3