UNITED STATES DISTRICT COURT
FOR THE WESTERN OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA TRACY, LLC; SET THE EXPECTATION, A NON-PROFIT ORGANIZATION; JANE DOE 1; JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,<br><br>Plaintiffs,<br><br>v.<br><br>AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL; FOLEY & LARDNER LLP; JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,<br><br>Defendants. | Case No.: 23-cv-01102<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

### DEFENDANTS' CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE IN MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER

Pursuant to L. Civ.R 7.1(d), on October 17, 2023, counsel for Defendants emailed Plaintiffs' attorney seeking concurrence in Defendants' Motion to Dissolve the Temporary Restraining Order. Concurrence was denied.

Respectfully submitted: October 17, 2023

4884-1078-9256.1

/s/John F. Birmingham, Jr.
John F. Birmingham, Jr. (P47150)
Jennifer L. Belveal (P54740)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
jbirmingham@foley.com
jbelveal@foley.com

*Attorneys for Defendants*

4884-1078-9256.1