**Exhibit 2 - Emergency Temporary Restraining Order**

STATE OF MICHIGAN

IN THE 30th JUDICIAL CIRCUIT

BRENDA TRACY, LLC, SET THE EXPECTATION,
A NON-PROFIT ORGANIZATION; JANE DOE 1;
JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

    Plaintiffs,

v.

Case No. 23-0671-CE

The Honorable WANDA M. STOKES

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;
JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS
WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS,

    Defendants.

---

Eric D. Delaporte (P69673)
Gina Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiff
210 State St., Suite B
Mason, MI 48854

---

**EMERGENCY TEMPORARY RESTRAINING ORDER**

1

At a session of Court held on the date set forth below.

Present: Hon. __JUDGE JAMES S. JAMO__

Circuit Court Judge

Plaintiffs, having filed a motion for an Emergency Temporary Restraining Order under MCR 3.310 and the Court having reviewed the supporting affidavit, and it appearing to the Court that unless a temporary restraining order issues, Plaintiffs will suffer immediate and irreparable harm based upon the publication of protected, personal, private, and sensitive business information related to sexual assault survivors and employees (both living and deceased), which was gathered in violation of Michigan law.

IT IS ORDERED that pending a hearing on Plaintiff's motion for a Temporary Restraining Order and until further order of this Court, Defendants, their agents, servants, employees, and attorneys, and those persons in active concert, possession or participation with them who receive actual notice of this order be and are restrained and enjoined from releasing, possessing, using, distributing, retaining any messages, calls, text, emails, and any other data and/or information from Ahlan Alvarado's cellphone, ~~and/or any other source~~, relating in any way to Jane Does 1 & 2, Brenda Tracy, LLC, Set the Expectation LLC, its board, members, directors, officers, agents, associates, organizers, employees, clients, and/or sexual assault victims with whom they are associated.

IT IS FURTHER ORDERED that Plaintiff's motion for a preliminary injunction shall be heard by this Court on __10/17/2023__, at __10:00 AM.__, before Honorable __Wanda Stokes__.

2

IT IS FURTHER ORDERED that Plaintiff need not post security inasmuch as Defendants will not be damaged by preventing the public release of these records.

This temporary restraining order is issued without notice for the reason that advance notice would itself be likely to precipitate adverse action (including unauthorized release of Plaintiffs' records), by Defendants before an order can be issued for injunctive relief maintaining the status quo if notice is required.

This temporary restraining order is issued on October 6, 2023, at __3:35__ p.m.

_____
Circuit Court Judge

Order Prepared By:

Eric D. Delaporte (P69673)
Attorney for Plaintiff