UNITED STATES DISTRICT COURT

IN THE WESTERN DISTRICT OF MICHIGAN

BRENDA TRACY, LLC, SET THE EXPECTATION,

A NON-PROFIT ORGANIZATION; JANE DOE 1;

JANE DOE 2; JANE DOES YET TO BE IDENTIFIED,

    Plaintiffs,

v.

    Case No. 23-cv-1102
    Hon. Robert J. Jonker
    Removed from the 30th Judicial Circuit
    Court, Ingham County
    (Case No. 23-0671-CZ)

AGUSTIN ALVARADO; MEL TUCKER; JENNIFER Z. BELVEAL;

JOHN DOE(S) AND JANE DOE(S) IN POSSESSION OF RECORDS

WHOSE NAMES ARE KNOWN ONLY TO DEFENDANTS; FOLEY &

LARDNER, LLP,

    Defendants.

**\*\*\* EXPEDITED CONSIDERATION REQUESTED\*\*\***

| | |
|---|---|
| Eric D. Delaporte (P69673) | Jennifer Z. Belveal (P54740) |
| Gina Goldfaden (P86863) | John F. Birmingham, Jr. (P47150) |
| DELAPORTE LYNCH, PLLC | FOLEY & LARDNER, LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 210 State St., Suite B | 500 Woodward Ave., Ste. 2700 |
| Mason, MI 48854 | Detroit, MI 48226-3489 |
| (517) 999-2626 | (313) 234-7176 |

**<u>ORDER FOR REMAND TO STATE COURT</u>**

1

At a session of Court held on the date set forth below.

Present: Hon. Robert J. Jonker

Federal District Court Judge

This matter comes before the Court upon Plaintiffs' Motion for Remand to State Court, and the Court having been fully advised in the premises and finding that the matter no longer involves a federal question,

NOW THEREFORE, Plaintiffs' Motion for Remand to State Court is **GRANTED.**


Dated: _____

Hon. Robert J. Jonker


Order Prepared By:

Eric D. Delaporte (P69673)
Attorney for Plaintiff