UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA TRACEY, LLC, et al,

    Plaintiffs,

CASE NO. 1:23-cv-1102

v.

HON. ROBERT J. JONKER

AGUSTIN ALVARADO, et al.,

    Defendants.
_____/

## ORDER TO RESPOND

Plaintiffs have filed a motion for leave to file a second amended complaint. ECF No. 5. Plaintiffs have also filed a motion to remand. ECF No. 7. Defendants shall file responses to the motions not later than **4:00 PM on October 18, 2023.**


Dated: October 17, 2023        /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE