# EXHIBIT B



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226-3489
313.234.7100 TEL
313.234.2800 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
313.234.7176
jbelveal@foley.com

October 5, 2023

<u>**Via Email**</u>

Re:     New Evidence Regarding Mel Tucker Matter

Dear Board of Trustees and Interim President Woodruff:

I write this letter on behalf of our client, Mel Tucker, as it appears that you have not been provided complete and accurate information regarding the "investigation" and surrounding circumstances that gave rise to Mr. Tucker's recent employment termination.  Under Office of Institutional Equity ("OIE") rules, we are prohibited from participating in the hearing scheduled for October 5 and 6, 2023, because Mr. Tucker is not available due to a serious medical condition.[1] However, we want to be certain that each of you are privy to some of the newly discovered evidence, primarily in the form of messages authored by Ms. Tracy herself but also including new witness statements, that she hoped (and obviously anticipated) you would never see.

We detail some of this new evidence below, although it is too voluminous to capture in a single letter.  (We have received approximately 20,000 new communications or documents involving Ms. Tracy.)  This evidence completely contradicts Ms. Tracy's claims and suggest that she manipulated a key witness, the University, Mr. Tucker, and the public.  You should know that Ms. Tracy allegedly deleted key evidence and provided only self-serving excerpts to OIE to sustain a claim of "harassment" that MSU never should have been investigating in the first place.  Ms. Tracy pulled the wool over the University's eyes, and maligned Mr. Tucker's reputation for personal gain.

At bottom, this new evidence undermines MSU's decision to terminate Mr. Tucker, and further confirms that the underlying "investigation" failed to meet minimal due diligence standards—at Mr. Tucker's expense.

1.     **Ms. Tracy's *Own Statements* Confirm that She Had (Simultaneous) Consensual Personal Relationships with Mr. Tucker and at Least One Other Married Coach, Contrary to What She Told the Investigator.**

We now know that there are literally *hundreds* of messages from Ms. Tracy *herself*, as well as statements from other witnesses, reflecting Ms. Tracy's completely consensual (and

---

[1] Given OIE's inability to secure the confidentiality of its proceedings, and the University General Counsel's indifference to Mr. Tucker's Family Medical Leave Act request, we have not provided medical evidence for public consumption, but documentation exists to substantiate the serious medical condition.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 2

simultaneous) personal relationships with Mr. Tucker and at least one other married coach who had previously engaged Ms. Tracy to provide training to his team. Ms. Tracy misrepresented these relationships.

Ms. Tracy told the investigator that she told Mr. Tucker she was "single on purpose" and that she does "not date people in [her] field." Even one of Ms. Tracy's lawyers (Ms. Swanson) vouched for her on the record, claiming that "in all her years of knowing [Ms. Tracy], she never known [her] to date or otherwise become romantically involved with anyone with whom [she] had a professional relationship." Ms. Tracy repeatedly made these bold claims to falsely suggest that her relationship with Tucker was necessarily one-sided.

Yet Ms. Tracy's own words paint a different picture. She admitted in contemporaneous messages to Ahlan Alvarado, her now deceased close friend of 21 years (and a key witness in this case given Ms. Alvarado's additional role as her assistant), that she had a consensual relationship with coach Damon Stoudamire—saying she was "dating" him and had a "good thing with Damon."[2] To be sure, Ms. Tracy had previously worked with Mr. Stoudamire—and even remarked to Ms. Alvarado that "Damon had 2 reasons for bringing me to speak to his college team."[3] Ms. Tracy's relationship with Mr. Stoudamire overlapped with Ms. Tracy's intimately personal relationship with Mr. Tucker. The below messages are illustrative:

> **Ms. Tracy**: I haven't even heard from Damon since Monday. . . .

> **Ms. Alvarado**: He'll pop up.

> **Ms. Tracy**: For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th. . . .

> **Ms. Tracy**: Coach Tucker told me he loved me last night. It wasn't weird tho. He made sure I knew it was about being a friend.

> **Ms. Alvarado**: In other news lol. Coach Tucker isn't going anywhere either.

> **Ms. Tracy**: Def not lol. He went to some retreat for his birthday. Came back all zen. He's one of those – in another life. . . . I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant

---

[2] *See* September 10, 2021 text exchange, attached. Portions of the text messages that are not cited in this letter have been redacted.

[3] *See* April 17, 2022 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 3

> human and too special for this world. Damon is so cute in his tight
> shirt and pants lol. I like seeing him on tv. 😄[4]

This exchange reflects that in one breath Ms. Tracy enjoyed Mr. Tucker's attention, and literally in the next breath that she objectifies Damon as "cute" in tight clothing.  Not only does this contradict Ms. Tracy's allegations that Mr. Tucker's attention caused her distress, it also decimates Ms. Tracy's claim that she would not consensually engage in a personal relationship with a coach.

Similarly disingenuous was Ms. Tracy's representation to the investigator that she would not accept gifts from Mr. Tucker after knowing that he was romantically interested in her.  Her messages to Ms. Alvarado show that *after* she concluded Mr. Tucker had such interest, she told Ms. Alvarado that:

> Michigan state might be going to the Rose Bowl or one of the other
> major ones. We should check this calendar and keep dates open. I
> know coach Tucker would give us tickets[.][5]

> *-and-*

> Tucker signed his contract. I cant [sic] even wrap my brain around
> 95 million.  Sheesh . . . Can you imagine around 700k going into
> your bank account every month.  Every month . . . We're gonna
> make it happen . . . **I'm gonna ask him to finance the doc part of
> it** [marketing materials that Ms. Tracy wanted for her non-profit
> organization]. . . . **He'll do it**.[6]

Likewise, despite what she told the investigator about not having a personal relationship with a coach, Ms. Tracy seemed to enjoy Mr. Stoudamire's position.  Indeed, during a visit to Mr. Stoudamire in Boston, Ms. Tracy sent a video of his living room and the view, telling Ms. Alvarado: "[h]e chose the flight that gets me there the earliest for us to spend more time together," that "[h]is place is so nice 😊," and that she "could get used to this lifestyle."[7]  Separately, having previously dated a DJ, Ms. Tracy commented to Ms. Alvarado: "[w]atching the DJ at halftime. Thank God I graduated to a coach on the bench LOL."[8]

---

[4] *See, e.g.*, January 15, 2022 text exchange, attached.
[5] *See* November 9, 2021 text exchange, attached.
[6] *See* November 26, 2021 text exchange, attached (emphasis added).
[7] *See* October 29, 2021 text exchange and October 31, 2021 text exchange, attached.
[8] *See* October 27, 2021 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 4

2.      **A New Witness – the Only Witness *Under Oath* – Has Said That Ms. Tracy and Mr. Tucker's Phone Sex Call Was Consensual.**

Additional new evidence eliminates the "she said, he said" posture of this case.  Instead, a new witness familiar with Ms. Tracy's representations regarding their relationship has come forward under oath in a sworn affidavit and flat out said that Ms. Tracy and Mr. Tucker "were in some sort of relationship when the conversation took place . . . the phone sex was consensual."[9]  No other witness, including Ms. Tracy herself, has made any statement under oath.

Further, as also revealed by this new witness, Ms. Tracy went to extraordinary lengths to try to stop Ms. Tracy's written communications (a fraction of which are referenced in this letter) with Ms. Alvarado from ever seeing the light of day.  As detailed in the new witness's sworn statement, while Ms. Tracy's supposed friend lay dying in a hospital, and even after her death, Ms. Tracy sought to sleep over at Ms. Alvarado's house (in her room) and repeatedly asked Ms. Alvarado's family for access to Ms. Alvarado's phone and computers:

> It really struck me odd that she would want Ahlan's things and would be asking Ahlan's family for them as Ahlan lay dying in her hospital bed.
>
> ***
>
> Another [odd] comment Brenda made in the hospital, after the doctor told us that Ahlan was not going to make it, Brenda stated that "I need to call my therapist because I don't feel supported right now".

This apparent attempted cover-up alone should tell you about the type of person who made these baseless allegations against Mr. Tucker.  Ms. Tracy's shocking efforts to obtain access to Ms. Alvarado's electronic devices containing evidence against her reveals how desperately she wanted and needed to ensure their contents were never disclosed.

Indeed, Ms. Tracy omitted some of this evidence when providing self-serving selective excerpts of her text messages with Ms. Alvarado to the investigator.  As one example, Ms. Tracy provided the below text exchange to the investigator to insinuate that Mr. Tucker brought her to the Spring Game with ulterior motives:

> **Ms. Tracy**:      I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the

---

[9] The under oath affidavit will be made available for review by the Trustees should they desire to discuss this matter.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 5

expectation. I wonder if it's bc of the behind the scenes stuff that he's now being weird[.] Like he's nervous to talk about me now? "She's in town" what??

**Ms. Alvarado**: who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

**Ms. Tracy**: Idk but he didn't do a good job. I expected more from him

**Ms. Alvarado**: Agree

**Ms. Tracy**: Don't have me there if you aren't going to talk about it. We're not checking boxes

**Ms. Alvarado**: They took care of us but the important part was to raise awareness

**Ms. Tracy**: Exactly. It's not about you and me

**Ms. Alvarado**: It's always about them somehow

**Ms. Tracy**: I gotta step all the way away. I can't have this messing with the message or mission[.] That's not something I can do

However, Ms. Tracy conveniently omitted her further texts to Ms. Alvarado—just two hours later—affirming that, actually, once MSU posted about her on social media everything was good and she was feeling positive about Mr. Tucker.  She specifically excluded reference to her statements that:

> **MSU posted and Coach isn't being weird at all. Feels like all is good[.] And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company[.] Blessings on blessings when you stay the course and do what's right. . . . No regrets. My heart is good and so is my conscience[.][10]**

Ms. Tracy hid the true nature of her sentiment toward Mr. Tucker following the Spring Game to try to convince OIE that she had a legitimate harassment claim.  At the same time, OIE failed to attempt to get fulsome text exchanges from Ms. Alvarado or Ms. Tracy on these key

---

[10] *See* April 17, 2022 text exchange (emphasis added), attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 6

points.  Instead, the University then relied on Ms. Tracy's depiction of the relationship to wrongly malign, and ultimately fire, Mr. Tucker.

**3.      Ms. Tracy Manipulated MSU For Her Own Financial Gain**

Ms. Tracy and her lawyer repeatedly proclaimed in the national media that the University violated her privacy rights by leaking information of the investigation to the media, which prompted MSU to conduct an investigation into the source of that purportedly unknown leak.[11] Behind the scenes, however, Ms. Tracy's own communications show that **_she_** shared information with multiple members of the media in an attempt to shape the narrative **several months in advance** of the investigation's completion.  Specifically—in addition to telling various individuals affiliated with her organization about the investigation—Ms. Tracy discussed the investigation with two different ESPN reporters in March and May 2023, respectively,[12] before reaching an exclusive deal with USA Today in June 2023. One of those ESPN reporters told Ms. Tracy as early as May 2023 that ESPN was sending "FOIAs"[13]—although the University failed to inform Mr. Tucker of that fact until August.  Regardless, it is beyond reason that a leak of her name would justify Ms. Tracy's leaking a 1200 page confidential report to USA Today in violation of school policy.

We also now know from Ms. Tracy's own messages that she used MSU's "investigation" process because she was motivated by money, despite that she has claimed that she "has not mentioned money a single time in connection with [this matter]."  Among other things, Ms. Tracy's messages reveal that:

- She was initially hoping for a quick settlement with Mr. Tucker, telling Ms. Alvarado: "I'm filing a formal complaint with MSU… [My lawyer] said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to."[14]

- She told Ms. Alvarado that her attorney was reaching out to MSU regarding a settlement and that "Money is my only recourse to make him feel like there is a

---

[11] Although Mr. Tucker had long since demanded such an investigation, MSU did not even provide the common courtesy of acknowledging such requests.  Interestingly, in a **draft** press release referenced by The State News on September 27, 2023 (nearly two weeks after the draft was supposedly shared with MSU General Counsel Brian Quinn), Ms. Tracy's lawyer claimed that "[s]omeone associated **with the MSU Board of Trustees** disclosed [Ms. Tracy's] identity to an outside party," and "[t]hat outside party shared her identity with local media."  (Emphasis added.)  The statement that Ms. Tracy's lawyer *actually* released after review by an MSU official, however, was far less specific.

[12] *See* March 15, 2023 and May 16, 2023 text exchanges, attached.

[13] *See* March 19, 2023 text exchange, attached.

[14] *See* December 9, 2022 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 7

punishment[.] . . . When they do the money I should make him pay me 10k directly[.]"[15]

- As noted above, Ms. Tracy had long been focused on counting Mr. Tucker's money and was plotting to get some of it herself: "Tucker signed his contract. I cant [sic] even wrap my brain around 95 million. Sheesh . . . Can you imagine around 700k going into your bank account every month. Every month . . . We're gonna make it happen . . . I'm gonna ask him to finance the doc part of [marketing materials that Ms. Tracy wanted]. . . He'll do it."[16]

- About one week before she filed her complaint against Mr. Tucker, she admitted "she was down to $5."[17]

- Then, after having filed her complaint against Mr. Tucker, Ms. Tracy told Ms. Alvarado to "imagine the victim is taking on a $95M coach."[18] (Ms. Tracy often refers to herself in the third person as "the victim," as well as "good victim," in this matter.[19])

- In connection with realizing that she "was supposed to be paying down 2018 taxes and not staying caught up on the other years," Ms. Tracy remarked that "[h]aving the IRS after me in a way that is known publicly surely won't help my lawsuit."[20]

At the same time, Ms. Tracy's texts reveal that she appears to have made a career out of misleading and manipulating people. She admitted – in writing – that she engages in "professional crying . . . when I share my story."[21] In addition, even though she was in what she called "dire straits" financially, Ms. Tracy remarked that "[m]y priority is face lift and filming myself so we can make this [money]."[22] In other words, she appears to be focused on appearances over reality.

## 4. OIE's Investigation Failed

Our complaints about OIE's misguided, incomplete, and biased investigation, including the lack of jurisdiction to investigate this matter in the first place, are well documented. We are now faced with the uncomfortable reality that had the investigation been thorough, the information contained herein, and much more, would have resulted in the dismissal of this case. As detailed

---

[15] *See* September 1, 2021 text exchange, attached
[16] *See* November 26, 2021 text exchange, attached.
[17] *See* December 10, 2022 text exchange, attached.
[18] *See* December 27, 2022 text exchange, attached.
[19] *See* February 27, 2023 text exchange, attached.
[20] *See* December 19, 2022 text exchange, attached.
[21] *See* December 27, 2022 text exchange, attached.
[22] *See* December 14, 2021 text exchange, attached.



**FOLEY & LARDNER LLP**

October 5, 2023
Page 8

above, the investigation failed miserably to verify the statements made by Ms. Tracy and failed to attempt to obtain a complete picture of Ms. Tracy's relationship with Mr. Tucker.  Had the investigator simply asked for all messages between Ms. Tracy and her friend of 21 years, who also served as her assistant, **and who was the *key* witness offered by Ms. Tracy**, Ms. Tracy's misrepresentations and manipulation would have come to light months ago.  And crucially, OIE would have (or at least should have) halted this investigation once and for all.

This certainly is not a proud moment in Spartan history, and it continues to cast a post-Nassar shadow on an institution that I, as an alumna, hold to a higher standard.  Please contact me directly if you would like to further discuss the information that the OIE investigation failed to uncover.

Sincerely,

Jennifer Z. Belveal

cc:    Brian Quinn (via email)
       Melvin G. Tucker

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 9/10/2021 |

**Outline of Conversations**

 **IM - AA0000001 - 2021/09/10 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** · 8 messages on 9/10/2021 · Ahlan Alvarado <███████████> · Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -04:00)



**IM - AA0000001 - 2021/09/10 -**
**d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167**

B   **Brenda** < ▮▮▮▮▮▮▮▮ >                                    ▶ 9/10/2021, 5:49 PM

Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon.

AA   **Ahlan Alvarado** < ▮▮▮▮▮▮▮ >                              ◀ 9/10/2021, 6:00 PM

Laughed at "Why is every man in my DMs asking me out now? It's like they can sense that I'm dating someone already.

I will NOT get distracted. I have a good thing with Damon. "

AA   **Ahlan Alvarado** < ▮▮▮▮▮▮▮ >                              ◀ 9/10/2021, 6:00 PM

That's what happens when you get on social media being cute and not just about business 😂

B   **Brenda** <+ ▮▮▮▮▮▮ >                                      ▶ 9/10/2021, 6:01 PM

I know. I think I'm gonna go back to business

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 10/27/2021 - 10/28/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/10/28** • 17 messages between 10/27/2021 - 10/28/2021 • Ahlan Alvarado <███████> • Brenda <+███████>

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **CHAT - AA0000001 - 00007 - 2021/10/28**

B **Brenda <+1▮▮▮▮▮▮>** ▶ 10/27/2021, 8:37 PM

Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂

Attached URL: https://p28-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4954.jpeg

AA **Ahlan Alvarado <▮▮▮▮▮▮>** ◀ 10/27/2021, 8:43 PM

Laughed at "Watching the DJ at halftime. Thank God I graduated to a coach on the bench LOL 😂 "





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/29/2021 - 10/30/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/10/30** • 4 messages between 10/29/2021 - 10/30/2021 • Ahlan Alvarado <​███████​> • Brenda <+​███████​>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - AA0000001 - 00007 - 2021/10/30**

B  **Brenda** <███████████>                                    ▶ 10/29/2021, 8:24 PM

I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰

AA  **Ahlan Alvarado** <███████████>                          ◀ 10/29/2021, 8:24 PM

Loved "I leave tomorrow at 1pm!! Get home Tuesday afternoon. He chose the flight that gets me there the earliest for us to spend more time together 🥰"

AA  **Ahlan Alvarado** <███████████>                          ◀ 10/30/2021, 3:30 PM

Safe travels friend!! Have fun 💜

B  **Brenda** <███████████>                                    ▶ 10/30/2021, 3:31 PM

Thank you! My flight leaves in an hour 🙌🏽

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 83 | Date Range: 10/31/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/10/31** • 83 messages on 10/31/2021 • Ahlan Alvarado <█████████> • Brenda <+██████████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    **CHAT - AA0000001 - 00007 - 2021/10/31**

B    **Brenda** <+ ▮▮▮▮▮ >     ▶ 10/31/2021, 10:16 AM
His place is so nice 😍

Attached URL: https://p56-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4973.mov

*Attachment: IMG_4973.mov (6 MB)*

B    **Brenda** <+ ▮▮▮▮▮ >     ▶ 10/31/2021, 10:16 AM
He's at work but things are going good ❤️

AA    **Ahlan Alvarado** ▮▮▮▮▮ >     ◀ 10/31/2021, 10:17 AM
Loved a movie

B    **Brenda** <+ ▮▮▮▮▮ >     ▶ 10/31/2021, 10:17 AM
I worked out already today. Girl, I could get used to this lifestyle.

Attached URL: https://p58-
content.icloud.com/M4E3276FA03B8EBEDDA655466226CC54FCEC58A028470F7E0386A27CF761D0A8B.C01USN00A
ttachment Title: IMG_4968.jpeg



*Image: IMG_4968.jpeg (4 MB)*

AA    **Ahlan Alvarado** < ▮▮▮▮▮ >     ◀ 10/31/2021, 10:17 AM
Loved "He's at work but things are going good ❤️"

AA    **Ahlan Alvarado** < ▮▮▮▮▮ >     ◀ 10/31/2021, 10:18 AM
Loved "I worked out already today. Girl, I could get used to this lifestyle."

AA

B

B







AA

B

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 103 | Date Range: 11/8/2021 - 11/9/2021 |

**Outline of Conversations**

 **IM - AA0000001 - 2021/11/09 - d96f134c87f2a06c8553418ed2bfe28070e45f0522b1994aa3ec7c868b8cd167** · 103 messages between 11/8/2021 - 11/9/2021 · Ahlan Alvarado <​█████████> · Brenda <+​█████████>

**Messages in chronological order** (times are shown in GMT -05:00)



**Brenda <+1          >**                                          ▶ 11/9/2021, 10:52 AM

Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets

**Ahlan Alvarado <          >**                                   ◀ 11/9/2021, 11:01 AM

Emphasized "Michigan state might be going to the Rose Bowl or one of the other major ones. We should check this calendar and keep dates open. I know coach Tucker would give us tickets "









**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 96 | Date Range: 11/25/2021 - 11/26/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/11/26** • 96 messages between 11/25/2021 - 11/26/2021 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -05:00)

CHAT - AA0000001 - 00007 - 2021/11/26









**Brenda** <+████████>                                    ▶ 11/26/2021, 5:25 PM

Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh

**Ahlan Alvarado** <████████████>                         ◀ 11/26/2021, 5:26 PM

Emphasized "Believe me. I get it. Lol.

Tucker signed his contract. I can't even wrap my brain around 95 million. Sheesh "

**Ahlan Alvarado** <(████████0>                           ◀ 11/26/2021, 5:26 PM

I can't either 😭

**Brenda** <+████████>                                    ▶ 11/26/2021, 5:26 PM

Can you imagine around 700k going into your account every month

**Brenda** <+████████1>                                   ▶ 11/26/2021, 5:26 PM

Every month

**Brenda** <+1████████>                                   ▶ 11/26/2021, 5:26 PM

Crazy

**Ahlan Alvarado** <(████████>                            ◀ 11/26/2021, 5:26 PM

Nope, I need to 7K first 🤣😂😂

**Ahlan Alvarado** <████████>                             ◀ 11/26/2021, 5:27 PM

Soon!!!

**Brenda** <+████████>                                    ▶ 11/26/2021, 5:27 PM

Lol

**Ahlan Alvarado** <████████0>                            ◀ 11/26/2021, 5:27 PM

👏🏾👏🏾👏🏾

**Brenda** <+1████████>                                   ▶ 11/26/2021, 5:27 PM

We're gonna make it happen.

B  **Brenda** <+████████>                                      ► 11/26/2021, 5:27 PM
   I'm gonna ask him to finance the doc part of it

AA  **Ahlan Alvarado** <(████████>                              ◄ 11/26/2021, 5:27 PM
   Loved "I'm gonna ask him to finance the doc part of it "

B  **Brenda** <+████████>                                      ► 11/26/2021, 5:27 PM
   He'll do it

AA  **Ahlan Alvarado** <████████>                              ◄ 11/26/2021, 5:27 PM
   He for sure will.

B  **Brenda** <+████████>                                      ► 11/26/2021, 5:28 PM
   And sounds like I'll get booked this spring too so that's more money

AA  **Ahlan Alvarado** <████████>                              ◄ 11/26/2021, 5:28 PM
   Yes Cody reached back and said they are looking at dates for spring 🙂

B  **Brenda** <+1 ████████>                                    ► 11/26/2021, 5:28 PM
   Perfect

B

AA

AA

B

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 19 | Date Range: 12/14/2021 - 12/15/2021 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2021/12/15** • 19 messages between 12/14/2021 - 12/15/2021 • Ahlan Alvarado < ████████ > • Brenda <+ ████████ >

**Messages in chronological order** (times are shown in GMT -05:00)

💬   **CHAT - AA0000001 - 00007 - 2021/12/15**



AA

B

AA

B

AA

B

AA

AA

B

B   **Brenda <+███████>**                                   ▶ 12/14/2021, 10:30 PM
Tucker is going to make some calls about the production companies tomorrow

B   **Brenda <+███████>**                                   ▶ 12/14/2021, 10:30 PM
I want to see if we can film after my face lift.

B   **Brenda <+███████>**                                   ▶ 12/14/2021, 10:33 PM
I might have to move my body surgery which is fine. My priority is face lift and filming my story so we can make this shmoney

B

AA

AA

AA



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 214 | Date Range: 1/15/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/01/16** • 214 messages on 1/15/2022 • Ahlan Alvarado <███████ ██> • Brenda <████████████>

**Messages in chronological order** (times are shown in GMT -05:00)







**Brenda** <+▮▮▮▮▮▮▮>                                    ► 1/15/2022, 9:19 PM
I haven't even heard from Damon since Monday

**Ahlan Alvarado** <▮▮▮▮▮▮▮>                              ◄ 1/15/2022, 9:19 PM
He'll pop up

**Brenda** <+▮▮▮▮▮▮▮>                                    ► 1/15/2022, 9:20 PM
For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th

**Ahlan Alvarado** <▮▮▮▮▮▮▮>                              ◄ 1/15/2022, 9:20 PM
Laughed at "For sure. He's not going nowhere. Lol. He was supposed to find time to see me before the 20th "









**Brenda** <+████████>                                                      ▶ 1/15/2022, 9:43 PM

Coach Tucker told me he loved me last night.

It wasn't weird tho. He made sure I knew it was about being a friend.

**Ahlan Alvarado** <████████>                                               ◀ 1/15/2022, 9:44 PM

In other news lol

**Ahlan Alvarado** <████████>                                               ◀ 1/15/2022, 9:44 PM

Coach Tucker isn't going anywhere either

**Brenda** <+████████>                                                      ▶ 1/15/2022, 9:44 PM

Def not lol

**Brenda** <+████████>                                                      ▶ 1/15/2022, 9:44 PM

He went to some retreat for his birthday. Came back all zen

**Brenda** <+████████>                                                      ▶ 1/15/2022, 9:45 PM

He's one of those - in another life

**Ahlan Alvarado** <████████>                                               ◀ 1/15/2022, 9:45 PM

Can't wait til we get to go on retreats

**Brenda** <+████████>                                                      ▶ 1/15/2022, 9:45 PM

I know!!!

**Brenda** <████████>                                                       ▶ 1/15/2022, 9:46 PM

I guess they talked about trauma and he said he thought about me and how amazing it is that i can speak about mine. He said I'm a brilliant human and too special for this world

**Brenda** <+████████>                                                      ▶ 1/15/2022, 9:48 PM

Damon is so cute in his tight shirt and pants lol. I like seeing him on tv. 😂

B   **Brenda** ▦
I'm glad you can keep up with multiple conversations                    ▶ 1/15/2022, 9:49 PM

AA   **Ahlan Alvarado** < ▦ >
Multitasker 🙌                                                          ◀ 1/15/2022, 9:49 PM

B   **Brenda** <▦ >
Women 👏👏👏                                                            ▶ 1/15/2022, 9:49 PM

B   **Brenda** <▦ >
Loved "Multitasker 🙌"                                                 ▶ 1/15/2022, 9:49 PM

AA   **Ahlan Alvarado** <▦ >
Loved "Women 👏👏👏"                                                   ◀ 1/15/2022, 9:49 PM



AA

B

AA

B

B

AA

B

AA

B

B

AA

AA

B

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 131 | Date Range: 4/16/2022 - 4/17/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/04/17** • 131 messages between 4/16/2022 - 4/17/2022 • Ahlan Alvarado <█████████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -04:00)

CHAT - AA0000001 - 00007 - 2022/04/17









AA

B

AA

AA

B

AA

B

AA

AA

B

AA

B

**Brenda** < ▬▬▬▬▬ >                                    ► 4/17/2022, 12:24 PM

I saw an interview with Tucker about the practice and he said "Brenda Tracy was in town and educating our players is important" or something similar but not she's serving as captain. Or we're wearing shirts to raise awareness or even a mention of set the expectation 🙍

**B** Brenda <+████████>                                          ► 4/17/2022, 12:24 PM

I wonder if it's bc of the behind the scenes stuff that he's now being weird

**B** Brenda <+████████>                                          ► 4/17/2022, 12:24 PM

Like he's nervous to talk about me now?

**B** Brenda <+████████>                                          ► 4/17/2022, 12:25 PM

"She's in town" what??

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:27 PM

who knows fren. Men are weird no matter what. They think acknowledging is doing something. I don't see why it's a secret, they announced you at the game?

**B** Brenda <+████████>                                          ► 4/17/2022, 12:28 PM

Idk but he didn't do a good job. I expected more from him

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:28 PM

Agree

**B** Brenda <+████████>                                          ► 4/17/2022, 12:28 PM

Don't have me there if you aren't going to talk about it. We're not checking boxes

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:28 PM

They took care of us but the important part was to raise awareness.

**B** Brenda <+████████>                                          ► 4/17/2022, 12:29 PM

Exactly. It's not about you and me

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:29 PM

It's always about them somehow

**B** Brenda <+████████>                                          ► 4/17/2022, 12:29 PM

I gotta step all the way away. I can't have this messing with the message or mission

**B** Brenda <+████████>                                          ► 4/17/2022, 12:29 PM

That's not something I can do

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:30 PM

You know what to do

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:30 PM

It's just easy to get caught up

**B** Brenda <+████████>                                          ► 4/17/2022, 12:30 PM

We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me.

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:31 PM

Liked "We'll just have to tell Liz we don't really know what the deal was and move forward but whatever all that was is over for me. "

**B** Brenda <+1████████>                                         ► 4/17/2022, 12:31 PM

I could care less about a relationship or whatever. My work means everything to me.

**AA** Ahlan Alvarado <████████>                                  ◄ 4/17/2022, 12:31 PM

Loved "I could care less about a relationship or whatever. My work means everything to me. "

**B** Brenda <+█████████> ► 4/17/2022, 12:32 PM

But maybe this is what I needed to see as well. Sometimes I act like it's not that important or I'm not doing enough. I minimize it sometimes

**AA** Ahlan Alvarado <█████████> ◄ 4/17/2022, 12:32 PM

It's def allowing you too see something

**B** Brenda <+█████████> ► 4/17/2022, 12:32 PM

But now I see a missed opportunity and I feel terrible. Like I failed people.

**AA** Ahlan Alvarado <█████████> ◄ 4/17/2022, 12:33 PM

I just thought they were taking care of the social stuff. I really thought we would see if by end of day.

**B** Brenda <+1█████████> ► 4/17/2022, 12:33 PM

I'm sorry God. I will do better.

**AA** Ahlan Alvarado <█████████> ◄ 4/17/2022, 12:33 PM

You didn't know either. Can't blame yourself.

**AA** Ahlan Alvarado <█████████> ◄ 4/17/2022, 12:33 PM

I see what you're saying though

**B** Brenda <+█████████> ► 4/17/2022, 12:34 PM

True. I've also asked him to do stuff rather than letting him lead. I mean he asked but... maybe it's not 200% genuine. I mean Damon had two reasons for bringing me to speak to his college team.

**B** Brenda <+█████████1> ► 4/17/2022, 12:35 PM

I've been more assertive than other coaches bc I know I can.

No more of that.

**AA** Ahlan Alvarado <█████████> ◄ 4/17/2022, 12:35 PM

Do you think you can have a convo about it?

**B** Brenda <+█████████> ► 4/17/2022, 12:36 PM

We will at some point. Have to.

**B** Brenda <+█████████> ► 4/17/2022, 12:36 PM

A lot of this is just me and things I can adjust and control

**AA** Ahlan Alvarado <█████████> ◄ 4/17/2022, 12:36 PM

Loved "A lot of this is just me and things I can adjust and control "

**B**

**AA**

**B**

**AA**





B  **Brenda** <+[REDACTED]>                              ► 4/17/2022, 2:08 PM

MSU posted and Coach isn't being weird at all. Feels like all is good 👍🏻

B  **Brenda** <+[REDACTED]>                              ► 4/17/2022, 2:22 PM

And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌🏼

Blessings on blessings when you stay the course and do what's right.

AA  **Ahlan Alvarado** <[REDACTED]>                      ◄ 4/17/2022, 2:24 PM

Loved "And I all of a sudden have a tshirt discussion with licensing at MSU and some non athletic staff and a T-shirt company 🙌🏼

Blessings on blessings when you stay the course and do what's right. "

AA  **Ahlan Alvarado** <[REDACTED]>                      ◄ 4/17/2022, 2:24 PM

Loved "MSU posted and Coach isn't being weird at all. Feels like all is good 👍🏻 "





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 77 | Date Range: 8/31/2022 - 9/1/2022 |

**Outline of Conversations**



**CHAT - AA0000001 - 00007 - 2022/09/01** • 77 messages between 8/31/2022 - 9/1/2022 • Ahlan Alvarado <⬛⬛⬛⬛> • Brenda <+1 ⬛⬛⬛⬛>

**Messages in chronological order** (times are shown in GMT -04:00)



💬 **CHAT - AA0000001 - 00007 - 2022/09/01**

**Brenda** <+███████>                                    ▶ 9/1/2022, 2:40 PM

Karen - a lawyer is reaching out to the head lawyer at MSU to discuss what this might look like moving forward. She's going to gauge their response and we will go from there but sounds like we will be asking Tucker to not speak on me or the incident and him or MSU will need to make an anonymous donation to STE so that we can further our work.

Karen said once she can test their tolerance - like do they just want this to just go away - then she'll be able to better help me make decisions.

Having him just sign an NDA tho just means he did it no one will know and there are no consequences for him.

**Brenda** <+███████                                    ▶ 9/1/2022, 2:48 PM

Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it

**Brenda** <+███████21>                                 ▶ 9/1/2022, 2:48 PM

Emphasized "Like nothing right ?! "

**Ahlan Alvarado** ███████                               ◀ 9/1/2022, 2:48 PM

Loved "Money is my only recourse to make him feel like there is a punishment and I can request it be anonymous so that he can't take credit for it "

**Brenda** <+███████                                    ▶ 9/1/2022, 2:49 PM

Not even sure he would agree to it but I think I should try and if it leaked then it's a donation to my work and not me

**Brenda** <███████>                                    ▶ 9/1/2022, 2:49 PM

They said it would be a bad idea to call him.

**Brenda** <███████>                                    ▶ 9/1/2022, 2:49 PM

Could look like I tried to extort him and then followed it up with a lawyer



**Brenda** <+▮▮▮▮▮▮▮>                                           ► 9/1/2022, 2:55 PM
When they do the money I should make him pay me 10k directly

**Brenda** <+▮▮▮▮▮▮▮>                                           ► 9/1/2022, 2:55 PM
Or ask anyway

**Ahlan Alvarado** <▮▮▮▮▮▮▮>                                     ◄ 9/1/2022, 2:56 PM
Yup



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 32 | Date Range: 12/9/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/12/09** • 32 messages on 12/9/2022 • Ahlan Alvarado <(█████ █████> • Brenda <+█████████>

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **CHAT - AA0000001 - 00007 - 2022/12/09**



**Brenda <+**███████**>** ▶ 12/9/2022, 3:50 PM
I'm filing a formal complaint with MSU.

**Ahlan Alvarado <**███████**>** ◀ 12/9/2022, 3:51 PM
When does this happen?

**Brenda <+**███████**>** ▶ 12/9/2022, 3:51 PM
Next step is interviewing with Rebecca and she'll file it. And he will be notified. Karen said after that we can let him know that we want to come to an agreement then it doesn't have to go to a hearing or anything unless he wants it to

**Brenda <+**███████**>** ▶ 12/9/2022, 3:51 PM
I guess very soon. But I'm thinking I should probably do it after DC.

AA

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 12/10/2022 - 12/11/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/12/11** • 17 messages between 12/10/2022 - 12/11/2022 • Ahlan Alvarado <(███████> • Brenda <+1 ███████>

**Messages in chronological order** (times are shown in GMT -05:00)



💬   **CHAT - AA0000001 - 00007 - 2022/12/11**

B

AA

AA

B

B

AA

B   **Brenda <+⬛⬛⬛⬛⬛>**                        ▶ 12/10/2022, 9:30 PM
NBC finally paid me. I was down to $5 lol

AA   **Ahlan Alvarado ⬛⬛⬛⬛⬛>**                ◀ 12/10/2022, 9:35 PM
Emphasized "NBC finally paid me. I was down to $5 lol"

AA

AA

B

B

B

AA

B

B

AA

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 24 | Date Range: 12/19/2022 - 12/20/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/12/20** • 24 messages between 12/19/2022 - 12/20/2022 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - AA0000001 - 00007 - 2022/12/20**

B   **Brenda <+1 ███████ >**                                      ► 12/19/2022, 7:58 PM

So apparently I was supposed to be paying down 2018 taxes and not staying caught up on the other years bc now the IRS wants their money. I have to come up with 25k over the next 6 weeks.

No one told me to pay on the earliest year first. I guess I should have known tho. What a fucking mess. It doesn't even matter now what I can pay a month or anything.

AA **Ahlan Alvarado <**████████**>**  ◀ 12/19/2022, 8:05 PM

He does

AA **Ahlan Alvarado <**████████**>**  ◀ 12/19/2022, 8:07 PM

And who knows maybe that plan is you paying in full

B **Brenda <+**████████**>**  ▶ 12/19/2022, 8:08 PM

From your mouth to Gods ears. I'm just trying to stay positive.

B **Brenda <+**████████**>**  ▶ 12/19/2022, 8:08 PM

Having the IRS after me in a way that is known publicly surely won't help my lawsuit.



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 37 | Date Range: 2/26/2023 - 2/27/2023 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2023/02/27** • 37 messages between 2/26/2023 - 2/27/2023 • Ahlan Alvarado <████████> • Brenda <+████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - AA0000001 - 00007 - 2023/02/27**



**Brenda <+⬛⬛⬛⬛1>** ▶ 2/27/2023, 12:43 PM
Attached URL: https://p68-
content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00At
tachment Title: Screenshot 2023-02-27 at 9.43.46 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.43.46 AM.jpeg (276 KB)*

**Brenda <+⬛⬛⬛⬛>** ▶ 2/27/2023, 12:44 PM
Attached URL: https://p68-
content.icloud.com/MB80069A1FD1CD109A4EB28443B499D79D690E253E22F5F01069C1A370E1DCFF3.C01USN00At
tachment Title: Screenshot 2023-02-27 at 9.44.33 AM.jpeg



*Image: Screenshot 2023-02-27 at 9.44.33 AM.jpeg (418 KB)*

B **Brenda** <+▮▮▮▮▮▮▮▮▮>                                  ▶ 2/27/2023, 12:45 PM

Staying the course.

They didn't meet with MSU today but her and Jennifer are talking again tomorrow morning

AA **Ahlan Alvarado** <▮▮▮▮▮▮▮▮▮>                          ◀ 2/27/2023, 12:45 PM

Yup stay the course!

B **Brenda** <+▮▮▮▮▮▮▮▮▮>                                  ▶ 2/27/2023, 12:45 PM

Loved "Yup stay the course! "

AA

B

B

AA

B

B

B



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 46 | Date Range: 12/27/2022 - 12/28/2022 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2022/12/28** • 46 messages between 12/27/2022 - 12/28/2022 • Ahlan Alvarado <███████████> • Brenda <+███████████>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - AA0000001 - 00007 - 2022/12/28**

B

AA

B   **Brenda <▬▬▬▬▬>**                              ▶ 12/27/2022, 7:03 PM

Now imagine the victim is taking on a $95M coach

Attached URL: https://p69-
content.icloud.com/M48E5E71F4805C37B21E54CA2E736B23E6FDDCF7C4F76149FA711AA0EF7E81E9B.C01USN00A
ttachment Title: Screenshot 2022-12-27 at 4.02.30 PM.jpeg



*Image: Screenshot 2022-12-27 at 4.02.30 PM.jpeg (236 KB)*

AA   **Ahlan Alvarado <▬▬▬▬▬>**                    ◀ 12/27/2022, 7:04 PM
😭

B

AA

AA

B





**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 54 | Date Range: 3/15/2023 - 3/16/2023 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2023/03/16** • 54 messages between 3/15/2023 - 3/16/2023 • Ahlan Alvarado <███████████> • Brenda <███████████>

**Messages in chronological order** (times are shown in GMT -04:00)



**CHAT - AA0000001 - 00007 - 2023/03/16**

**Brenda <+1 ▓▓▓▓▓▓>**                                    ▶ 3/15/2023, 10:37 PM

I'm talking to Karen and Paula tomorrow.

Also have our marketing first on boarding call tomorrow 🙌







**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 45 | Date Range: 5/15/2023 - 5/16/2023 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2023/05/16** • 45 messages between 5/15/2023 - 5/16/2023 • Ahlan Alvarado <███████> • Brenda <+███████>

**Messages in chronological order** (times are shown in GMT -04:00)





**B**   **Brenda** <▮▮▮▮▮▮▮>                              ► 5/16/2023, 2:56 PM
I just talked to my new ESPN reporter

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 2:56 PM
Loved "Got it "

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 2:57 PM
Emphasized "I just talked to my new ESPN reporter "

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 2:58 PM
How did it go?

**B**   **Brenda** <+▮▮▮▮▮▮>                            ► 5/16/2023, 2:59 PM
Good. I like him. He said they aren't going to do anything yet. But obviously if they get tipped off about other outlets or if MT does something they would need to cover it

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 2:59 PM
That makes sense

**B**   **Brenda** <▮▮▮▮▮▮21>                           ► 5/16/2023, 3:00 PM
It does and I told him I understood the process and all that but that I'm also trying to get through the school process without public input

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 3:07 PM
Exactly. What did he say to that?

**B**   **Brenda** <+▮▮▮▮▮▮>                            ► 5/16/2023, 3:08 PM
He said he understood and barring othering circumstances he would try to make sure that happened

**B**   **Brenda** <+▮▮▮▮▮▮>                            ► 5/16/2023, 3:08 PM
His hands are tied on some stuff

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 3:08 PM
Well I'm glad you were able to communicate that

**B**   **Brenda** <+▮▮▮▮▮▮>                            ► 5/16/2023, 3:08 PM
But he said he understood about me wanting control over the process and why that was important for me

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 3:08 PM
Loved "But he said he understood about me wanting control…"

**AA**  **Ahlan Alvarado** <▮▮▮▮▮▮▮>                    ◄ 5/16/2023, 3:08 PM
It's important

B   **Brenda** <+ ███████
He's the guy that did Kyle's story
▶ 5/16/2023, 3:08 PM

B   **Brenda** <+ ███████
Loved "It's important"
▶ 5/16/2023, 3:09 PM

AA   **Ahlan Alvarado** ███████
Loved "He's the guy that did Kyle's story"
◀ 5/16/2023, 3:09 PM

B   **Brenda** <+ ███████
I think he'll do a good job. I think he'll be fair
▶ 5/16/2023, 3:10 PM

AA   **Ahlan Alvarado** ███████
Loved "I think he'll do a good job. I think he'll be fair…"
◀ 5/16/2023, 3:10 PM

AA

B

AA

AA

B

B



**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 69 | Date Range: 5/18/2023 - 5/19/2023 |

**Outline of Conversations**

 **CHAT - AA0000001 - 00007 - 2023/05/19** • 69 messages between 5/18/2023 - 5/19/2023 • Ahlan Alvarado <​███████​> • Brenda <+​███████​>

**Messages in chronological order** (times are shown in GMT -04:00)





**Brenda <+▮▮▮▮▮▮▮▮▮**                                    ► 5/19/2023, 3:56 PM
Dan said ESPN is starting to send out FOIAs. General stuff so he doesn't think they will know

**Brenda <▮▮▮▮▮▮▮▮▮▮>**                                    ► 5/19/2023, 3:56 PM
But who knows 🙍